# EXHIBIT A

**CAUSE NO. CC-22-01999-A**

| | | |
|---|---|---|
| **ANA VASQUEZ,** | § | **IN THE COUNTY COURT** |
| **PLAINTIFF,** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **AT LAW #____1_** |
| | § | |
| **TIMOTHY HILL, INDIVIDUALLY,** | § | |
| **XPO LOGISTICS EXPRESS, LLC** | § | |
| **DEFENDANTS.** | § | **DALLAS COUNTY, TEXAS** |

## PLAINTIFF'S RESPONSE TO DEFENDANT REQUESTS FOR DISCLOSURE

TO:    XPO Logistics Express, LLC, by and through her attorney of record, Mark Scudder, Quilling, Selander, Lownds, Winslett & Moser, P.C. 2001 Bryan St, Suite 1800, Dallas, TX 75201.

TO:    Timothy Hill, LLC, 2518 Fox Harbour Drive, Indianapolis, IN 46227.


**NOW COMES,** Plaintiff's, Ana Vasquez, by and through her attorney of record, Jennifer

Anne Kinder, serves these attached responses to Request for Disclosure propounded by Defendant,

XPO Logistics Express, LLC pursuant to Rule 194.3 of the Texas Rules of Civil Procedure.


Respectfully submitted,

**JENNIFER ANNE KINDER**
3701 W. Northwest Highway
Building 3, Suite #304
Dallas, Texas 75220
Tel. (214) 812-9800
Fax. (214) 484-2144

By:_____

**Jennifer Anne Kinder**
Texas Bar No. 00787837
Jkinder@justcallkinder.net

ATTORNEY FOR PLAINTIFF

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of the foregoing Plaintiff's Responses to Defendant, XPO Logistics Express, LLC Request for Disclosure has been sent to all counsel of record and/or parties as listed below on this the 21st day of June 2022.

_____                                    _____
Jennifer Anne Kinder

Quilling, Selander, Lownds, Winslett & Moser, P.C
Mark S. Scudder
State Bar No. 17936300
2001 Bryan Street
Suite 1800
Dallas, TX  75201
Telephone:(214) 871-2100
Telecopier:(214)871-2111
Email: mscudder@qslwm.com
ATTORNEYS FOR DEFENDANT
 XPO LOGISTICS EXPRESS LLC

Timothy Hill
2518 Fox Harbour Drive
Indianapolis, IN 46227
DEFENDANT

## Responses to Requests for Disclosure

**Rule 194.2(a)**          the correct names of the parties to the lawsuit;

**Response:**    **To the best of Plaintiffs' knowledge, the parties' names are stated correctly.**

**Rule 194.2(b)**          the name, address, and telephone number of potential parties;

**Response:**    **None at this time, but Plaintiffs reserves the right to amend this response in accordance with Texas Rule of Civil Procedure 193.5.**

**Rule 194.2(c):**          the legal theories and, in general, the factual bases of the responding party's claims or defenses.

**Response:**    **On or about October 23, 2021, in Dallas County, Texas, Defendant's, failed to act as persons of ordinary prudence and collided into the vehicle being operated by Plaintiff, Ana Vasquez. Due to Defendant's, actions and/or omissions, they recklessly crashed into the Plaintiff.**

**Plaintiff incorporates and refers Defendant to all live pleadings on file with this court.**

**Rule 194.2(d):**          the amount and any method of calculating economic damages;

**Response:**    **Plaintiff Ana Vasquez damages are calculated as follows herein below. Actual medical expenses and lost wages incurred so far for Ana Vasquez are in an amount of approximately (will supplement) calculated below as follows:**

| | | |
|---|---|---|
| 1. | **Property Damage** | **$5,944.51** |
| 2. | **Advanced Dallas** | **$67,601.99** |
| 3. | **Advanced Diagnostics DBA Chopra Imaging** | **Will Supplement** |
| 4. | **Ideal Pain and Injury** | **$11,436.50** |
| 5. | **2020 X-Ray Imaging** | **$870.00** |
| 6. | **Radiology Consultants** | **$546.50** |
| 7. | **Total** | **$86,399.50** |

a. **Loss of use / a sum to be determined**

b. **A sum of to be determined, but in excess of the minimum jurisdictional limits of this Court for all reasonable and necessary past medical and pharmaceutical expenses.**

    c. **A sum for future medical expenses and treatment in an amount to be determined at trial;**

    d. **Monetary damages for past physical pain and suffering and mental anguish in an amount to be established at trial;**

    e. **Monetary damages for future physical pain and suffering and mental anguish in an amount to be established at trial;**

    g. **Past and future physical impairment as determined by a jury;**

    h. **Past and future disfigurement;**

    i. **Lost wages;**

    j. **Loss of earning capacity;**

    k. **Loss of earning capacity that, in reasonable probability, Plaintiffs will sustain in the future;**

    l. **Costs of Court;**

    m. **Pre-Judgment interest on all damages awarded at the highest legal rate;**

    n. **Post-Judgment interest on all sums awarded herein at the highest legal rate until paid; and**

    o. **Such other and further relief to which Plaintiffs may be justly entitled at law or in equity, specific or general.**

    **Plaintiffs reserve the right to supplement said damages as per the Texas Rules of Civil Procedure.**

**Rule 194.2(e):**    the name, address and telephone number of persons having knowledge of relevant facts, and a brief statement of each person's connection with the case:

    **Response:**    **1.**    **Ana Vasquez**
    **c/o Jennifer Anne Kinder**
    **3701 W. Northwest Highway**
    **Suite #304**
    **Dallas, Texas 75220**
    **(214) 812-9800**
    **jkinder@justcallkinder.net**

Plaintiff and Plaintiff's Counsel. Knowledge of the circumstances surrounding the events made the basis of this lawsuit.

2.     **XPO Logistics Express LLC**
**c/o Mark S. Scudder**
**State Bar No. 24101776**
**Quilling, Selander, Lownds, Winslett & Moser P.C.**
**2001 Bryan Street**
**Suite # 1800**
**Dallas, Texas 75201**
**Tel: 214-871-2100**
**Fax: 214-871-2111**
**Email:** mscudder@qslwm.com

**Defendant and Defendant's Counsel. Knowledge of the circumstances surrounding the events made the basis of this lawsuit.**

3.     **Timothy Hill**
**2518 Harbour Drive**
**Indianapolis, IN 46227**

**Defendant. Knowledge of the circumstances surrounding the events made the basis of this lawsuit.**

4.     **Officer Joshua Jackson # 145**
**c/o Coppell Police Department**
**130 Town Center Blvd**
**Coppell, Texas 75019**

**Knowledge of the circumstances surrounding the events made the basis of this lawsuit.**

5.     **Daniel Flores Tovar**
**c/o Jennifer Anne Kinder**
**3701 W. Northwest Highway**
**Suite #304**
**Dallas, Texas 75220**
**(214) 812-9800**
**jkinder@justcallkinder.net**

**Plaintiff's husband. Knowledge of the circumstances surrounding the events made the basis of this lawsuit.**

**MEDICAL PROVIDERS-**

6. **All agents, representatives, treating physicians, nurses, employees, and Custodian of Records of:**

   **Advanced Dallas Hospital**
   **7502 Greenville Ave**
   **Dallas, TX 75231**
   **(713) 790-1666**

   **Medical Provider. Knowledge of the circumstances surrounding the events made the basis of this lawsuit.**

7. **All agents, representatives, treating physicians, nurses, employees, and Custodian of Records of:**

   **Advanced Dallas DBA Chopra Imaging**
   **8305 Knight Road**
   **Houston, TX 77054**
   **(713)848-4729**

   **Medical Provider. Knowledge of the circumstances surrounding the events made the basis of this lawsuit.**

8. **All agents, representatives, treating physicians, nurses, employees, and Custodian of Records of:**

   **Ideal Pain**
   **13101 Preston Road**
   **Suite # 480**
   **Dallas, TX 75240**
   **(972) 863-9481**

   **Medical Provider. Knowledge of the circumstances surrounding the events made the basis of this lawsuit.**

9. **All agents, representatives, treating physicians, nurses, employees, and Custodian of Records of:**

   **2020 X-Ray Imaging**
   **3201 West Airport Frwy**
   **Suite # 104**
   **Irving, TX 75062**
   **(972) 252-7246**

Medical Provider. Knowledge of the circumstances surrounding the events made the basis of this lawsuit.

10.   All agents, representatives, treating physicians, nurses, employees, and Custodian of Records of:

Radiology Consultants
5424 Rufe Snow
Suite # 502
North Richland Hills, TX 76180
(817) 572-2560

Medical Provider. Knowledge of the circumstances surrounding the events made the basis of this lawsuit.

Plaintiffs reserve the right to call at trial any of the following individuals who may have knowledge of relevant facts:

1.   Any individual who has been or will be named by any party in answer to any interrogatory;

2.   Any individual whose name appears on any document which has been or will be produced by any party in any response to request for production;

3.   Any individual whose name is reflected in any document which has been or will be obtained through the use of a medical authorization;

4.   Any individual whose name is reflected in any document which has been or will be submitted to the Court by affidavit;

5.   Any individual whose name is reflected in any document which has been or will be subpoenaed by any party;

6.   Any individual whose name appears in the transcript of any deposition taken in this matter; and

7.   Any individual whose name is reflected in any document which has been or will be attached to the transcript of any deposition.

**Rule 194.2(f):**   for any testifying expert:

1.

        (1)   the subject matter on which the expert will testify:

        (2)   the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of Plaintiffs, documents reflecting such information.

        (3)   if the expert is retained by, employed by or otherwise subject to the control of the Plaintiffs:

            (A)   all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of litigation:

            (B)   the expert's current resume and bibliography.

2.   (1)

        (2)   the subject matter on which the expert will testify:

        (3)   the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of Plaintiffs, documents reflecting such information.

        (4)   if the expert is retained by, employed by or otherwise subject to the control of the Plaintiffs:

            (A)   all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of litigation:

            (B)   the expert's current resume and bibliography.

**Response:**   **1)   MEDICAL PROVIDERS-**

**All agents, representatives, treating physicians,   nurses, employees, and Custodian of Records of:**

    **Advanced Dallas Hospital**
    **7502 Greenville Ave**
    **Dallas, TX 75231**
    **(713) 790-1666**

    **Advanced Dallas DBA Chopra Imaging**
    **8305 Knight Road**
    **Houston, TX 77054**
    **(713)848-4729**

**Ideal Pain**
**13101 Preston Road**
**Suite # 480**
**Dallas, TX 75240**
**(972) 863-9481**

**2020 X-Ray Imaging**
**3201 West Airport Frwy**
**Suite # 104**
**Irving, TX 75062**
**(972) 252-7246**

**Radiology Consultants**
**5424 Rufe Snow**
**Suite # 502**
**North Richland Hills, TX 76180**
**(817) 572-2560**

**2)      Medical Experts - Plaintiff anticipates that each of the above-referenced experts may be called upon to testify as to the treatment, diagnosis, and prognosis of Plaintiff, including whether or not Plaintiff was injured in the accident, and if so, what the cause, nature, extent, and duration of his injuries and/or disabilities were and whether or not the medical treatments received by Plaintiff was reasonable and necessary. Moreover, these experts will opine on the future medical treatment needed by Plaintiff and the cost of future medical treatment. Further testimony may be given as to Plaintiff's job requirements, the ability of Plaintiff to perform work, the ability of Plaintiff to obtain and keep employment, and Plaintiff's loss of wage-earning capacity, if any. Testimony may further be given as to any matter contained in each expert's deposition testimony, if any, as well as to any matter contained in each expert's medical and billing records. The aforementioned experts may testify as to their education, qualifications, credentials, experience, and fields of expertise.**

**Plaintiff also reserves the right to cross-examine each of the individuals designated by Defendant as potential expert witnesses herein.**

**WILL SUPPLEMENT**

3)      **The aforementioned medical experts who are Plaintiff's healthcare providers have not been retained by employed by, or otherwise subject to the control of Plaintiff.  It is anticipated that the mental impressions and opinions of Plaintiff's healthcare providers may be contained in each expert's deposition testimony, if any, as well as in each expert's medical and billing records that are being produced to Defendant as Vasquez 001 through Vasquez 133 .**

**Rule 194.2(g):**      any discoverable indemnity and insuring agreements described in Rule 192.3(f):

        **Response:      None.**

**Rule 194.2(h):**      any discoverable settlement agreements described in Rule 192.3(g);

        **Response:      None.**

**Rule 194.2(i):**      any discoverable witness statements described in Rule 192.3(h);
        **Response:      None.**

**Rule 194.2(j):**      If this is a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, produce all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills.

        **Response:      Documents responsive to this request are attached hereto.**

**Rule 194.2(k):**      If this is a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, produce all medical records and bills obtained by you by virtue of an authorization furnished by Defendant/Counter-Plaintiff.

        **Response:      Documents responsive to this request are attached hereto.**

**Rule 194.2(l):**      the name address, and telephone number of any person who may be designated as a responsible third party.

        **Response:      None known to Plaintiffs at this time, other than those named as a party to this suit.**

Ayla Vazquez

# FREDDY'S AUTO REPAIR
## 624 N' FIFTH STE/"C" GARLAND TX 75040
### PHONE (214) 664 2179

**Vehicle Info**
2016 Chevrolet -Traverse LS
1GNKRFKD1GJ191571
Body Type: 4 Door Utility
Engine: 3.6L 6 Cyl Gas Injected
Drive Type: FWD

**Insurance Company**
Inspection Date: 01/18/2022

| | Oper | Description | Part Number | Price | Labor |
|---|---|---|---|---|---|
| | **HOOD** | | | | |
| 1 | Blend | HOOD PANEL | | | |
| | | 1.4 hrs. Blend | | | 1.4 hrs. Refinish |
| | **FRONT FENDER** | | | | |
| 2 | Replace | R FENDER PANEL | 20802979 | $416.32 | 3.1 hrs. Body |
| | | | | | 2 hrs. Paint panel |
| | | 0.8 hrs. Clearcoat | | | 0.8 hrs. Refinish |
| | **FRONT DOOR** | | | | |
| 3 | Replace | R FRT DOOR SHELL | 22883073 | $1,200.00 | 5.8 hrs. Body |
| | | | | | 2.3 hrs. Paint panel |
| | | 0.9 hrs. Clearcoat, 1.2 hrs. Underside | | | 2.1 hrs. Refinish |
| 4 | R&R | RIGHT ADD TO R&R TO R&I/R&R SIDE IMPACT SENSOR (R FRT ADD TO R&I/R&R SIDE AIR BA | | | 0.4 hrs. Mechanical |
| 5 | Replace | R FRT LWR DOOR ADHESIVE MOULDING | 22923502 | $178.88 | 0.2 hrs. Body |
| | **REAR DOOR** | | | | |
| 6 | Replace | R REAR DOOR SHELL | 22904887 | $1,395.00 | 5.6 hrs. Body |
| | | | | | 2.3 hrs. Paint panel |
| | | 0.9 hrs. Clearcoat | | | 0.9 hrs. Refinish |
| 7 | R&R | RIGHT ADD TO R&R TO R&I/R&R SIDE IMPACT SENSOR (R REAR ADD TO R&I/R&R SIDE AIR B | | | 0.4 hrs. Mechanical |
| 8 | Replace | R REAR LWR DOOR ADHESIVE MOULDING | 22923500 | $169.78 | 0.2 hrs. Body |
| | **SIDE BODY** | | | | |
| 9 | Blend | R SIDE 1/4 PANEL | | | |
| | | 2.3 hrs. Blend | | | 2.3 hrs. Refinish |
| | **QUARTER GLASS** | | | | |
| 10 | R&I | R QTR GLASS STATIONARY | | | 1.8 hrs. Glass |
| | **OTHER** | | | | |
| 11 | Replace | ALIG - Nontaxed | | | |
| | | | | $85.00 | |

# Totals

| Type | Labor Time | Cost | Total | Taxable |
|------|-----------|------|-------|---------|
| Body Labor | 14.9 | $50.00 | $745.00 | |
| Glass Labor | 1.8 | $50.00 | $90.00 | |
| Mechanical Labor | 0.8 | $125.00 | $100.00 | |
| Paint Labor | 14.1 | $48.00 | $676.80 | |
| Paint Supplies | 14.1 | $40.00 | $564.00 | ✓ |
| Nontaxed | | | $85.00 | |
| OEM Parts | | | $3,359.98 | ✓ |

| | | | |
|------|------|------|------|
| Taxable Amount | | | $3,923.98 |
| Tax | 8.25% | | $323.73 |
| Nontaxable Amount | | | $1,696.80 |
| Grand Total | | | $5,944.51 |

## AFFIDAVIT ESTABLISHING NECESSITY AND
## REASONABLENESS OF SERVICES AND CHARGES

Before me, the undersigned authority, personally appeared __Monique Scott__ who, being by me duly sworn, deposed as follows:

"My name is Monique Scott_____. I am of sound mind and capable of making this affidavit.

I am the person in charge of the records of **ADVANCE DALLAS HOSPITAL Attached** to this affidavit are records that provide an itemized statement of **ANA VASQUEZ** on or after _____ 10/23/2021-12/17/2021 . The attached records are a part of this Affidavit.

The attached records are kept by me regular course of business. The information contained in the records was transmitted to me in the regular course of business by the person who provided the service or an employee or representative of **ADVANCE DALLAS HOSPITAL** who had personal knowledge of the information. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the original or an exact duplicate of the original.

The services provided were necessary and the amount charged for the service was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ 0.00_____, and the amount currently unpaid but which **ADVANCE DALLAS HOSPITAL has** a right to be paid after any adjustments or credits is $ 67,601.99 ."

DocuSigned by:

Monique Scott

Affiant

SWORN TO AND SUBSCRIBED before me on this the 04 day of _____ May _____, 2022.

DocuSigned by:

Annette Dewease

SEAL

Notary Public, State of Texas

Annette Dewease

Notary's Printed Name

My Commission Expires: 01/23/2023

**ANNETTE DEWEASE**
Notary ID
131865356
My Commission Expires
1/23/2023

| ADVANCED | | | | | | | | | | | | | 4 TYPE OF BILL 0131 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7502 GREENVILLE AVENUE | | | PO BOX 301103 | | | | | | b. MED. REC. # 902923V13131 | | | | |
| DALLAS TX 752313802 | | | HOUSTON TX 772301130 | | | | | 5 FED. TAX NO. | | STATEMENT COVERS PERIOD FROM 102321 THROUGH 102321 | | | 7 |
| (469) 2216000 | | | (713) 7901666 | | | | | 834121741 | | | | | |

| 8 PATIENT NAME | a 99999 | 9 PATIENT ADDRESS | a 5845 RANCHO DR QUINLAN | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| b VASQUEZ, ANA | | b QUINLAN | | | | | | | c TX | d 75474 STATE | e US |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08011983 | F | 102321 | 19 | 1 | 1 | 23 | 01 | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE DATE | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| 11 102321 | 01 102321 | | | | | |

| 38 | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| VASQUEZ, ANA | a | 45 | 12 00 | | | | |
| 5845 RANCHO DR QUINLAN | b | | | | | | |
| QUINLAN TX 75474 | c | | | | | | |
| | d | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0271 | 1 IN COBAN | | 102321 | 1 | 7 80 | | |
| 0272 | CATHETER IV 20G | | 102321 | 2 | 31 89 | | |
| 0300 | Laboratory - General | 81025 | 102321 | 1 | 265 00 | | |
| 0301 | Laboratory - Chemistry | 80048 | 102321 | 1 | 723 00 | | |
| 0301 | Laboratory - Chemistry | 80053 | 102321 | 1 | 985 00 | | |
| 0301 | Laboratory - Chemistry | 36415 | 102321 | 1 | 350 00 | | |
| 0305 | Laboratory - Hematology | 85025 | 102321 | 1 | 119 00 | | |
| 0307 | Laboratory - Urology | 81001 | 102321 | 1 | 150 00 | | |
| 0351 | CT Scan - Head Scan | 70450 TC | 102321 | 1 | 4979 00 | | |
| 0352 | CT Scan - Body Scan | 74177 TC | 102321 | 1 | 11642 00 | | |
| 0352 | CT Scan - Body Scan | 71260 TC | 102321 | 1 | 7164 00 | | |
| 0352 | CT Scan - Body Scan | 72125 TC | 102321 | 1 | 6817 00 | | |
| 0450 | Emergency Room - General | 99284 25 | 102321 | 1 | 6930 00 | | |
| 0459 | Emergency Room - Other E | 99284 26 | 102321 | 1 | 3750 00 | | |
| 0460 | Pulmonary Function - Gen | 94760 | 102321 | 1 | 80 00 | | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 110121 | TOTALS ➡ | | 43993 69 | 0 00 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1528603115 | 57 |
|---|---|---|---|---|---|---|---|
| A VASQUEZ, ANA | | Y | Y | 0 00 | 43993 69 | | |
| B 5845 RANCHO DR QUINLAN | | Y | Y | | | OTHER | |
| C QUINLAN TX 75474 | | | | | | PRV ID | |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A VASQUEZ, ANA | 18 | 99999 | | |
| B VASQUEZ, ANA | 18 | 99999999 | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 66 DX | S161XXA | S39012A | R519 | V4352XA | Y92481 | | | 68 |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | |

| 69 ADMIT DX M542 | 70 PATIENT REASON DX M542 | | 71 PPS CODE | 72 ECI | V4352XA Y92481 | | 73 |
|---|---|---|---|---|---|---|---|
| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | | | 76 ATTENDING NPI 1093764169 | QUAL | |
| | | | | | LAST PATEL | FIRST RAVI | |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | | 77 OPERATING NPI | QUAL | |
| | | | | | LAST | FIRST | |
| 80 REMARKS | | 81CC a B3282N00000X | | | 78 OTHER NPI | QUAL | |
| | | b | | | LAST | FIRST | |
| | | c | | | 79 OTHER NPI | QUAL | |
| | | d | | | LAST | FIRST | |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    NUBC    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

DocuSign Envelope ID: 82123210-E963-4D58-B615-731E20A0A361

| | | | | | | | | | | 4 TYPE OF BILL |
|---|---|---|---|---|---|---|---|---|---|---|
| ADVANCED | | | | | | | | | | 0131 |

| 1 ADVANCED | | | 2 | | | | 3a PAT. CNTL # | 0312823V13131 | | 4 TYPE OF BILL 0131 |
|---|---|---|---|---|---|---|---|---|---|---|
| 7502 GREENVILLE AVENUE | | | PO BOX 301103 | | | | b. MED. REC. # | 915827V13131 | | |
| DALLAS TX 752313802 | | | HOUSTON TX 772301130 | | | | 5 FED. TAX NO. | 834121741 | 6 STATEMENT COVERS PERIOD FROM 111021 THROUGH 111021 | 7 |
| (469) 2216000 | | | (713) 7901666 | | | | | | | |

| 8 PATIENT NAME | a 99999 | | 9 PATIENT ADDRESS | a 5845 RANCHO DR QUINLAN | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| b VASQUEZ, ANA | | | b QUINLAN | | | | c TX | d 75474 | e US |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08011983 | F | 111021 | 17 | 1 | 1 | 18 | 01 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE DATE | 36 OCCURRENCE SPAN FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| 01 102321 | 11 102301 | | | | | |

| 38 | | | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| VASQUEZ, ANA | | | a | 45 | 12 00 | | | | |
| 5845 RANCHO DR QUINLAN | | | b | | | | | | |
| QUINLAN TX 75474 | | | c | | | | | | |
| | | | d | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0250 | 72611072201 | | 111021 | 2 | 100 00 | | |
| 0260 | IV Therapy - General | 96372 | 111021 | 1 | 256 30 | | |
| 0450 | Emergency Room - General | 99284    25 | 111021 | 1 | 6930 00 | | |
| 0459 | Emergency Room - Other E | 99284    26 | 111021 | 1 | 3750 00 | | |
| 0460 | Pulmonary Function - Gen | 94760 | 111021 | 1 | 80 00 | | |

| 23 0001 | PAGE 1 OF 1 | | | CREATION DATE | 113021 | TOTALS ➡ | 11116 30 | | 0 00 |
|---|---|---|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1528603115 |
|---|---|---|---|---|---|---|---|
| A VASQUEZ, ANA | | Y | Y | 0 00 | 11116 30 | 57 OTHER | |
| B 5845 RANCHO DR QUINLAN | | Y | Y | | | | |
| C QUINLAN TX 75474 | | | | | | PRV ID | |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A VASQUEZ, ANA | 18 | 99999 | | |
| B VASQUEZ, ANA | 18 | 99999999 | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 66 DX | S39012A S161XXA | | | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | | |

| 69 ADMIT DX | M542 | 70 PATIENT REASON DX | M542 | | | 71 PPS CODE | | 72 ECI | | | 73 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 74 CODE | PRINCIPAL PROCEDURE DATE | a. CODE | OTHER PROCEDURE DATE | b. CODE | OTHER PROCEDURE DATE | 75 | 76 ATTENDING NPI 1538173612 | QUAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | LAST NOYES | FIRST MICHAEL |
| c. CODE | OTHER PROCEDURE DATE | d. CODE | OTHER PROCEDURE DATE | e. CODE | OTHER PROCEDURE DATE | | 77 OPERATING NPI | QUAL |
| | | | | | | | LAST | FIRST |

| 80 REMARKS | 81 CC a B3282N00000X | 78 OTHER NPI | QUAL |
|---|---|---|---|
| | b | LAST | FIRST |
| | c | 79 OTHER NPI | QUAL |
| | d | LAST | FIRST |

UB-04 CMS-1450     APPROVED OMB NO. 0938-0997     NUBC National Uniform Billing Committee     THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

DocuSign Envelope ID: 82123210-E963-4D58-B615-731E20A0A361

| 1 ADVANCED | | 2 | | | 3a PAT CNTL # | 963097V13131 | | | 4 TYPE OF BILL |
|---|---|---|---|---|---|---|---|---|---|
| 7502 GREENVILLE AVENUE | | PO BOX 301103 | | | b. MED REC # | 963097V13131 | | | 0131 |
| DALLAS TX 752313802 | | HOUSTON TX 772301130 | | | 5 FED. TAX NO. | | 6 STATEMENT COVERS PERIOD | | 7 |
| (713) 7901666 | | (713) 7901666 | | | 834121741 | | FROM 121721 | THROUGH 121721 | |
| 8 PATIENT NAME | a 99999 | 9 PATIENT ADDRESS | a 5845 RANCHO DR QUINLAN | | | | | | |
| b VASQUEZ, ANA | | b QUINLAN | | | | | c TX | d 75474 | e US |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08011983 | F | 121721 | 14 | 3 | 2 | 23 | 01 | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 CODE | OCCURRENCE SPAN FROM THROUGH | 36 CODE | OCCURRENCE SPAN FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|
| 11 121721 | | | | | | | | |

| 38 | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| VASQUEZ, ANA | | a | | | | | |
| 5845 RANCHO DR QUINLAN | | b | | | | | |
| QUINLAN TX 75474 | | c | | | | | |
| | | d | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0612 | MRI - Spinal Cord (Inclu | 72148 TC | 121721 | 1 | 6158 00 | | |
| 0612 | MRI - Spinal Cord (Inclu | 72141 TC | 121721 | 1 | 6334 00 | | |

| 23 0001 | PAGE 1 OF 1 | | | CREATION DATE | 012622 | TOTALS | 12492 00 | | 0 00 |
|---|---|---|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1528603115 |
|---|---|---|---|---|---|---|---|
| A VASQUEZ, ANA | | Y | Y | 0 00 | 12492 00 | 57 OTHER | |
| B 5845 RANCHO DR QUINLAN | | Y | Y | | | | |
| C QUINLAN TX 75474 | | | | | | PRV ID | |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A VASQUEZ, ANA | 18 | 99999 | | |
| B VASQUEZ, ANA | 18 | 99999999 | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | M5021 | M50222 | M5127 | | | | 68 |
|---|---|---|---|---|---|---|---|
| 67 | | | | | | | |

| 69 ADMIT DX | M5021 | 70 PATIENT REASON DX | M5021 | 71 PPS CODE | 72 ECI |
|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING | NPI 1194883819 | QUAL |
|---|---|---|---|---|---|---|
| | | | | | LAST BURKETT | FIRST JOSEPH |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING | NPI | QUAL |
| | | | | | LAST | FIRST |
| 80 REMARKS | 81CC a B3282N00000X | | | 78 OTHER | NPI | QUAL |
| | b | | | | LAST | FIRST |
| | c | | | 79 OTHER | NPI | QUAL |
| | d | | | | LAST | FIRST |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    NUBC National Uniform Billing Committee    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

DocuSign Envelope ID: 2FCDF947-EDC2-4A5C-8F21-3E340DEE4C26

## AFFIDAVIT OF MEDICAL RECORDS

**RE:  ANA VASQUEZ**

BEFORE ME, the undersigned authority, personally appeared ___Martha Carrillo___,

who, being by me duly sworn, deposed as follows:

"My name is ___Martha Carrillo___, I am of sound mind, capable of making this

affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records for **ADVANCE DALLAS HOSPITAL** Attached hereto

are __45__ pages of records from **ADVANCE DALLAS HOSPITAL** These __45__ pages of

records are kept by **ADVANCE DALLAS HOSPITAL** in the regular course of business, and it

was the regular course of business of **ADVANCE DALLAS HOSPITAL** for an employee or

representative of **ADVANCE DALLAS HOSPITAL** with knowledge of the act, event, condition,

opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included

in such record; and the record was made at or near the time or reasonably soon thereafter. The

records attached hereto are the original or exact duplicates of the original."

DocuSigned by:

*Martha Carrillo*

EAB0832277A7403

Affiant

SWORN TO AND SUBSCRIBED before me on this the __15__ day of __June__, 2022.

DocuSigned by:

*Monique Scott*

SEAL                                    Notary Public, State of Texas

Monique Scott

**MONIQUE SCOTT**                       Notary's Printed Name

Notary ID
13224563-0
My Commission Expires                   My Commission Expires: __11-08-2023__
11/8/2023

# ADVANCED DALLAS
# HOSPITAL & CLINICS

Advanced Diagnostics Healthcare System

Accession: 372253PCM118812

Advanced Dallas Hospital and Clinics
7502 Greenville Ave, DALLAS, TX, 75231

Patient Name: Vasquez, Ana
MRN: 266686
SS: 999999999
Ordering Physician: Burkett, Joseph M.D.
Exam Date: 12/17/2021 3:16 PM
Exam Type: MRI LUMBAR SPINAL CANAL WO/DYE(72148)
External Notes:
Clinical Reason: LOW BACK PAIN

DOB: 08/01/1983
Gender: F
Age: 38

**MRI lumbar Spine Without Contrast:**

Comparison: None

Technique:

A noncontrast MRI examination of the lumbar spine was performed. A multiplanar, multisequence examination was performed. Sagittal and axial T1 and T2-weighted images were obtained.

Comments:

The lumbar vertebral bodies are normal in height and homogeneous in marrow signal. There is no acute compression fracture.

The distal spinal cord and conus are unremarkable in signal and position.

At T12-L1, L1-L2, L2-L3, L3-L4 and L4-L5, the discs are normal in height and hydrated without apparent bulge or herniation, central or lateral recess stenosis. The neural foramina are patent.

At L5-S1, the disc is normal in height. The disc is normal in height. Central/left subarticular disc herniation measuring 5 mm is demonstrated. Mild left lateral recess stenosis noted. No central or neural foraminal stenosis.

Impression:
1. Central/left subarticular disc herniation at L5-S1 measuring 5 mm. The disc herniation produces mild left lateral recess stenosis.

Electronically signed by Amesur, Sandeep M.D.

12/20/2021 1:38 PM

* 372253PCM118812 * Vasquez, Ana * 08/01/1983 * 999999999 * F *

## AFFIDAVIT OF MEDICAL RECORDS

**RE:** **ANA VASQUEZ**

BEFORE ME, the undersigned authority, personally appeared ___Martha Carrillo___ ,
who, being by me duly sworn, deposed as follows:

"My name is ___Martha Carrillo___ , I am of sound mind, capable of making this
affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records for **ADVANCE DALLAS HOSPITAL** Attached hereto
are ___45___ pages of records from **ADVANCE DALLAS HOSPITAL** These ___45___ pages of
records are kept by **ADVANCE DALLAS HOSPITAL** in the regular course of business, and it
was the regular course of business of **ADVANCE DALLAS HOSPITAL** for an employee or
representative of **ADVANCE DALLAS HOSPITAL** with knowledge of the act, event, condition,
opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included
in such record; and the record was made at or near the time or reasonably soon thereafter. The
records attached hereto are the original or exact duplicates of the original."

DocuSigned by:
*Martha Carrillo*
EAB0832277A7403

Affiant

SWORN TO AND SUBSCRIBED before me on this the ___15___ day of ___June___ , 2022.

DocuSigned by:
*Monique Scott*

**SEAL**

Notary Public, State of Texas

Monique Scott

Notary's Printed Name

My Commission Expires: ___11-08-2023___

**MONIQUE SCOTT**
Notary ID
13224563-0
My Commission Expires
11/8/2023

**ADVANCED DALLAS HOSPITAL & CLINICS**

Advanced Diagnostics Healthcare System

Accession: 372253PCM118812

Advanced Dallas Hospital and Clinics
7502 Greenville Ave, DALLAS, TX, 75231

Patient Name: Vasquez, Ana
MRN: 266686
SS: 999999999
Ordering Physician: Burkett, Joseph M.D.
Exam Date: 12/17/2021 3:16 PM
Exam Type: MRI LUMBAR SPINAL CANAL WO/DYE(72148)
External Notes:
Clinical Reason: LOW BACK PAIN

DOB: 08/01/1983
Gender: F
Age: 38

**MRI lumbar Spine Without Contrast:**

Comparison: None

Technique:

A noncontrast MRI examination of the lumbar spine was performed. A multiplanar, multisequence examination was performed. Sagittal and axial T1 and T2-weighted images were obtained.

Comments:

The lumbar vertebral bodies are normal in height and homogeneous in marrow signal. There is no acute compression fracture.

The distal spinal cord and conus are unremarkable in signal and position.

At T12-L1, L1-L2, L2-L3, L3-L4 and L4-L5, the discs are normal in height and hydrated without apparent bulge or herniation, central or lateral recess stenosis. The neural foramina are patent.

At L5-S1, the disc is normal in height. The disc is normal in height. Central/left subarticular disc herniation measuring 5 mm is demonstrated. Mild left lateral recess stenosis noted. No central or neural foraminal stenosis.

Impression:
1. Central/left subarticular disc herniation at L5-S1 measuring 5 mm. The disc herniation produces mild left lateral recess stenosis.

Electronically signed by Amesur, Sandeep M.D.

12/20/2021 1:38 PM

* 372253PCM118812 * Vasquez, Ana * 08/01/1983 * 999999999 * F *

## ADVANCED DALLAS HOSPITAL & CLINICS

Advanced Diagnostics Healthcare System

Accession: 372249PCM118811

Advanced Dallas Hospital and Clinics
7502 Greenville Ave, DALLAS, TX, 75231

Patient Name: Vasquez, Ana
MRN: 266686
SS: 999999999
Ordering Physician: Burkett, Joseph M.D.
Exam Date: 12/17/2021 2:56 PM
Exam Type: MRI CERVICAL SPINAL CANAL WO/DYE(72141)
External Notes:

DOB: 08/01/1983
Gender: F
Age: 38

Clinical Reason: neck pain

**MRI Cervical Spine Without Contrast:**

Technique:

A noncontrast MRI examination of the cervical spine was performed. A multiplanar, multisequence examination was performed. Sagittal and axial T1 and T2-weighted images were obtained.

Comments:

The cervical vertebral bodies are normal in height and homogeneous in marrow signal. There is no acute compression fracture.

Reversal of the normal lordosis is noted which might be related to patient positioning and/or spasm.

The spinal cord is normal in signal and position.

At C2-C3, the disc is normal in height without disc bulge or herniation. The spinal cord is normal in signal. No central or neural foraminal stenosis.

At C3-C4, the disc is normal in height. Central disc herniation measuring 2 mm is demonstrated. The thecal sac measures 10 mm in AP diameter along the midline. The spinal cord is normal in signal for the neural foramina are patent.

At C5-C6, the disc is normal in height. Central disc herniation measuring 2 mm is demonstrated and flattens the thecal sac. The thecal sac measures 11 mm in AP diameter along the midline. The spinal cord is normal in signal. The neural from her patent.

At C5-C6, C6-C7 and C7-T1, the discs are normal in height without disc bulge or herniation. The spinal cord is normal in signal. The neural foramina are patent.

Impression:

1. Central disc herniation at C3-C4 measuring 2 mm.
2. Central disc herniation at C5-C6 measuring 2 mm.
3. Reversal of the normal lordosis is noted which might be related to positioning and/or spasm.

# ADVANCED DALLAS
# HOSPITAL & CLINICS

Advanced Diagnostics Healthcare System

Accession: 372249PCM118811

Advanced Dallas Hospital and Clinics
7502 Greenville Ave, DALLAS, TX 75231

Patient Name: Vasquez, Ana
MRN: 266686
SS: 999999999
Ordering Physician: Burkett, Joseph M.D.
Exam Date: 12/17/2021 2:56 PM
Exam Type: MRI CERVICAL SPINAL CANAL WO/DYE(72141)
External Notes:

DOB: 08/01/1983
Gender: F
Age: 38

Clinical Reason: neck pain

Electronically signed by Amesur, Sandeep M.D.

12/20/2021 1:32 PM

\* 372249PCM118811 \* Vasquez, Ana \* 08/01/1983 \* 999999999 \* F \*



## Patient Registration

**CURRENT PATIENT INFORMATION -- PLEASE PRINT**

Last Name: **VASQUEZ FLORES**
First Name: **ANA**
Middle Name: **EMPERATRIZ**
Address: **5845 RANCHO DR**
City: **QUINLAN** State: **TX**
Zip: **75474-3205**
Home Phone: **(469) 671-1659**
Work Phone:
Mobile Phone: **(469) 671-1659**
Sex: **F**
Date of Birth: **08/01/1983 38yo**
Social Security No.:
Patient email:
Required by government mandate [although you may refuse]
Language: **Spanish**
Race: **White**
Ethnicity: **Hispanic or Latino/Spanish**
Marital Status:

**Guarantor Information (to whom statements are sent)**
Name: **ANA EMPERATRIZ VASQUEZ FLORES**
Address: **5845 RANCHO DR**
**QUINLAN, TX 75474-3205**

Date of Birth: **08/01/1983**
Social Security No.:
Phone: ( ) - _____

**Emergency Contact Information**
Name: **DANIEL FLORES**
Relationship: **SPOUSE**
Phone: **(214) 573-3637**

**Employer information**
Employer:
Address:
Phone:

**Hospital Visit Information**

Visit ID: **238434**
Check In Date: **11/10/2021 17:45**
Discharge Date: **11/10/202118:45**
Admission Type: **Emergency**
Discharge Status: **Discharged to home or self care (routine discharge)**

Admitting Provider: **NOYES, MICHAEL BRENT**
Attending Provider: **Noyes_Michael_MD**
Referring Provider:
Operating Provider:

Level of Care: **ED VISIT**

**Primary Insurance Information**
Visit Insurance: **SP 1127 [637762] 10/23/2021**
Insurance Plan Name:
Last Name:
First Name:
Middle Name:
Insurance ID/Cert #:
Group/Policy #:
Date of Birth: Sex (please circle): **M** or **F**
Employer Name:
Patient's relationship to policy holder:
Case Policy:

**Secondary Insurance Information**
Insurance Plan Name:
Last Name:
First Name.:
Middle Name:
Insurance ID/Cert #:
Group/Policy #:
Date of Birth: Sex (please circle): **M** or **F**
Employer Name:
Patient's relationship to policy holder:

**To the best of my knowledge the above information is complete and accurate.**

**Signed**_____**Date**_____

**Disclosure of Public Health Information**

| PATIENT LAST NAME | PATIENT FIRST NAME | DATE OF BIRTH |
|---|---|---|
| VASQUEZ FLORES | ANA | 08/01/1983 |

Additionally, you will be given the opportunity to specify what information, if any, you would like to have restricted from release. These are two different items of information that you will need to provide regarding your protected health information. Please consider both requests as extremely important information to be restricted.

You may change either of these requests verbally or in writing at any time, by letting your healthcare provider (nurse of physician) know that you wish to make a change.

By completing and signing this form you have indicated that you are allowing ADHC and physicians involved in your care to communicate as directed with the individuals listed above.

Additionally, you will be given the opportunity to specify what information, if any, you would like to have restricted from release. These are two different items of information that you will need to provide regarding your protected health information. Please consider both requests as extremely important information to be restricted.

You may change either of these requests verbally or in writing at any time, by letting your healthcare provider (nurse of physician) know that you wish to make a change.

By completing and signing this form you have indicated that you are allowing ADHC and physicians involved in your care to communicate as directed with the individuals listed above.

| DANIEL FLORES | Spouse | (214) 573-3637 |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Additionally, you will be given the opportunity to specify what information, if any, you would like to have restricted from release. These are two different items of information that you will need to provide regarding your protected health information. Please consider both requests as extremely important information to be restricted.

You may change either of these requests verbally or in writing at any time, by letting your healthcare provider (nurse of physician) know that you wish to make a change.

By completing and signing this form you have indicated that you are allowing ADHC and physicians involved in your care to communicate as directed with the individuals listed above.

PATIENT OR LEGAL REPRESENTATIVE SIGNATURE



11/10/2021 @ 05:50 PM

RELATIONSHIP TO PATIENT

Self

---

**Advanced Diagnostics**

**Disclosure of Protected Health Information**
FORM # ADHE 124 Revised 01/2016

VASQUEZ, ANA
SEX: FEMALE AGE:38       VISIT ID: 238434
MRN: 266686              DOB: 08/01/1983
DR. NOYES                DOS: 11/10/2021

## CONSENT TO TREAT

I am presenting myself for admission to Advanced Dallas Hospital & Clinics inpatient/outpatient for care and treatment and I voluntarily consent to the rendering of such care, including diagnostic procedures and medical treatment by authorized agents and employees of the hospital, its medical staff, or other designees, as may be deemed necessary or beneficial for my care. I understand that testing for infectious conditions such as Human Immunodeficiency Virus (HIV) may be included. This consent is valid during the course of my admission unless revoked by me. I understand that my consent may be revoked verbally or in writing. I acknowledge that no guarantees have been made to me regarding the effect of such care or treatment of my condition.

PATIENT'S INITIALS



## HOSPITAL AND EMERGENCY MEDICAL SERVICES LIEN

ADVANCED DALLAS HOSPITAL & CLINICS WILL PLACE A LIEN FOR THE BILLED CHARGES WITH THE HARRIS COUNTY CLERK FOR ALL EMERGENCY ROOM VISITS RESULTING FROM AN ACCIDENT. THE LIEN WILL ATTACH TO ANY CAUSE OF ACTION OR CLAIM THAT YOU MAY HAVE AGAINST ANOTHER PERSON FOR YOUR INJURIES. THE LIEN WILL NOT ATTACH TO ANY REAL PROPERTY OWNED BY YOU.

PATIENT'S SIGNATURE

11/10/2021 @ 05:50 PM

## PHYSICIAN BILLING

Physicians providing care during this encounter, including radiologist, pathologists, anesthesiologist, surgeons, emergency physicians, or other independent practitioners, will bill independently of the hospital for their services.

PATIENT'S INITIALS



## ADVANCE DIRECTIVE ACKNOWLEDGEMENT

1. I have been given written materials about my right to accept or refuse medical treatment.
2. I have been informed of my rights to formulate advance directives.
3. I understand that I am **not** required to have an advance directive in order to receive medical treatment.

PATIENT'S INITIALS

I **have** executed an advance directive.

&#9675; Yes   &#9678; No

A copy of the advance directive was obtained at admission.

&#9675; Yes   &#9678; No

I understand it is my responsibility to provide the Hospital with a copy of my advance directive, and understand that until I provide this document, the Hospital may not be able to honor my wishes.

&#9678; Yes   &#9675; No

IF NO COPY OF PATIENT'S ADVANCE DIRECTIVE IS AVAILABLE, WHAT IS PATIENT'S INTENT (USE PATIENT'S OR HEALTHCARE SURROGATE'S OWN WORDS)?

I **would** like assistance regarding advance directives.

&#9675; Yes   &#9678; No

IF NO COPY, WHO IS THE AGENT?


**Advanced** Diagnostics

## Conditions of Admission Form

FORM # ADHE 72 Revised 01/2016

page 1 of 2

VASQUEZ, ANA
**SEX:** FEMALE **AGE:**38
**MRN:** 266686
DR. NOYES

**VISIT ID:** 238434
**DOB:** 08/01/1983
**DOS:** 11/10/2021

## CONSENT TO USE AND DISCLOSE INFORMATION

**PATIENT'S INITIALS**

In accordance with the Health Insurance Portability and Accountability Act and the privacy regulation promulgated there under, I hereby agree and consent to the use and disclosure of my health information for the purposes of treatment, payment, and healthcare operations. I understand that as part of my healthcare, this hospital originates and maintains health records describing my health history, symptoms, examinations, test results, diagnosis, treatment, and any plans for further care or treatment. The health records will be retained for a period of 10 years beyond the most recent date of service. I understand that this information serves as:

1. A basis for planning my care and treatment;
2. A means of communication among the many health professionals who contribute to my care;
3. A source of information for applying my diagnosis and surgical information to my bill;
4. A means by which a third party payor can verify that services billed were actually provided and may be used as a tool for routine healthcare operations such as assessing quality and reviewing the competence of healthcare professionals.

I understand and have been provided with a Notice of Privacy Practices, which provides a more complete description of protected health information, its uses and appropriate disclosures. I understand that I have the right to review the notice prior to signing this consent.

I understand that I have the right to object to the use of my health information for directory purposes. I understand that I have the right to request restrictions as to how my health information may be used or disclosed to carry out treatment, payment, or healthcare operations, and that the hospital is not required to agree to the restrictions requested.

I understand and consent that records generated as a result of my healthcare treatment and/or admission to the Hospital for treatment, or for one whom the undersigned has legal responsibility or authority to execute this consent form for, or by a third party payor who may provide payments to the Hospital for charges incurred for the services rendered to me, I expressly authorize the Hospital to release such records to such payor or to any person or organization authorized by law to review these records for any lawful purpose.

I realize that during the course of my care at the Hospital, or my follow-up, it may be necessary for the Hospital, or my attending physician(s), to make available to other healthcare providers including referring facilities and physicians, copies of my medical record(s) or information relating to my care.

## PERSONAL VALUABLES

**PATIENT'S INITIALS**

It is understood and agreed that the Hospital is not responsible for the safe keeping of money and valuables. I have been encouraged to send all money and valuables home with family or trusted friends. The Hospital is not liable for the loss or damage to any money, jewelry, or other articles of value.

## ACKNOWLEDGMENT OF RECEIPT OF INFORMATION

**PATIENT'S INITIALS**

I have received the following information:

1. Patient's Rights and Responsibilities
2. Notice of Privacy Practices

## ACKNOWLEDGEMENT AND RECEIPT OF SIGNATURES

The undersigned certifies that I have read the foregoing, and I have, or my duly authorized agent, accepts the above terms and I am executing this document. All Guarantors certify that they have read the foregoing and accepted its terms.

**PATIENT OR LEGAL REPRESENTATIVE SIGNATURE**

11/10/2021 @ 05:50 PM

**RELATIONSHIP TO PATIENT**

Self

**WITNESS SIGNATURE**

11/10/2021 @ 05:50 PM

**WITNESS PRINTED NAME**

LOUIS KARUNAKARAN

**Advanced Diagnostics**

**Conditions of Admission Form**

FORM # ADHE 72 Revised 01/2016

page 2 of 2

VASQUEZ, ANA
SEX: FEMALE AGE:38
MRN: 266686
DR. NOYES

VISIT ID: 238434
DOB: 08/01/1983
DOS: 11/10/2021

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

# ED Provider Assessment

**Date: 11/10/2021 17:50**

## First Contact with Patient

17:45, 11-10-2021

## Chief Complaint

lower back and neck pain

### HPI

Patient had a MVA on 10-23-21. Now comes in for a follow up ER visit because of worsening pain in the neck and back, the upper extremities do not have radicular symptoms but the lower extremities are suspicious for some changes. She has pain going down to the knees bilaterally but not the feet. Denies any weakness in the feet or legs. No bladder or bowel changes.

### Problems

No known problems

### Home Medications

None Recorded
### Allergies

NKDA

## Surgical History

right wrist surgery

## Social History

Diet and Exercise
What type of diet are you following?: Regular
What is your exercise level?: Occasional
Activities of Daily Living
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
Which of your hands is dominant?: Right
Public Health and Travel
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
Do you reside in or have you traveled to an area where Ebola virus transmission is active?: No
Have you processed blood or body fluids from an Ebola virus disease patient without appropriate PPE?: No
Substance Use
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
Marriage and Sexuality
What is your relationship status?: Married
Are you sexually active?: Yes
Do you use protection during sex?: No
Home and Environment
Have there been any changes to your family or social situation?: No
What type of child care do you use?: None
Do you have any pets?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: No
Are there any guns present in your home?: No
What is the fluoride status of your home?: Non-fluoridated
Do you use insect repellent routinely?: No
Do you use sunscreen routinely?: No

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: Not at all
Do you wear a helmet when biking?: No
Do you use your seat belt or car seat routinely?: No
**COVID 19 Vaccine**
Has the patient completed the COVID-19 vaccine series? If yes, please note date series was completed.: No
Has the patient received the COVID-19 Vaccine?: No
Does the patient wish to receive the COVID-19 vaccine prior to discharge?: No
Inpatient - Always Shown
VTE SCREENING COMPLETE: No
Gender Identity and LGBTQ Identity
First name used: ANA

## Family History

| Father | - No current problems or disability |
|--------|-------------------------------------|
| Mother | - No current problems or disability |

## ROS

ROS as noted in the HPI

## Physical Exam

Patient is a 38-year-old female.

Patient is a well nourished WD female, appears stiff and ambulates slowly, appears in pain.
Neck is tender diffusely and over the midline, limited ROM, she has good strength in the upper extremities. Lumbar back is tender over the midline, has limited ROM and good strength in both lower extremities. Slump test is positive on the right for pain in the thigh, back and neck.

## Vitals

Intake & Output  24 Hour Total

| Intake | 0.0mL |
|--------|-------|
| Output | 0.0mL |
| Net Balance | 0mL |

More recent vital readings have been recorded

## ED Course

None recorded

## Medical Decision Making

Patient still has ongoing pain, is worsening in the back with pain into the lower extremities, R>L. Will order MRI as OP of cervical and lumbar spine. Administered Toradol 60 mg IM, start on naprosyn 500 mg and cyclobenzaprine 10 mg TID. She may benefit from a PMR physician and will work on a referral. I do not see weakness that would necessitate an MRI tonight. Patient was given a prescription for her medications tonight.

## Diagnoses

- low back strain - Onset: 10/23/2021
- strain of neck muscle - Onset: 10/23/2021

Created by        17:50, 11-10-
  Michael Noyes,   2021
MD

Signed by        19:01, 11-10-
  Michael Noyes,   2021
MD

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## ED Triage Notes

### Chief Complaint

lower back and neck pain

### Acuity

2 (Emergent)

### Vitals

| Vital | Most Recent | Time | 1 Hour Range |
|---|---|---|---|
| Oxygen saturation | 100 % | 11-10-2021 18:35 | 100 % - 100 % |
| Respiratory rate | 20 | 11-10-2021 18:35 | 20 - 20 |
| Blood pressure | 116 / 85 supine upper arm - right | 11-10-2021 18:35 | 116/85 - 116/85 |
| Heart rate | 81 bpm cardiac monitor | 11-10-2021 18:35 | 81 bpm - 81 bpm |
| Temperature | 98.6 °F oral (37 C) | 11-10-2021 18:35 | 98.6 °F (37 C) - 98.6 °F (37 C) |
| Pain level | 8 | 11-10-2021 18:35 | 8 - 8 |

| Intake & Output | 24 Hour Total |
|---|---|
| Intake | 0.0mL |
| Output | 0.0mL |
| Net Balance | 0mL |

Oxygen at arrival: Y

### Home Medications

None Recorded

### Allergies

NKDA

Created by       18:34, 11-10-
Louis Karunakaran2021

Signed by       18:37, 11-10-
Louis Karunakaran2021

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## Vitals

| Vital | Most Recent | Time | 2 Hour Range |
|---|---|---|---|
| Oxygen saturation | 100 % | 11-10-2021 18:35 | 100 % - 100 % |
| Respiratory rate | 20 | 11-10-2021 18:35 | 20 - 20 |
| Blood pressure | 116 / 85 supine upper arm - right | 11-10-2021 18:35 | 116/85 - 116/85 |
| Heart rate | 81 bpm cardiac monitor | 11-10-2021 18:35 | 81 bpm - 81 bpm |
| Temperature | 98.6 °F oral (37 C) | 11-10-2021 18:35 | 98.6 °F (37 C) - 98.6 °F (37 C) |
| Pain level | 8 | 11-10-2021 18:35 | 8 - 8 |

Intake & Output  24 Hour Total

| Intake | 0.0mL |
|---|---|
| Output | 0.0mL |
| Net Balance | 0mL |

Created by    18:48, 11-10-
Louis Karunakaran 2021

Signed by    18:56, 11-10-
Louis Karunakaran 2021

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## ED Nursing Initial Assessment Notes

### Nursing Assessment

ED-MVC
    HISTORIAN: patient
    ARRIVAL MODE car
    INJURIES / AREA OF PAIN pain in the neck, lower back, knee, left elbow
    FUNCTIONAL / NUTRITIONAL ASSESSMENT independent ADL
    NEURO normal/no deficits
    CVS normal/no deficits
    HEAD / FACE normal/no deficits
    NECK / BACK neck and back
    CHEST normal/no deficits
    RESPIRATORY normal/no deficits
    ABDOMEN normal/no deficits
    PELVIS / GU normal/no deficits

### Problems

No known problems

### Surgical History

right wrist surgery

### Vaccines

tetanus <5 years

### Family History

Father    - No current problems or disability

Mother    - No current problems or disability

### Social History

Public Health and Travel
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
Do you reside in or have you traveled to an area where Ebola virus transmission is active?: No
Have you processed blood or body fluids from an Ebola virus disease patient without appropriate PPE?: No
Substance Use
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
Marriage and Sexuality
What is your relationship status?: Married
Are you sexually active?: Yes
Do you use protection during sex?: No
Home and Environment
Have there been any changes to your family or social situation?: No
What type of child care do you use?: None
Do you have any pets?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: No
Are there any guns present in your home?: No
What is the fluoride status of your home?: Non-fluoridated
Do you use insect repellent routinely?: No
Do you use sunscreen routinely?: No
Lifestyle
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: Not at all
Do you wear a helmet when biking?: No
Do you use your seat belt or car seat routinely?: No
COVID 19 Vaccine
Has the patient completed the COVID-19 vaccine series? If yes, please note date series was completed.: No
Has the patient received the COVID-19 Vaccine?: No
Does the patient wish to receive the COVID-19 vaccine prior to discharge?: No
Inpatient - Always Shown
VTE SCREENING COMPLETE: No
Gender Identity and LGBTQ Identity
First name used: ANA

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## Nursing Notes

Date: 11/10/2021 17:45 to 11/10/2021 18:45

- **Louis Karunakaran**
  **18:40, 11-10-2021**
  pt walked out of the ED and sitting in the lobby waiting for ride.
- **Louis Karunakaran**
  **18:30, 11-10-2021**
  Dr. Noyes went to the pt room, discharge information given, education and instructions given language interperator used 1088859
- **Louis Karunakaran**
  **18:20, 11-10-2021**
  pt pain medication given by Patrick RN.
- **Louis Karunakaran**
  **18:00, 11-10-2021**
  Dr. noyes went to see the pt.
- **Louis Karunakaran**
  **17:48, 11-10-2021**
  Seat on, no air bags no loc.
- **Louis Karunakaran**
  **17:47, 11-10-2021**
  pt ambulated to the ED from MVA on the 10/23/2021, which she already has came in ED in which she is still in pain (pain score 8), vital signs which in normal limits, infromed Dr. Noyes.

Created by        18:34, 11-10-
Louis Karunakaran2021

Signed by        18:48, 11-10-
Louis Karunakaran2021

Advanced Da...

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## Orders

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #134987 | chart id: #170625

# Medication Order

## Date Ordered: 11/10/2021 18:27:21

Order Ketorolac IM 60 mg once now
   CPOE order by Michael Noyes, MD

Entered by mnoyes1 2021-11-10 18:27
Signed by mnoyes1 2021-11-10 18:27
Acknowledged by lkarunakaran 2021-11-10 18:34
Printed: 06/16/2022 23:33:29 by

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**

## Medication Administration Record

## Medication Administration Record for 11-10-2021
Exported at 06-16-2022 23:33 by khensley27
**Medications**

### ketorolac IM 60 mg once

| | |
|---|---|
| Dispensable(s) | ketorolac 60 mg/2 mL intramuscular solution |
| Ordered start | 11-10-2021 18:27 now |
| Ordered stop | 11-10-2021 19:27 |

CPOE order by Michael Noyes, MD
Verified by skulik4

**11-10-2021**

18:35   **Administered** 60 mg by ptiemeyer1

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## Patient Discharge Instructions

Date: 11/10/2021 17:45 to 11/10/2021 18:45

# Patient Discharge Instructions

AD Hospital East, LLC
7502 Greenville Avenue, DALLAS, TX 75231-3802
Phone: (469) 221-6000 | Fax: (713) 383-4446

| Name | DOB | Home Phone | ID |
|---|---|---|---|
| Ana Emperatriz Vasquez Flores | 08-01-1983 | (469) 671-1659 | 266686 |

Dear Ana Emperatriz Vasquez Flores,
Below is a summary of your hospital visit. If you have any questions about the care you received, please call AD Hospital East, LLC at (469) 221-6000.

## Your Visit Details

**Admitted On:** None recorded
**Admit Attending:** None recorded
**Admitted For:** None recorded

**Discharged On:** 18:45, 11-10-2021

**Discharge Attending:**
Michael Brent Noyes,
MD

**Discharged With:**
strain of neck muscle; low back strain

## Discharge Instructions
## Patient Instructions

Advanced Da...

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

Prescription for Naprosyn 500 mg twice a day for pain, and flexeril 10 mg as needed three times a day for spasm. PT referral, MRI of cervical spine and of Lumbar spine.

Entered by        18:30, 11-10-
  Michael Noyes,  2021
MD

## Medications

*Medication reconciliation did not occur, please consult your PCP for further information.*

Medications listed under **start** are new medications you are being given.

**Start These Medications**

No medications need to be started at this time.

## Education

Refer to the following educational materials for more information about your diagnoses, medications, and other important information:

• CóMO volver a la normalidad después de un dolor en la parte baja de la espalda: instrucciones de cuidado - [getting back to normal after low back pain: care instructions]
• dolor en la parte baja de la espalda (lumbalgia): ejercicios - [low back pain: exercises]
• neck strain or sprain: rehab exercises

**Patient's**                                        **Date**
**Signature**

**Nurse's**                                          **Date**
**Signature**



| Patient Registration |
| --- |

**CURRENT PATIENT INFORMATION -- PLEASE PRINT**

Last Name: VASQUEZ FLORES
First Name: ANA
Middle Name: EMPERATRIZ
Address: 5845 RANCHO DR
City: QUINLAN State: TX
Zip: 75474-3205
Home Phone: (469) 671-1659
Work Phone:
Mobile Phone: (469) 671-1659
Sex: F
Date of Birth: 08/01/1983 38yo
Social Security No.:
Patient email:
Required by government mandate [although you may refuse]
Language: Spanish
Race: White
Ethnicity: Hispanic or Latino/Spanish
Marital Status:

**Guarantor Information (to whom statements are sent)**

Name: ANA EMPERATRIZ VASQUEZ FLORES
Address: 5845 RANCHO DR
QUINLAN, TX 75474-3205

Date of Birth: 08/01/1983
Social Security No.:
Phone: (         )         -

**Emergency Contact Information**

Name: DANIEL FLORES
Relationship: SPOUSE
Phone: (214) 573-3637

**Employer information**

Employer:
Address:
Phone:

**Hospital Visit Information**

Visit ID: 234617
Check In Date: 10/23/2021 19:55
Discharge Date: 10/23/202123:25
Admission Type: Emergency
Discharge Status: Discharged to home or self care (routine discharge)

Admitting Provider: BURKETT, JOSEPH
Attending Provider: Burkett_Joseph
Referring Provider:
Operating Provider:
Level of Care:

**Primary Insurance Information**

Visit Insurance: SP 1127 [637762] 10/23/2021
Insurance Plan Name:
Last Name:
First Name:
Middle Name:
Insurance ID/Cert #:
Group/Policy #:
Date of Birth: Sex (please circle): M or F
Employer Name:
Patient's relationship to policy holder:
Case Policy:

**Secondary Insurance Information**

Insurance Plan Name:
Last Name:
First Name.:
Middle Name:
Insurance ID/Cert #:
Group/Policy #:
Date of Birth: Sex (please circle): M or F
Employer Name:
Patient's relationship to policy holder:

To the best of my knowledge the above information is complete and accurate.

Signed_____Date_____



**ADVANCED**
**DIAGNOS'**
**HEALTHCARE SYSTEM**

VASQUEZ, ANA
SEX: FEMALE AGE:38   VISIT ID: 234617
MRN: 266686          DOB: 08/01/1983
DR. BURKETT          DOS: 10/23/2021

EL FORMULARIO DE REGISTR

## INFORMACIÓN DEL PACIENTE

Nombre del paciente: Ana E. Vasquez Flores          Médico primario: _____

Sex: ☐ M  ☒ F   Fecha de nacimiento: 08 / 01 / 1983   Número de Seguridad Social: _____

## CONTACT

Dirección postal: 5845 rancho dr   Ciudad: Quinlan   Estado: tx   Condado: 75474

Casa Ph: _____   Ph de trabajo: _____   Ph de la célula: 469-671-1659

Correo electrónico: diamante 0801 @ gmail.com

Estado civil: (circle one):   (Casado)   Soltero   Viudo   Divorciado

Contacto de Emergencia: Daniel Flores   Téléfono: 214-573-3657 Relación: esposo

## EMPLEO DEL PACIENTE

Empleador: presstonwood landscape Téléfono: _____   Status: ☐ FT  ☐ PT  ☐ Jubilado  ☐ Otro

Dirección postal _____   Ciudad: Dallas   Estado: _____   Código postal: _____

## INFORMACIÓN DEL SEGURO

Seguro primario: _____   Téléfono: _____

Nombre del asegurado: _____   Relación con el paciente: _____

Dirección postal _____   Ciudad: _____   Estado: _____   Código postal: _____

ID #: _____   Política #: _____   Grupo #: _____

Seguro secundario: _____   Téléfono: _____

Nombre del asegurado: _____   Relación con el paciente: _____

Dirección postal _____   Ciudad: _____   Estado: _____   Código postal: _____

ID #: _____   Política #: _____   Grupo #: _____

## PREGUNTAS ADICIONALES

¿Son los servicios para prestados a consecuencia de lesiones en el trabajo?   ☐ Sí  ☒ No
En caso afirmativo, ¿cuál fue la fecha del accidente? _____   Nombre del empleador: _____

¿Qué tipo de lesión resultó en el accidente? dolor de espalda y cuello, cabeza

¿Son servicios que procesa el resultado de un accidente de auto?   ☒ Sí  ☐ No

En caso afirmativo, ¿cuál fue la fecha del accidente? 10/23/2021   Nombre de seguro de auto: _____

Ubicación del accidente: 240 divided dr coppell

POR FAVOR NO OLVIDE TRAER SU TARJETA DE SEGURO(S) Y UNA IDENTIFICACIÓN CON FOTOGRAFÍA A LA INSTALACIÓN.

**ADVANCED DIAGNOSTICS**
HEALTHCARE SYSTEM

VASQUEZ, ANA

SEX: FEMALE  AGE:38  VISIT ID: 234617
MRN: 266686                DOB: 08/01/1983
DR. BURKETT               DOS: 10/23/2021

## CONDICIONES DE INGRESO

Las iniciales indican que yo o mi representante personal hemos leido y conocemos la siguiente información:

### CONSENTIMIENTO AL TRATAMIENTO

Ingreso a Advanced Dallas Hospital & Clinics, LLC (ADHC) para recibir tratamiento y atención medica durante mi internación o como paciente ambulatorio y doy mi consentimiento en forma voluntaria a dicha atención medica, incluyendo procedimientos y tratamiento medicos, que me brindaran agentes autorizados y empleados del hospital, personal medico u otras personas designadas, segun sea necesario o beneficioso para mi atención medica. Entiendo que tal vez se incluyan examenes para detectar enfermedades infectocontagiosas tales como el Virus de Inmunodeficiencia Humana (VIH). Este consentimiento es valido mientras este internado a menos que yo lo retire por escrito. Acepto que no me han ofrecido ninguna garantia sobre el efecto de tal atención medica o tratamiento de mi enfermedad.

A. V
(Iniciales)

### FACTURACION DE LOS MÉDICOS

Los médicos que le atiendan durante este encuentro, incluyendo radiólogos, patólogos, anestesiólogos, cirujanos, médicos de urgencia, y otros profesionales independientes, le facturarán de forma independiente del hospital por sus servicios.

A. V
(Iniciales)

### RECONOCIMIENTO DE INSTRUCCIONES ANTICIPADAS

1. Recibi materiales escritos sobre mi derecho a aceptar o rechazar tratamiento medico.
2. Recibi información sobre mis derechos de formular instrucciones anticipadas.
3. Entiendo que no necesito tener instrucciones anticipadas para recibir tratamiento medico.

He ejecutado instrucción anticipada.  ☑ Si   No ☐

A. V
(Iniciales)

Entregue una copia de las instrucciones anticipadas al ingresar al hospital.  ☑ Si    No ☐

Entiendo que esmiresponsabilidad de proveer al hospital con una copia de mi directive anticipada, y entender que hasta que proporciono ests document, el hospital no puede ser capaz de cumplir mis deseos ☑ Si    No ☐

Si no entrega una copia, cuál es la intención del paciente (utilizar las propias palabras de sustitutos de la salud del paciente o de)?

Quisiera recibir ayuda sobre las Instrucciones anticipadas.  ☑ Si    No ☐

Si no entrega una copia, quien es el agente?

### CONSENTIMIENTO PARA USAR Y REVELAR INFORMACION (continúa en página siguiente)

Conforme a la Ley de responsabilidad y transferencia de seguro medico y la regulación de privacidad promulgada bajo dicha ley, por el presente acepto el uso y divulgación de mi información de salud para el tratamiento, pago y operaciones relacionadas con la salud. Entiendo que como parte de mi atención medica, esta organización crea y mantiene registros medicos que contienen mi historia clinica, sintomas, resultados de examenes y analisis, diagnóstico, tratamiento y todo plan para atención y tratamientos futuros. Los registros medicos se guardan por 10 años desde la fecha de atención mas reciente. Entiendo que esta información sirve como:

1. Base para planear mi atención medica y tratamiento
2. Medio de comunicación entre los diferentes profesionales de la salud que me brindan atención medica
3. Fuente de información para aplicar la información de diagnóstico y cirugia a mi facture



VASQUEZ, ANA
SEX: FEMALE AGE:38   VISIT ID: 234617
MRN:  266686  DOB:  08/01/1983  DR.
BURKETT DOS: 10/23/2021

4. Medio por el cual un tercero responsable de los pagos puede verificar que realmente se proporcionaron los servicios facturados y herramienta para operaciones medicas de rutina tales como evaluar calidad y verificar la capacidad de los profesionales de la salud.

Entiendo y recibi un Aviso sobre prácticas de privacidad que provee una descripción mas completa de la información de salud protegida, sus usos y divulgaciones apropiadas. Entiendo que tengo derecho a leer el aviso antes de firmar este consentimiento. Entiendo que tengo derecho a objetar el uso de mi información medica para fines de directorio. Entiendo que tengo derecho a solicitar restricciones en el uso o revelación de mi información medica para realizar tratamientos, pagos u operaciones medicas y que el hospital no esta obligado a estar de acuerdo con las restricciones solicitadas. Entiendo y acepto que los registros generados como resultado de mi tratamiento medico y/o ingreso al hospital para recibir tratamiento o para alguien ante quien el abajo firmante sea responsable legalmente o tenga autoridad de ejecutar este formulario de consentimiento o un tercero responsable de los pagos que puede pagar al hospital mediante un los gastos correspondientes a los servicios prestados, y autorizo expresamente al hospital a entregar dichos registros a tal persona u organización responsable de los pagos o a cualquier persona u organización autorizada por la ley a revisar los registros con fines legales. Entiendo que durante mi internación en el hospital, o mientras reciba atención despues de mi internación, puede ser necesario que el hospital o el medico o medicos tratantes entreguen copias de mi historia clinica o información relacionada con mi atención a otros profesionales de la salud, incluyendo centros de salud y medicos a los que me deriven.

A.V
(Iniciates)

## ARTICULOS PERSONALES DE VALOR

Se entiende y acuerda que el hospital no es responsable de la seguridad del dinero ni los articulos de valor. Me han recomendado dejar todo mi dinero y articulos de valor en mi casa o entregarselos a mis familiares o amigos. El hospital no sera responsable de la perdida ni daños al dinero, joyas u otros articulos de valor.

A.V
(Iniciales)

## CONOCIMIENTO DE RECIBO DE INFORMACION

He recibido la siguiente información:
1. Derechos y Responsabilidades de Pacientes
2. Aviso de Practicas de Privacidad

A.V
(Iniciales)

## CONOCIMIENTO DE RECIBO DE FIRMAS

Yo, el abajo firmante certifico que he leido lo anterior, y que soy el paciente o su agente debidamente autorizado, acepto los terminos anteriores y ejecuto este documento. Todos los garantes certifican que han leido lo anterior y aceptan sus terminos.

A.V
(Iniciales)

Firma del paciente/representante personal: _____   Fecha: 10/23/21 Hora: 8:00

Relacion con el paciente: _____

Firma del testigo: _____   Fecha: _____   Hora: 10/23/21

Firma del Segundo testigo: _____   Fecha: _____   Hora: _____

HIM-1028



**ADVANCED DIAGNOSTICS**
HEALTHCARE SYSTEM

VASQUEZ, ANA
SEX: FEMALE  AGE:38   VISIT ID: 234617
MRN: 266686                  DOB: 08/01/1983
DR. BURKETT                 DOS: 10/23/2021

## DIVULGACIÓN DE INFORMACIÓN MÉDICA

Nombre: Ana E. Vasquez Flores   Fecha de nacimiento: 08/01/1983

Además, se le dará la oportunidad de especificar qué información, si la hay, le gustaría tener restringida de liberación. Estos son dos elementos diferentes de información que deberá proporcionar con respecto a su información de salud protegida. Por favor, considere ambas solicitudes como información extremadamente importante que debe restringirse.

Usted puede cambiar cualquiera de estas solicitudes verbalmente o por escrito en cualquier momento, haciéndole saber a su proveedor de atención médica (enfermera del médico) que desea hacer un cambio.

Al completar y firmar este formulario, usted ha indicado que está permitiendo que ADHC y los médicos involucrados en su atención se comuniquen según las indicaciones anteriores.

| Nombre | Relación | Número de teléfono |
|---|---|---|
| Daniel Flores | Esposo | 214 - 573 - 3637 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Además, se le dará la oportunidad de especificar qué información, si la hay, le gustaría tener restringida de divulgación. Estos son dos elementos diferentes de información que deberá proporcionar con respecto a su información de salud protegida. Por favor, considere ambas solicitudes como información extremadamente importante que debe restringirse.

Usted puede cambiar cualquiera de estas solicitudes verbalmente o por escrito en cualquier momento, haciéndole saber a su proveedor de atención médica (enfermera del médico) que desea hacer un cambio.

Al completar y firmar este formulario, usted ha indicado que está permitiendo que ADHC y los médicos involucrados en su atención se comuniquen según las indicaciones anteriores.

Firma del paciente: _____        Fecha: 10/23/21

VASQUEZ, ANA   VISIT ID: 234617
SEX: FEMALE AGE:38
MRN: 266686   DOB: 08/01/1983
DR. BURKETT   DOS: 10/23/2021



# ADVANCED DIAGNOSTICS
## HEALTHCARE SYSTEM

## DIVULGACIÓN DE INFORMACIÓN MÉDICA

| Nombre: Ana E. Vasquez Flores | Fecha de nacimiento: 08/01/83 | Número de Seguro Social: |
|---|---|---|
| Dirección 5845 rancho dr | | |
| Ciudad Quinlan | Estado tx | Código postal 75474 |
| Teléfono personal: 469-671-1659 | Teléfono del trabajo: | Correo electrónico: diamanteoBol@gmail.com |

Yo autorizo a AD Hospital Dsllas, LLC (ADHC) a divulgar u obtener de mis registros la información de atención médica que se indica más abajo:

| Nombre: Ana E. Vasquez Flores | | Número de teléfono: 469-671-1659 |
|---|---|---|
| Dirección 5845 rancho dr | Ciudad Quinlan | Estado: tx | Código postal: 75474 |

Copia solicitada:   ☑ Sí   ☐ No

---

| __ Registros de facturación | __ Estudios de laboratorio |
|---|---|
| __ Historia y física | __ Progreso Notes |
| __ Informe de Patología Reporta | __ Las Ordenes Médicas |
| __ Reporte de imágenes (rayos X, CT, MRI) | __ Consultación |
| __ Reporte Operativo | __ Registro Completo |
| __ Otros: _____ | |

Entiendo que cualquier información de la solicitada más arriba se puede referir a mi diagnóstico y tratamiento de trastornos psiquiátricos o psicológicos, abuso de alcohol / drogas (sustancias) y puede incluir registros que indiquen la presencia de enfermedades transmisibles o venéreas, incluyendo, entre otras, hepatitis, sífilis, gonorrea, Síndrome de Inmunodeficiencia Adquirida (SIDA) y Virus de la Inmunodeficiencia Humana (VIH).

Yo, el abajo firmante, entiendo que puedo revocar esta autorización en cualquier momento por escrito, excepto en la medida en que se haya tomado acción basándose en ella y que en cualquier caso esta autorización caducará en seis (6) meses a partir de cuando fue firmada a menos que se especifique lo contrario (Fecha en que se especifica lo contrario ). Entiendo que la provisión de mi atención médica y el pago de mi atención médica no se verán afectados si no firmo este formulario. Una vez vencido, ADHE ya no podrá usar ni divulgar mi información para los propósitos indicados más arriba sin una nueva autorización. Todas las revocaciones serán enviadas a la atención del Oficial de Privacidad de la instalación y se harán efectivas una vez recibidas. Entiendo que la información que precede puede incluir registros y/o informes de otros proveedores de atención médica involucrados en mi atención o tratamiento. He leído esta autorización y entiendo qué se usará o divulgará, quién puede usar y divulgar la información y el(los) destinatario(s) de esa información.

NOTA AL PACIENTE: Si la IPS se divulga bajo su autorización a personas u organizaciones que no están sujetas a las leyes federales de privacidad, puede divulgarse nuevamente y dejar de estar protegida.

HIM-1028

**A QUIEN RECIBA ESTA INFORMACIÓN:** Esta información está siendo divulgada a usted de registros cuya confidencialidad puede estar protegida por leyes federales y/o estatales. De ser así, la Regla 42 CFR, Parte 2, prohíbe la divulgación adicional sin la autorización específica por escrito de la persona a quien pertenece, o de otra manera según lo permita dicho reglamento.

| Paciente (o tutor legal/poder notarial) Ana E. Vasquec | Fecha: 10/23/2021 |
|---|---|
| Firma del testigo                RN | Fecha: 10/23/2021 |



**ADVANCED DIAGNOSTICS**
HEALTHCARE SYSTEM

Al firmar mi firma a continuación, estoy declarando que mis respuestas a las siguientes preguntas son verdaderas; y también estoy declarando que entiendo que Advanced Dallas Hospital & Clinics, LLC (en adelante, "ADHC" o simplemente el "Hospital") confiará en mis respuestas. Por lo tanto, colocaré una marca en el cuadro junto a la respuesta correcta / verdadera a cada una de las siguientes preguntas.

1.  ¿Es la atención hospitalaria y el tratamiento que está buscando de ADHC, en este momento, para lesiones causadas por un accidente que se atribuye a la negligencia de otra persona?   ☑ Sí   ☐ No

    A.  Si respondió "sí" a la pregunta 1, indique el nombre de la persona y / o empresa cuya negligencia causó su lesión:
        _Timothy Hill → xpo Logistics_

    B.  Si respondió "sí" a la pregunta 1, indique la fecha en que se lesionó:   _10 / 23 / 2021_
    C.  Si respondió "sí" a la pregunta 1, indique la ubicación/dirección donde se lesionó:
        _240 divided dr coppell_

2.  ¿Fue admitido en algún hospital para el tratamiento de las lesiones de las que ahora está buscando tratamiento, dentro de las 72 horas (3 días) posteriores al accidente que causó sus lesiones?   ☐ Yes   ☑ No

3.  ¿Ya ha estado hospitalizado en algún hospital más de 100 días, durante los cuales recibió atención hospitalaria y tratamiento de las mismas lesiones que sufrió en el accidente que se le preguntó en la Pregunta 1 anterior?   ☐ Yes   ☑ No

4.  ¿Es la atención hospitalaria y el tratamiento que está buscando de ADHC, en este momento, por sus lesiones que sufrió durante un accidente que ocurrió mientras estaba en el trabajo?   ☐ Yes   ☑ No

    A.  Si respondió "sí" a la pregunta 4, en el momento en que se lesionó en el accidente relacionado con el trabajo, ¿su empleador era el gobierno federal o alguna agencia, departamento o rama del gobierno federal ☐ Yes   ☑ No

    B.  Si respondió "sí" a la pregunta 4, en el momento en que se lesionó en el accidente relacionado con el trabajo, ¿su empleador estaba suscrito a una póliza de Seguro de Compensación al Trabajador?   ☐ Yes   ☐ No

    C.  Si respondió "sí" a la pregunta 4, en el momento en que se lesionó en el accidente relacionado con el trabajo, ¿ocurrió su lesión en las aguas navegables de los Estados Unidos (incluidos cualquier muelle contiguo, muelle, dique seco, terminal, camino de construcción, ferrocarril marítimo u otra área contigua utilizada habitualmente por un empleador en la carga, descarga, reparación, desmantelamiento o construcción de un buque)?   ☐ Yes   ☐ No

    D.  Si respondió "sí" a la pregunta 4, en el momento en que se lesionó en el accidente relacionado con el trabajo, ¿su empleador era propietario u operador de una compañía ferroviaria?   ☐ Yes   ☐ No

Al firmar a continuación, prometo que he dado respuestas veraces a las preguntas; y también estoy reconociendo que es razonable que ADHC confíe en la veracidad de cada una de mis respuestas.

Por: _____   Fecha: _10 / 23 / 2021_

Nombre impreso del paciente: _Ana E. Vasquez Flores._

Domicilio del paciente: _5845 rancho dr quinlan tx 75474_

| COLOQUE LA ETIQUETA DEL PACIENTE AQUÍ | VASQUEZ, ANA |
| --- | --- |
| | SEX: FEMALE AGE:38   VISIT ID: 234617 |
| | MRN: 266686   DOB: 08/01/1983 |
| | DR. BURKETT   DOS: 10/23/2021 |

accidente # ADHC 208

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**

## ED Provider Assessment

### First Contact with Patient

20:52, 10-23-2021

### Chief Complaint

MVA

### HPI

Pt is a 38 yo female sp mvc today. Pt was a restrained driver in an MVC this morning, was driving in a parking lot when a car backed into the side of her car. She reports having immediate diffuse pain. Pain worse in the head, posterior aspect of the neck, upper back, lower back, bilateral lower quadrants. No numbness or weakness but the back pain radiates around to the bilateral hips, no nausea or vomiting, no other associated symptoms.

### Problems

No known problems

### Home Medications

None Recorded

### Allergies

NKDA

### Surgical History

right wrist surgery

### Social History

**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
Which of your hands is dominant?: Right
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
Do you reside in or have you traveled to an area where Ebola virus transmission is active?: No
Have you processed blood or body fluids from an Ebola virus disease patient without appropriate PPE?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Marriage and Sexuality**
What is your relationship status?: Married
Are you sexually active?: Yes
Do you use protection during sex?: No
**Home and Environment**
Have there been any changes to your family or social situation?: No
What type of child care do you use?: None
Do you have any pets?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: No
Are there any guns present in your home?: No
What is the fluoride status of your home?: Non-fluoridated
Do you use insect repellent routinely?: No
Do you use sunscreen routinely?: No
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: Not at all
Do you wear a helmet when biking?: No

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**

Do you use your seat belt or car seat routinely?: No

**COVID 19 Vaccine**

Has the patient completed the COVID-19 vaccine series? If yes, please note date series was completed.: No

Has the patient received the COVID-19 Vaccine?: No

Does the patient wish to receive the COVID-19 vaccine prior to discharge?: No

**Inpatient - Always Shown**

VTE SCREENING COMPLETE: No

**Gender Identity and LGBTQ Identity**

First name used: ANA

Family History

| Father | - No current problems or disability |
| Mother | - No current problems or disability |

ROS

**ROS as noted in the HPI**

Physical Exam

Patient is a 38-year-old female.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: conjunctiva clear left and right, no pallor left eye or right eye, no ptosis left eye or right eye, and non-injected left eye and non-inject right eye. Extraocular Movement: intact left eye and right eye. Lens: clear left eye. Sclerae: non-icteric: . Vision: peripheral vision grossly intact.

**ENMT:** Ears: no lesions on external left ear or external right ear, left external auditory canal clear and tympanic membrane clear, and right external auditory canal clear and tympanic membrane clear. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Respiratory:** Respiratory effort: unlabored respirations and no use of accessory muscles. Percussion: no dullness, flatness, or hyperresonance. RUL Auscultation: breath sounds normal and good air movement. RLL Auscultation: breath sounds normal and good air movement. LUL Auscultation: breath sounds normal and good air movement. LLL Auscultation: breath sounds normal and good air movement.

**Gastrointestinal:** Inspection and Palpation: LUQ soft, non-distended, and no tenderness; LLQ soft and non-distended; RUQ soft, non-distended, and no tenderness; RLQ soft and non-distended; and **LLQ tenderness** and **RLQ tenderness.**

**Musculoskeletal::** Gait and Station: normal gait. Joints, Bones, and Muscles: normal movement of all extremities and no contractures; **moderate ttp over the lower cervical paraspinal muscles bilaterally, moderate ttp over the mid thoracic paraspinal muscles, and moderate ttp over diffusely over the lumbar spine. Mild ttp over the lateral aspect of the bilateral hips. No other ttp over the extremities, Intact sensation and strength and pulses in all 4 ext..**

**Neurologic:** Orientation: oriented to person, place, time and situation. Cranial Nerves: 2-12 grossly intact. Motor Strength and Tone: normal tone. Sensation: grossly intact; **intact sensation to light touch and position sense in all 4 ext**

## VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

| Vital | Most Recent | Time | 1 Hour Range |
|---|---|---|---|
| Oxygen saturation | 99 % room air | 10-23-2021 20:57 | 99 % - 99 % |
| Height | 4 ft 11 in (149.86 cm) | 10-23-2021 20:57 | 4 ft 11 in (149.86 cm) - 4 ft 11 in (149.86 cm) |
| BMI | 31.331 | 10-23-2021 20:57 | 31.331 - 31.331 |
| Weight | 155 lbs 2 oz (70.36 kg) | 10-23-2021 20:57 | 155 lbs 2 oz (70.36 kg) - 155 lbs 2 oz (70.36 kg) |
| Respiratory rate | 18 | 10-23-2021 20:57 | 18 - 18 |
| Blood pressure | 110 / 87 (95) sitting upper arm - left adult | 10-23-2021 20:57 | 110/87 - 110/87 |
| Heart rate | 93 bpm regular pulse oximeter | 10-23-2021 20:57 | 93 bpm - 93 bpm |
| Temperature | 98.6 °F oral (37 C) | 10-23-2021 20:57 | 98.6 °F (37 C) - 98.6 °F (37 C) |
| Pain level | 7 numeric | 10-23-2021 20:57 | 7 - 7 |

Intake & Output 24 Hour Total

| | |
|---|---|
| Intake | 0.0mL |
| Output | 0.0mL |
| Net Balance | 0mL |

More recent vital readings have been recorded

### ED Course

Discussed with pt, no obvious serious injuries seen by radiology on cts and xrays. Also discussed limitations on sensitivity of these imaging techniques and that some serious injuries may be missed. She may need an MRI as an outpt, and to f/u with spine, ortho, and trauma team without fail. Pt acknowledged all of these things and agreed with plan.

10-24-2021 20:03

### Medical Decision Making

None recorded

### Diagnoses

- strain of back muscle - Onset: 10/23/2021
- strain of neck muscle - Onset: 10/23/2021
- vehicle accident - Onset: 10/23/2021
- headache - Onset: 10/23/2021

Signed by       20:03, 10-24-
JOSEPH_BURKETT_MD2021

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**

## ED Nursing Initial Assessment Notes

Nursing Assessment

### ED Initial Nursing Assessment

Have you been physically hurt or threatened by someone close? no
Suicidal/Homicidal Thoughts no homicidal thoughts; no suicidal thoughts
Safety: remind to call for help to get up; call light within reach; bed locked and in low position; side rails up x 2; non skid slippers on; ID band in place; ID band verified; head of bed elevated:; blanket provided
Mode of arrival: ambulated
Accompanied by: spouse
Treatment prior to arrival: none
Patient's condition condition:stable
Patient Denies: fever; feeling ill; fatigue; chills
Vaccine status: tetanus (enter date if known): within 5 yrs
Behavioral History tobacco use denies; alcohol use denies; illicit drug us denies
Code Status Code Status Full Code; Living Will No
Grips: equal bilaterally
Facial symmetry: appears normal; tongue midline
Babinski: negative
Pupils: Left Eye Dilated: left pupil size mm; left pupil round and reactive to light; Undilated: left pupil size mm
Pupils: Right Eye Dilated: right pupil size mm; right pupil round and reactive to light; Undilated: right pupil size mm
Patient denies: weakness; blurred vision; dizziness; difficulty swallowing; paresthesias; numbness; headache; photophobia; diplopia
ENT Assessment no deficits noted
Vision Assessment (normal) distance acuity: left, uncorrected: 20/: less than 20/200; (normal) distance acuity: right, uncorrected: 20/: less than 20/200
Patient Denies: blurred vision; decreased hearing; difficulty swallowing; nasal congestion; nasal discharge; pain; photophobia; ringing
eyes clear; no discharge; no itching
ears clear; hearing intact
nose nares patent
mouth/throat no throat redness, swelling
Shortness of breath none
Cough none
Air hunger none
Labored breathing none
Pain with respiration none
Pain with movement none
Patient denies cough; shortness of breath; labored breathing; pain with respiration; pain with cough; pain with movement; air hunger
respiratory RUL: clear; RLL: clear; LUL: clear; LLL: clear
cardiovascular capillary refill less than or equal to 3 seconds; pulse regular rate; pulse regular rhythm; peripheral pulses palpable (PPP); skin warm and dry
Cardiac Rhythm normal sinus rhythm
JVD absent
Bruits absent
Cardiac rub absent
Murmur absent
edema absent
Chest Pain - Severity none
Gastrointestinal Assessment no deficits noted
Bruits absent
Soft soft; x 4 quads
Non-Tender non-tender; x 4 quads
No deficits noted: no deficits noted
Genitalia normal appearance
Last void date:; time:; UA obtained in ED for HCG and Micro
Core assessment: WNL- no abnormal bleeding, no pain; normal bloody show
Patient Reports: Weakness: none
Patient Reports: Numbness in: **left: ; right: ; bilateral: thighs**
Patient Reports: Pain in: **Pain scale: 7; duration: 1200**; pain back of the neck, back of head, and lower back and bilateral thighs
integumentary no bruising; skin appropriate color for race; skin intact; skin warm and dry
Pain radiating: notes: ; thighs to the knees
Associated symptoms: none
Current Management: Xrays ordere, lab drawn, urinalysis
Unable to use pain scale: other: N/A

## VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

### Problems

No known problems

### Surgical History

right wrist surgery

### Vaccines

tetanus <5 years

### Family History

| Father | - No current problems or disability |
|--------|--------------------------------------|
| Mother | - No current problems or disability |

### Social History

**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
Which of your hands is dominant?: Right
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
Do you reside in or have you traveled to an area where Ebola virus transmission is active?: No
Have you processed blood or body fluids from an Ebola virus disease patient without appropriate PPE?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Home and Environment**
Have there been any changes to your family or social situation?: No
What type of child care do you use?: None
Do you have any pets?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: No
Are there any guns present in your home?: No
What is the fluoride status of your home?: Non-fluoridated
Do you use insect repellent routinely?: No
Do you use sunscreen routinely?: No
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: Not at all
Do you wear a helmet when biking?: No
Do you use your seat belt or car seat routinely?: No
**COVID 19 Vaccine**
Has the patient completed the COVID-19 vaccine series? If yes, please note date series was completed.: No
Has the patient received the COVID-19 Vaccine?: No
Does the patient wish to receive the COVID-19 vaccine prior to discharge?: No
**Inpatient - Always Shown**
VTE SCREENING COMPLETE: No
**Gender Identity and LGBTQ Identity**

Signed by        21:26, 10-23-
Angela           2021
Ikeji

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## ED Triage Notes

### Chief Complaint

MVA

### Acuity

4 (Semi-Urgent)

### Home Medications

None Recorded

### Allergies

NKDA

### Nursing Assessment

spanish interpreter used for RN nursing assessments. patient complained of MVA on 10/23/21 around 12 noon. Patient rates pain 7/10. Patient complained pain at back of the head, back of the neck. lower back pain. Bilateral thigh pain that radiates to the knees. Patient denies feeling unconscious during the accident. Patient is alert and oriented X4, on room air. VSS, IV catheter in place and patient tolerated. Labs drawn and Xrays obtained. Patient states having hysterectomy about 4 year ago Safety maintained. No apparent distress. Spouse at bedside. Continue to monitor.

Created by Angela Ikeji    20:53, 10-23-2021

Signed by Angela Ikeji    22:37, 10-23-2021

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**

## Shift Notes

Nursing Assessment

2110~Updated patient on plan of care , to include initiating IV access and drawing labs. Patient verbalized understanding of plan. LVN explained procedure for inserting IV. All of patients questions answered prior to IV insertion. All supplied gathered at bedside.Confirmed that patient has no limb restrictions. Identified vein for IV insertion. Applied tourniquet. Inserted 20 g IV into right AC. Blood return verified, labs drawn for CBC, BMP, CMP. 10 ml saline flush per protocol. IV flushed w/o resistance. Secured IV w/ plastic tape and IV dressing. Patient tolerated procedure well w/o adverse reaction.

Created by          21:59, 10-23-
Burnett_Sonia_RN2021

Signed by           22:13, 10-23-
Burnett_Sonia_RN2021

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## Nursing Notes

Date: 10/23/2021 19:55 to 10/23/2021 23:25

- Burnett_Sonia_RN
  21:50, 10-23-2021
  Pt returned from imaging via w/c, ambulated back to stretcher. SR up x 2, call light in reach. Pt's husband at bedside.
- Burnett_Sonia_RN
  21:48, 10-23-2021
  BMP lab results given to physician.
- Burnett_Sonia_RN
  21:45, 10-23-2021
  Per physician's orders, patient to undergo CXR/MRI. LVN explained plan of care to patient, answered all of patient's questions, patient verbalized understanding of POC. Pt able to ambulate to w/c w/o difficulty. Pt transported to imaging in w/c accompanied by Radiology tech.
- Burnett_Sonia_RN
  21:41, 10-23-2021
  Quest lab called for pickup for a stat CBC, CMP. Confirmation number 115348272.
- Burnett_Sonia_RN
  21:40, 10-23-2021
  BUN/CR results reported to MD and Radiology tech. (see lab results)
- Burnett_Sonia_RN
  21:15, 10-23-2021
  CBC, BMP, CMP labs labeled at pt bedside in front of pt. Placed iin biohazard bag and transported to lab. CMP spun down.
- Burnett_Sonia_RN
  20:55, 10-23-2021
  Pt given specimen cup for UA HCG and UA micro and directed to patient restroom. Specimen obtained and labeled in front of patient, placed in biohazard bag. Transported to lab and ran by Julian, LVN.
- Angela Ikeji
  20:30, 10-23-2021
  Patient came to the ED by 20:30 with C/O MVA and back of the head pain, neck pain, lower back pain, and bilateral thigh pain radiating to the knees. Patient denies unconscious during the accident event. Patient states she was the driver and wearing seat belt and denies vehicle air bag deployment. Patient alert and oriented. on room air. ambulatory, Labs drawn per order. IV catheter in place and patient tolerated. Safety maintained. Will continue to monitor.

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**

## Orders

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Imaging Order

## Date Ordered: 10/23/2021 20:50:21

Order CT head/brain wo/dye(70450) once pain after mvc
    now
    Accession ID: 1905501NT13131
    CPOE order by Joseph Burkett, MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 20:50
Acknowledged by sburnett35 2021-10-23 21:02
Printed: 06/16/2022 23:09:58 by

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Imaging Order

## Date Ordered: 10/23/2021 20:50:21

Order CT cervical spine wo/dye(72125) once pain after mvc
    now
    Accession ID: 1905515NT13131
    CPOE order by Joseph Burkett, MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 20:50
Acknowledged by sburnett35 2021-10-23 21:02
Printed: 06/16/2022 23:09:58 by

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Imaging Order

## Date Ordered: 10/23/2021 20:50:21

Order CT chest w/dye(71260) once pain after mvc now
    Accession ID: 1905499NT13131
    CPOE order by Joseph Burkett, MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 20:50
Acknowledged by sburnett35 2021-10-23 21:02
Printed: 06/16/2022 23:09:58 by

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Imaging Order

## Date Ordered: 10/23/2021 20:50:21

Order CT abdomen & pelvis W dye(74177) once pain after mvc
  now
  Accession ID: 1905511NT13131
  CPOE order by Joseph Burkett, MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 20:50
Acknowledged by sburnett35 2021-10-23 21:02
Printed: 06/16/2022 23:09:58 by

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Lab Order

## Date Ordered: 10/23/2021 20:50:21

Order CBC once now
  Sample collected by nurse
  CPOE order by Joseph Burkett,
  MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 20:50
Acknowledged by sburnett35 2021-10-23 21:01
Printed: 06/16/2022 23:09:58 by

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Lab Order

## Date Ordered: 10/23/2021 20:50:21

Order BMP once now
  Sample collected by nurse
  CPOE order by Joseph Burkett,
  MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 20:50
Acknowledged by sburnett35 2021-10-23 21:01
Printed: 06/16/2022 23:09:58 by

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Lab Order

## Date Ordered: 10/23/2021 20:50:21

Order CMP once now
    Sample collected by nurse
    CPOE order by Joseph Burkett,
    MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 20:50
Acknowledged by sburnett35 2021-10-23 21:01
Printed: 06/16/2022 23:09:58 by

---

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Lab Order

## Date Ordered: 10/23/2021 20:50:21

Order urinalysis W micro auto once now
    Sample collected by nurse
    CPOE order by Joseph Burkett,
    MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 20:50
Acknowledged by sburnett35 2021-10-23 21:00
Printed: 06/16/2022 23:09:58 by

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Imaging Order

## Date Ordered: 10/23/2021 20:50:21

Order xr hip 2+ vws right(73502) once pain after mvc now
    Accession ID: 1905514NT13131
    CPOE order by Joseph Burkett, MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 21:28
Acknowledged by sburnett35 2021-10-23 21:02
Discontinued by jburkett17 2021-10-23 21:28
Discontinued Reason: wrong order
Discontinue Signed by jburkett17 2021-10-23 21:28
Discontinue Acknowledged by sburnett35 2021-10-23 21:53
Printed: 06/16/2022 23:09:58 by

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Imaging Order

## Date Ordered: 10/23/2021 20:50:21

Order xr hip 2+ vws left(73502) once pain after mvc
    now
    Accession ID: 1905521NT13131
    CPOE order by Joseph Burkett, MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 21:28
Acknowledged by sburnett35 2021-10-23 21:02
Discontinued by jburkett17 2021-10-23 21:28
Discontinued Reason: wrong order
Discontinue Signed by jburkett17 2021-10-23 21:28
Discontinue Acknowledged by sburnett35 2021-10-23 21:53
Printed: 06/16/2022 23:09:58 by

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Nursing Order

## Date Ordered: 10/23/2021 20:50:21

Order cervical spine precautions ongoing now
CPOE order by Joseph Burkett, MD

Entered by jburkett17 2021-10-23 20:50
Signed by jburkett17 2021-10-23 20:50
Acknowledged by sburnett35 2021-10-23 21:01
Discontinued by ATHENA 2021-10-23 23:27
Discontinued Reason: Patient was discharged.
Discontinue Signed by ATHENA 2021-11-24 03:09
Printed: 06/16/2022 23:09:58 by

---

TX - Advanced Diagnostics ADHC ED (department id: #144) 7502 Greenville Avenue DALLAS, TX 75231-3802 (469) 221-6000

VASQUEZ FLORES, Ana
38yo F | 08-01-1983 | patient id: #266686 | stay id: #133184 | chart id: #170625

# Lab Order

## Date Ordered: 10/23/2021 20:53:48

Order HCG qualitative, urine once now
Sample collected by nurse
CPOE order by Joseph Burkett,
MD

Entered by jburkett17 2021-10-23 20:53
Signed by jburkett17 2021-10-23 20:53
Acknowledged by sburnett35 2021-10-23 21:00
Printed: 06/16/2022 23:09:58 by

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## Imaging Results

### CT Abdomen & Pelvis W Dye(74177)

| Result date | 10/23/2021 21:52 |
|---|---|
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Abdomen & Pelvis W Dye(74177) |

| Observation | Interpretation |
|---|---|
| | CT of the abdomen and pelvis with contrast.||||||Findings:||Helically acquired CT images were obtained through the abdomen and pelvis with contrast. Reformats were obtained in 2 planes. Total DLP is 1265.24. 95 cc of Omnipaque 300 was injected intravenously.||CT was performed observing ALARA principles.||Comparison: None.||Clinical indication: MVC, pain.||Visualized lung bases are clear. The liver, gallbladder, pancreas, spleen, adrenal glands and kidneys bilaterally appear unremarkable. Caliber of the aorta is normal. Urinary bladder is seen normally. Uterus grossly appears normal. Right ovary measures 4.0 cm x 2.8 cm and appears unremarkable. Left ovary measures 5.4 cm x 3.1 cm and shows a cyst measuring 3.7 cm x 2.5 cm. No free fluid or free air is seen. No bowel obstruction/constipation is seen. Appendix appears normal. Small umbilical hernia containing fat is seen. No fracture is noted.||||Impression: Abdominal viscera are intact. Left ovarian cyst. No fracture is noted. ELECTRONICALLY SIGNED BY MATHUR CHAND on 10/23/2021 22:22:19 |

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## CT Chest w/Dye(71260)

| Result date | 10/23/2021 21:52 |
|---|---|
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Chest w/Dye(71260) |

| Observation | Interpretation |
|---|---|
| | CT of the chest with contrast.\|\|\|\|\|\|Findings:\|\|Post contrast helical images were obtained through the chest.  Reformats were obtained in 2 planes. Total DLP is 1265.34.  95 cc of Omnipaque 300 was injected intravenously.\|\|The study was performed utilizing ALARA principles.\|\|Comparison: None.\|\|Clinical indication: Pain, MVC.\|\|Thyroid gland appears normal.\|\|Caliber of the aorta is normal. Heart size is normal. No pericardial or pleural effusions are noted. No gross adenopathy is seen. Trachea and airways are patent. No lung infiltrates or pneumothorax is seen. No evidence of hypersensitivity pneumonitis is evident. No mass lesion is evident.\|\|The visualized upper abdomen is grossly unremarkable. No suspicious bone lesion is seen.  No fracture is noted.\|\|\|\|\|\|Impression: No lung infiltrates or evidence of acute lung lesion is noted.\nELECTRONICALLY SIGNED BY MATHUR CHAND on 10/23/2021 22:17:16 |

Advanced Dallas Health ... Clinic...

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## CT Cervical Spine Wo/Dye(72125)

| Result date | 10/23/2021 21:35 |
|---|---|
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Cervical Spine Wo/Dye(72125) |

| Observation | Interpretation |
|---|---|
| | CT of the cervical spine without contrast.||||||Findings:||Axial images obtained through the cervical spine without contrast. Reformats were obtained. Total DLP is 425.53. CT was performed observing ALARA principles.||Clinical indication: MVC, pain.||Slight reversal of the lordotic curve of the spine is seen. Height of vertebrae and disc spaces are maintained. No definite fracture is seen.||Neural canal is intact. No arthritic changes are seen. ||Soft tissue grossly appear normal.||||||Impression: No fracture or arthritic changes are seen. If patient's pain persist MRI should be obtained for greater sensitivity. ELECTRONICALLY SIGNED BY MATHUR CHAND on 10/23/2021 21:37:43 |

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## CT Head/Brain Wo/Dye(70450)

| Result date | 10/23/2021 21:33 |
|---|---|
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Head/Brain Wo/Dye(70450) |

| Observation | Interpretation |
|---|---|
| | CT of the head without contrast.||Technique:||Multiple axial sections were obtained from the skull base to the vertex. Reformats in 2 planes were obtained. CT was performed observing ALARA principles.||The total DLP is 927.95.||Comparison: None.||Clinical indication: Headache, MVA.||Findings:||There is no mass effect, intracranial hemorrhage or extra-axial fluid collection. The ventricles and sulci appear normal. There is no evidence of acute infarction or focal lesion. No fracture is seen. Sinuses and mastoid air cells are clear.||||||Impression:||1. No intracranial lesion is seen.<br>ELECTRONICALLY SIGNED BY MATHUR CHAND on 10/23/2021 21:36:43 |

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

**Patient Discharge Instructions**

Date: 10/23/2021 19:55 to 10/23/2021 23:25

# Patient Discharge Instructions

AD Hospital East, LLC

**VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)**
7502 Greenville Avenue, DALLAS, TX 75231-3802
Phone: (469) 221-6000 | Fax: (713) 383-4446

| Name | DOB | Home Phone | ID |
|------|-----|-----------|-----|
| Ana Emperatriz Vasquez Flores | 08-01-1983 | (469) 671-1659 | 266686 |

Dear Ana Emperatriz Vasquez Flores,

Below is a summary of your hospital visit. If you have any questions about the care you received, please call AD Hospital East, LLC at (469) 221-6000.

## Your Visit Details

**Admitted On:** None recorded

**Admit Attending:** None recorded

**Admitted For:** None recorded

**Discharged On:** 23:25, 10-23-2021

**Discharge Attending:**
Joseph Burkett,
_MD

**Discharged With:**
headache; vehicle accident; strain of neck muscle; strain of back muscle

## Discharge Instructions

### Patient Instructions

Please follow up with the trauma team and spine physicians without fail. Please return to the ER immediately if you have increased pain or any other new or concerning symptoms.

Entered by
JOSEPH_BURKETT_MD    23:00, 10-23-2021

## Medications

*Medication reconciliation did not occur, please consult your PCP for further information.*

Medications listed under **start** are new medications you are being given.

VASQUEZ FLORES, Ana EMPERATRIZ (id #266686, dob: 08/01/1983)

## Start These Medications

No medications need to be started at this time.

# Education

Refer to the following educational materials for more information about your diagnoses, medications, and other important information:

- back strain: care instructions
- headache: care instructions
- neck strain: care instructions

**Patient's Signature**                                    **Date**

**Nurse's Signature**                                     **Date**

## AFFIDAVIT CONCERNING COST AND NECESSITY OF MEDICAL SERVICES

## PER §18.001 of the CIVIL PRACTICE AND REMEDIES CODE

THE STATE OF TEXAS

COUNTY OF __DALLAS__

RECORDS PERTAINING TO:     Ana E. Vasquez

### Date of Birth:   8 / 01 / 1983

### Dates of Service: 11 / 23 / 2021

BEFORE ME, the undersigned authority personally appeared **Uchenna Obiuku** who, being by me duly sworn, and deposed as follows:

My name is **Uchenna Obiuku**. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the person who provided the service or the custodian of records for **Ideal Pain & Injury**. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **Ideal Pain & Injury** provided to the patient on the dates of service referenced above. The attached records are a part of this affidavit.

The attached records are kept by **Ideal Pain & Injury** in the regular course of business and it was the regular course of business of **Ideal Pain & Injury** for an employee or representative of **Ideal Pain & Injury**, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the service was provided.

The total amount paid for the services was $ _0.00_ and the amount currently unpaid but which **Ideal Pain & Injury** has a right to be paid after any adjustments or credits is  $ **11,436.50.**

AFFIANT Signature: _____

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on the 4th

day of **March**, 2022.

Notary Public in and for the State of Texas

My commission Expires: __12/22/2024__

Dayana Alvarez
My Commission Expires
12/22/2024
ID No. 132836332

## Ideal Pain and Injury

13101 Preston Rd, Ste 480
Dallas, TX 75240
Phone: 972-863-9481   Fax: 972-863-9461

# Superbill

**Superbill Date:**   03/04/2022

**Service**   11/23/2021 thru 2/18/2022

### Patient Information

Ana Vasquez
5845 Rancho Dr
Quinland, TX 75474

| Account: | 4395 |
| Date of birth: | 8/1/1983 |
| Employer: | Prestonwood Landscape |

### Payor Information

Insurance Phone:
Insured ID:
Insurance Policy Group:
Insurance Plan Name:

**Dx:** (M54.12) Radiculopathy, cervical reg, (M54.16) Radiculopathy, lumbar reg, (S13.4XXA) Sprain of cervical ligts, intil , (S23.3XXA) Sprain of ligts of thoracic spine, (S33.5XXA) Sprain of lumbar ligts, initial, (S33.8XXA) Sprain of other parts of lumbar/pelvis, (M62.830) Other muscle spasm, (M60.9) Myositis, unspecified, (R51) Headache

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/2021 | CSV | 99203 | | 1 | NP Detailed 99203 | 10/23/2021 | 11 | 0.00 | 400.00 |
| 11/23/2021 | CSV | 99080 | | 1 | Report I/D | 10/23/2021 | 11 | 0.00 | 175.00 |
| 11/23/2021 | CRG | 99070 | | 1 | Supplies & Materials provided by physician | 10/23/2021 | | 0.00 | 100.00 |
| 11/23/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 11/23/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 11/23/2021 | CSV | 97010 | | 1 | Hot/cold 97010 | 10/23/2021 | 11 | 0.00 | 54.00 |
| 11/23/2021 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 11/23/2021 | CSV | 97035 | | 1 | Ultrasound 97035 | 10/23/2021 | 11 | 0.00 | 66.00 |
| 11/30/2021 | CSV | 99212 | | 1 | EP Problem Focused 99212 | 10/23/2021 | 11 | 0.00 | 225.00 |
| 11/30/2021 | CSV | 98941 | | 1 | Manipulation 3-4 Regions 98941 | 10/23/2021 | 11 | 0.00 | 97.50 |
| 11/30/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 11/30/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 11/30/2021 | CSV | 97010 | | 1 | Hot/cold 97010 | 10/23/2021 | 11 | 0.00 | 54.00 |
| 11/30/2021 | CSV | 97035 | | 1 | Ultrasound 97035 | 10/23/2021 | 11 | 0.00 | 66.00 |
| 12/01/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 12/01/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 12/01/2021 | CSV | 97010 | | 1 | Hot/cold 97010 | 10/23/2021 | 11 | 0.00 | 54.00 |
| 12/01/2021 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 12/01/2021 | CSV | 97035 | | 1 | Ultrasound 97035 | 10/23/2021 | 11 | 0.00 | 66.00 |

**Ideal Pain and Injury**

13101 Preston Rd, Ste 480
Dallas, TX 75240
Phone: 972-863-9481 Fax: 972-863-9461

# Superbill

**Superbill Date:** 03/04/2022

**Service** 11/23/2021 thru 2/18/2022

**Patient Information**

Ana Vasquez
5845 Rancho Dr
Quinland, TX 75474

**Payor Information**

| Account: | 4395 |
| Date of birth: | 8/1/1983 |
| Employer: | Prestonwood Landscape |

Insurance Phone:
Insured ID:
Insurance Policy Group:
Insurance Plan Name:

Dx: (M54.12) Radiculopathy, cervical reg, (M54.16) Radiculopathy, lumbar reg, (S13.4XXA) Sprain of cervical ligts, intl., (S23.3XXA) Sprain of ligts of thoracic spine, (S33.5XXA) Sprain of lumbar ligts, initial, (S33.8XXA) Sprain of other parts of lumbar/pelvis, (M62.838) Other muscle spasm, (M60.9) Myositis, unspecified, (R51) Headache

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|------|------|------|-----|-------|-------------|----------------|-----|-----|--------|
| 12/02/2021 | CSV | 98941 | | 1 | Manipulation 3-4 Regions 98941 | 10/23/2021 | 11 | 0.00 | 97.50 |
| 12/02/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 12/02/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 12/02/2021 | CSV | 97010 | | 1 | Hot/cold 97010 | 10/23/2021 | 11 | 0.00 | 54.00 |
| 12/02/2021 | CSV | 97035 | | 1 | Ultrasound 97035 | 10/23/2021 | 11 | 0.00 | 66.00 |
| 12/03/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 12/03/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 12/03/2021 | CSV | 97010 | | 1 | Hot/cold 97010 | 10/23/2021 | 11 | 0.00 | 54.00 |
| 12/03/2021 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 12/03/2021 | CSV | 97530 | | 1 | Therapeutic Activities (initial) 97530 | 10/23/2021 | 11 | 0.00 | 64.00 |
| 12/21/2021 | CSV | 99213 | | 1 | EP Expanded 99213 | 10/23/2021 | 11 | 0.00 | 270.00 |
| 12/21/2021 | CSV | 98941 | | 1 | Manipulation 3-4 Regions 98941 | 10/23/2021 | 11 | 0.00 | 97.50 |
| 12/21/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 12/21/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 12/21/2021 | CSV | 97110 | | 1 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 89.00 |
| 12/22/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 12/22/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 12/22/2021 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 12/22/2021 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |

**Ideal Pain and Injury**

13101 Preston Rd, Ste 480
Dallas, TX 75240
Phone: 972-863-9481   Fax: 972-863-9461

## Superbill

**Superbill Date:** 03/04/2022

**Service** 11/23/2021 thru 2/18/2022

**Patient Information**

Ana Vasquez
5845 Rancho Dr
Quinland, TX 75474

| Account: | 4395 |
| Date of birth: | 8/1/1983 |
| Employer: | Prestonwood Landscape |

**Payor Information**

Insurance Phone:
Insured ID:
Insurance Policy Group:
Insurance Plan Name:

Dx: (M54.12) Radiculopathy, cervical reg., (M54.16) Radiculopathy, lumbar reg., (S13.4XXA) Sprain of cervical ligts. intl., (S23.3XXA) Sprain of ligts of thoracic spine, (S33.5XXA) Sprain of lumbar ligts, initial, (S33.8XXA) Sprain of other parts of lumbar/pelvis, (M62.838) Other muscle spasm, (M60.9) Myositis, unspecified, (R51) Headache

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/23/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 12/23/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 12/23/2021 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 12/23/2021 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 12/27/2021 | CSV | 98941 | | 1 | Manipulation 3-4 Regions 98941 | 10/23/2021 | 11 | 0.00 | 97.50 |
| 12/27/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 12/27/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 12/27/2021 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 12/28/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 12/28/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 12/28/2021 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 12/28/2021 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 12/29/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 12/29/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 12/29/2021 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 12/29/2021 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 12/30/2021 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 12/30/2021 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 12/30/2021 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |

# Ideal Pain and Injury

13101 Preston Rd, Ste 480
Dallas, TX 75240
Phone: 972-863-9481  Fax: 972-863-9461

## Superbill

**Superbill Date:** 03/04/2022

**Service**  11/23/2021 thru 2/18/2022

**Patient Information**

Ana Vasquez
5845 Rancho Dr
Quinland, TX 75474

**Payor Information**

| | |
|---|---|
| Account: | 4395 |
| Date of birth: | 8/1/1983 |
| Employer: | Prestonwood Landscape |

Insurance Phone:
Insured ID:
Insurance Policy Group:
Insurance Plan Name:

Dx: (M54.12) Radiculopathy, cervical reg. (M54.16) Radiculopathy, lumbar reg. (S13.4XXA) Sprain of cervical ligts, initl. , (S23.3XXA) Sprain of ligts of thoracic spine, (S33.5XXA) Sprain of lumbar ligts, initial, (S33.8XXA) Sprain of other parts of lumbar/pelvis, (M62.838) Other muscle spasm, (M60.9) Myositis, unspecified, (R51) Headache

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/2021 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 01/03/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 01/03/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 01/03/2022 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 01/03/2022 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 01/04/2022 | CSV | 99212 | | 1 | EP Problem Focused 99212 | 10/23/2021 | 11 | 0.00 | 225.00 |
| 01/04/2022 | CSV | 98941 | | 1 | Manipulation 3-4 Regions 98941 | 10/23/2021 | 11 | 0.00 | 97.50 |
| 01/04/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 01/04/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 01/04/2022 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 01/05/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 01/05/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 01/05/2022 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 01/05/2022 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 01/11/2022 | CSV | 99213 | | 1 | EP Expanded 99213 | 10/23/2021 | 11 | 0.00 | 270.00 |
| 01/11/2022 | CSV | 98941 | | 1 | Manipulation 3-4 Regions 98941 | 10/23/2021 | 11 | 0.00 | 97.50 |
| 01/11/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 01/11/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 01/11/2022 | CSV | 97110 | | 1 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 89.00 |

# Ideal Pain and Injury

13101 Preston Rd, Ste 480
Dallas, TX 75240
Phone: 972-863-9481  Fax: 972-863-9461

## Superbill

**Superbill Date:** 03/04/2022

**Service** 11/23/2021 thru 2/18/2022

**Patient Information**

Ana Vasquez
5845 Rancho Dr
Quinland, TX 75474

**Payor Information**

| Account: | 4395 |
| Date of birth: | 8/1/1983 |
| Employer: | Prestonwood Landscape |

**Insurance Phone:**
**Insured ID:**
**Insurance Policy Group:**
**Insurance Plan Name:**

Dx: (M54.12) Radiculopathy, cervical reg, (M54.16) Radiculopathy, lumbar reg, (S13.4XXA) Sprain of cervical ligts, intl., (S23.3XXA) Sprain of ligts of thoracic spine, (S33.5XXA) Sprain of lumbar ligts, initial, (S33.8XXA) Sprain of other parts of lumbar/pelvis, (M62.838) Other muscle spasm, (M60.9) Myostis, unspecified, (R51) Headache

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2022 | CSV | 97112 | | 1 | Vibration Therapy/NMRE 97112 | 10/23/2021 | 11 | 0:00 | 92.00 |
| 01/13/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 01/13/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 01/13/2022 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 01/13/2022 | CSV | 97112 | | 1 | Vibration Therapy/NMRE 97112 | 10/23/2021 | 11 | 0.00 | 92.00 |
| 01/13/2022 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 01/19/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 01/19/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 01/19/2022 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 01/19/2022 | CSV | 97112 | | 1 | Vibration Therapy/NMRE 97112 | 10/23/2021 | 11 | 0.00 | 92.00 |
| 01/19/2022 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 01/20/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 01/20/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 01/20/2022 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 01/20/2022 | CSV | 97112 | | 1 | Vibration Therapy/NMRE 97112 | 10/23/2021 | 11 | 0.00 | 92.00 |
| 01/20/2022 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 01/26/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 01/26/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 01/26/2022 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |

**Ideal Pain and Injury**

13101 Preston Rd, Ste 480
Dallas, TX 75240
Phone: 972-863-9481 Fax: 972-863-9461

# Superbill

**Superbill Date:** 03/04/2022

**Service** 11/23/2021 thru 2/18/2022

**Patient Information**

Ana Vasquez
5845 Rancho Dr
Quinland, TX 75474

**Payor Information**

| Account: | 4395 |
| Date of birth: | 8/1/1983 |
| Employer: | Prestonwood Landscape |

Insurance Phone:
Insured ID:
Insurance Policy Group:
Insurance Plan Name:

Dx: (M54.12) Radiculopathy. cervical reg. (M54.16) Radiculopathy. lumbar reg. (S13.4XXA) Sprain of cervical ligts, initl., (S23.3XXA) Sprain of ligts of thoracic spine, (S33.5XXA) Sprain of lumbar ligts, initial, (S33.8XXA) Sprain of other parts of lumbar/pelvis, (M62.838) Other muscle spasm, (M60.9) Myositis, unspecified. (R51) Headache

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/26/2022 | CSV | 97112 | | 1 | Vibration Therapy/NMRE 97112 | 10/23/2021 | 11 | 0.00 | 92.00 |
| 01/26/2022 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 01/27/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 01/27/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 01/27/2022 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 01/27/2022 | CSV | 97112 | | 1 | Vibration Therapy/NMRE 97112 | 10/23/2021 | 11 | 0.00 | 92.00 |
| 01/27/2022 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 02/10/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 02/10/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 02/10/2022 | CSV | 97140 | | 1 | Manual Therapies (TrP Tx, Myof Rel) 97140 | 10/23/2021 | 11 | 0.00 | 85.00 |
| 02/10/2022 | CSV | 97112 | | 1 | Vibration Therapy/NMRE 97112 | 10/23/2021 | 11 | 0.00 | 92.00 |
| 02/10/2022 | CSV | 97110 | | 2 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 178.00 |
| 02/18/2022 | CSV | 99213 | | 1 | EP Expanded 99213 | 10/23/2021 | 11 | 0.00 | 270.00 |
| 02/18/2022 | CSV | 97014 | | 1 | Muscle Stimulation 97014 | 10/23/2021 | 11 | 0.00 | 76.00 |
| 02/18/2022 | CSV | 97012 | | 1 | Traction / mechanical 97012 | 10/23/2021 | 11 | 0.00 | 55.00 |
| 02/18/2022 | CSV | 98941 | | 1 | Manipulation 3-4 Regions 98941 | 10/23/2021 | 11 | 0.00 | 97.50 |
| 02/18/2022 | CSV | 97110 | | 1 | Therapeutic Exercise 97110 | 10/23/2021 | 11 | 0.00 | 89.00 |
| 02/18/2022 | CSV | 97112 | | 1 | Vibration Therapy/NMRE 97112 | 10/23/2021 | 11 | 0.00 | 92.00 |
| 02/18/2022 | CSV | 99080 | | 1 | Report I/D | 10/23/2021 | 11 | 0.00 | 175.00 |

**Ideal Pain and Injury**

13101 Preston Rd, Ste 480
Dallas, TX 75240
Phone: 972-863-9481   Fax: 972-863-9481

# Superbill

**Superbill Date:**   03/04/2022

**Service**   11/23/2021 thru 2/18/2022

**Patient Information**

Ana Vasquez
5845 Rancho Dr
Quinland, TX 75474

**Payor Information**

| | |
|---|---|
| Account: | 4395 |
| Date of birth: | 8/1/1983 |
| Employer: | Prestonwood Landscape |

Insurance Phone:
Insured ID:
Insurance Policy Group:
Insurance Plan Name:

Dx: (M54.12) Radiculopathy, cervical reg. (M54.16) Radiculopathy, lumbar reg. (S13.4XXA) Sprain of cervical ligts, initl , (S23.3XXA) Sprain of ligts of thoracic spine, (S33.5XXA) Sprain of lumbar ligts, initial, (S33.8XXA) Sprain of other parts of lumbar/pelvis, (M62.838) Other muscle spasm, (M60.9) Myositis, unspecified, (R51) Headache

**Provider Information**

| | |
|---|---|
| Name: | Uchenna Obiuku, D.C. |
| License: | 13456 |
| Tax ID: | 84-5062488 |
| NPI: | 1275067472 |

| | |
|---|---|
| Total Charges | $11,436.50 |
| Total Taxes | $0.00 |
| Total | $11,436.50 |

## MEDICAL RECORDS AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF ___DALLAS___

RECORDS PERTAINING TO:     Ana E. Vasquez

**Date of Birth:**  8 / 01 / 1983

**Dates of Service:** 11 / 23 / 2021

1. I am the custodian of the records or I am an employee or owner of **Ideal Pain & Injury** and am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

2. Attached are ___0___ pages of records. These are the original records or exact duplicates of the original records.

3. The records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth.

4. The records were made by, or from information transmitted by, persons with knowledge of the matters set forth.

5. The records were kept in the course of regularly conducted business activity.

AFFIANT Signature:

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on the 4th day of **March**, 2022.

Dayana Alvarez
My Commission Expires
12/22/2024
ID No. 132836332

Notary Public in and for the State of Texas

My commission Expires:___12/22/2024___

**IDEAL CHIROPRACTIC PAIN & INJURY**

1201 West Airport Freeway, Ste. 104
IRVING, TX 75062
Phone: 972-252-7046
Fax: 972-252-7042

**Patient Name:** Ana E. Vasquez **DOB** 08/01/1995 **SS#/ID#** _____-____-____

**Clinic: Ideal Pain and Injury — IRVING**

## PARTIAL CLAIMS AGREEMENT / JOINT CHECK AGREEMENT

Patient, (or if a minor), on behalf of Ana Vasquez hereby IRREVOCABLY ASSIGNS to Ideal Chiropractic Pain and Injury in consideration of deferred billing and collection to Ideal Chiropractic Pain and Injury any claim or claims, chose in action, demand and cause or causes of action, of whatsoever kind and nature, that have now or may have in the future for injuries or damages as a result of an accident or incident occurring on or about the 22 day of October , 20 21 , to the extent of charges for medical services or related goods provided, or for medical services or related goods to be provided by Ideal Chiropractic Pain and Injury. If this assignment is made on behalf of a minor the parent or guardian assigns only the cause of action such parent or guardian has for recovery of the minor's medical expenses incurred as a result of said accident or incident.

Ideal Chiropractic Pain and Injury shall not be liable for any costs and/or expenses associated with any claims or litigation unless Ideal Chiropractic Pain and Injury files that litigation. Ideal Chiropractic Pain and Injury shall have no duty whatsoever to prosecute the claim or litigation. Nothing herein shall prevent patient from pursuing any claim or litigation which patient otherwise has the right to pursue and which patient has not assigned to Ideal Chiropractic Pain and Injury. Ideal Chiropractic Pain and Injury may pursue any legal remedies as your assignee to collect its medical bills. Patient may not settle any case involving recovery of Ideal Chiropractic Pain and Injury medical bills without the written permission of Ideal Chiropractic Pain and Injury. If a lawsuit is filled by either the patient or Ideal Chiropractic Pain and Injury, arising from said accident or incident, the non-filing party may intervene in the filed lawsuit and may not file a second lawsuit arising from the same accident or incident.

In the event Ideal Chiropractic Pain and Injury seeks and receives payment from a Worker's Compensation insurance policy for its medical treatment of patient then this Partial Claims Assignment / Joint Check Agreement shall not apply. This Partial Claims Assignment / Joint Check Agreement is applicable to any claims involving work related injuries against employers (including employers who did not subscribe to Worker's Compensation Insurance) or third parties.

I IRREVOCABLY instruct and direct any third party, whether or not I am represented by an attorney, making payment of damages incurred by patient as a result of said accident or incident, to make payment by check, draft or other remittance jointly to Ideal Chiropractic Pain and Injury and patient / parent / guardian (and/or Attorney) and deliver such payment to 3201 West Airport Freeway, Ste 104 Irving, TX 75062.

Ideal Chiropractic Pain and Injury will provide physicians who will direct medical/chiropractic care for injuries for which patient is currently seeking treatment. The patient promises to pay usual and customary charges for Ideal Chiropractic Pain and Injury for chiropractic/ medical treatment.

Signed this 23 day of November 2021.

Patient/Parent / Guardian

## LIMITED POWER OF ATTORNEY

I hereby irrevocably grant Ideal Chiropractic Pain and Injury the power to endorse my name upon any checks, drafts, or other negotiable instruments representing payment from any insurance company for chiropractic/ medical services or related goods provided by Ideal Chiropractic Pain and Injury.

Signed this 23 day of November 2021.

Patient/Parent / Guardian

## INSTRUCTION TO MY ATTORNEY

I authorize and direct any attorney retained by me at any time, to pay directly to Ideal Chiropractic Pain and Injury all money for services rendered or goods provided to me, and to withhold such sums from the proceeds of my portion of any settlement, claim, judgment or jury verdict. THIS INSTRUCTION IS IRREVOCABLE UNLESS ALL PARTIES AGREE TO REVOKE THE INSTRUCTION IN WRITING.

Signed this 23 day of November 2021.

Patient/Parent / Guardian

As used in the above BASIC AGREEMENT; PARTIAL CLAIMS ASSIGNMENT/JOINT CHECK AGREEMENT; LIMITED POWER OF ATTORNEY; and INSTRUCTIONS TO MY ATTORNEY; the term Ideal Chiropractic Pain and Injury shall mean Ideal Chiropractic LLC, Ideal Chiropractic Pain & Injury. I have read the above sections and I fully understand them.

Signed this 23 day of November 2021.

Accepted: Ideal Chiropractic Pain and Injury by

Patient



IDEAL CHIROPRACTIC
PAIN & INJURY

300 West Airport Freeway, Ste. 104
IRVING, TX 75062
Phone: 972-252-7246
Fax: 972-252-7242

## ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF DALLAS

The foregoing **Partial Claims Assignment/Joint Check Agreement**, attached hereto and incorporated by reference was acknowledged before on this _23_ day of ___November___, 20_21_ by

_Ana E. Vasquez Flores_ _Aleith_ - _____ Patient/ Parent/ Guardian

Printed Name                 Signature                 Relationship

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned Notary Public, on this _23_ day of _November_, 20_21_

(SEAL)

Dayana Alvarez
My Commission Expires
12/22/2024
ID No. 132896352

_____
Notary Public in and for the STATE OF TEXAS

My Commission Expires: _12/22/2024_

**IDEAL PAIN & INJURY**
NORTH DALLAS

13101 Preston Rd, Ste. 480 Dallas, TX 75240
Phone: 972-863-9481  Fax: 972-863-9461

# INITIAL REPORT:

Patient: Ana Vasquez
Date of Injury: 10/23/2021
Date of Exam: 11/03/2021

To Whom It May Concern:

Patient Ana Vasquez presented to this office on 11/23/2021 for treatment of injuries suffered as a result of a motor vehicle wreck, which occurred on 10/23/2021. Mrs. Vasquez reports sharp and achy pain in her left elbow with overhead and grasping activities. Mrs. Vasquez reports pain to her mid back, and low back pain that moves towards the buttocks. Patient reports sharp and dull achy pain to upper back and neck pain that travels to her left shoulders, there is soreness and achy pain with difficulty in all ranges of motion in her right knee, and this started after the car wreck. She also states that her daily activities have been significantly affected with regards to home activities, working, sitting, lifting, overhead, sleeping, lying, and bending.

Physical examination shows painful palpation and spasm of her cervical, thoracic, lumbar, right knee and left Shoulder. Her cervical range of motion is increased in all planes with pain. Her left elbow and right Knee range of motion is decreased with pain in all planes. Orthopedic evaluation of her cervical spine reveals pain with Maximum Compression, Neck Compression, Valsalva, Active/Passive O' Donoghues, and right Shoulder Depressor indicating a neck injury. Bechterew test, Kemp's test, Bilateral straight Leg raises, Yeomans and Nachlas are all positive for low back injury. Cozens, and Mills' tests are all positive for Left elbow injury. Orthopedic evaluation of her right knee reveals pain with Valgus and Varus stress test, Patellar grinding Test. All reflexes are normal. All Dermatomal findings are normal.

**Diagnosis Codes:**
M54.12- Cervical Radiculitis
M54.16- Lumbar Radiculitis
S13.4XXA -Cervical sprain/strain
S23.3XXA -Thoracic sprain/strain
S33.5XXA-Lumbar sprain/strain
S33.8XXA-Lumbosacral sprain/strain
S53.402A -Left elbow Sprain/strain
S83.91XA- Right knee sprain/strain
M25.522-Pain in Left elbow
M25.561- Pian in right knee
M60.9 - Myofascitis
M62.838 -Deep and superficial muscle spasm
G47.9-Sleep disturbance
R51-Headaches

**IDEAL PAIN & INJURY**
NORTH DALLAS

Mrs. Vasquez will be undergoing chiropractic care and physical therapy for 2-3 weeks, at which time his condition will be re-evaluated at regular intervals and updated recommendations can be made.

*Uchenna Obut*

Uchenna Obiuku, D.C

**IDEAL PAIN & INJURY**
NORTH DALLAS

13101 Preston Rd, Ste. 480 Dallas, TX 75240
Phone: 972-863-9481  Fax: 972-863-9461

# DISCHARGE REPORT:

Patient: Ana E. Vasquez
Date of Injury: 10/23/2021
Date of Exam: 02/18/2022

To Whom It May Concern:

Patient Ana E Vasquez was discharged from care to PRN on 02/18/2022. She was being treated for injuries suffered due to a motor vehicle wreck, which occurred on 10/23/2021. Mrs. Vasquez may continue to experience intermittent neuromuscular pain and headaches that could have to be addressed in the future.

## Future treatment may include:
Chiropractic Care (Est. $18,000)
Medical Consultation/Injections (Est. $17,800)

## Diagnosis Codes:
M54.12- Cervical Radiculitis
M54.16- Lumbar Radiculitis
S13.4XXA -Cervical sprain/strain
S23.3XXA -Thoracic sprain/strain
S33.5XXA-Lumbar sprain/strain
S33.8XXA-Lumbosacral sprain/strain
S53.402A -Left elbow Sprain/strain
S83.91XA- Right knee sprain/strain
M25.522-Pain in Left elbow
M25.561- Pian in right knee
M60.9 - Myofascitis
M62.838 -Deep and superficial muscle spasm
G47.9-Sleep disturbance
R51-Headaches

All medical notes and diagnostic testing reports have been provided to you, along with any other doctor's notes.

In my professional opinion, this patient's symptoms and diagnoses are consistent with and related to the above dated accident.

Uchenna Obiuku, D.C.



**IDEAL CHIROPRACTIC PAIN & INJURY**

3001 West Airport Freeway, Ste. 104
IRVING, TX 75062
Phone: 972-252-7246
Fax: 972-252-7242

## SINTOMAS DE DOLOR

### Información del Paciente

NOMBRE: Ana E Vazquez Flores

PESO: 155 libras    ALTURA: 4 PIES 8 PULGADAS    PRESION de sangre: ___/___

LOCALIDAD DEL DOLOR:
Cuello, hombros, espalda baja cadera, piernas rodillas

FIRMA: _____    FECHA: 11/23/21

## DEMOSTRAR

Marca en las figuras del cuerpo humano donde está el dolor y el tipo de dolor que sientes.

| Descripcion: | Endormimiento | Ardor | Adolorido | Punzado | Hormigueo |
|---|---|---|---|---|---|
| Símbolo: | === | XXX | OOO | /// | +++ |



NO ESCRIBAS ABAJO

DOCTOR'S NOTES:

**IDEAL CHIROPRACTIC**
**PAIN & INJURY**

3201 West August Freeway, Ste. 104
IRVING, TX 75062
Phone: 972-253-7246
Fax: 972-252-7242

Por favor, responda las siguientes preguntas al mejor de sus conocimientos.
Esta información nos ayudará a resolver su condición y a prescribir lo que es mejor para usted.

**(círcule uno)**

*Sobre su condición...*

¿Cuándo comenzó el dolor?

Inmediatament, Horas más tarde, Al día siguiente – indique la fecha: 10/ 23/ 2021

¿algo alivia el dolor? Sí    No

Indique qué alivia el dolor: Reposo/Hielo/Calor/Medicamiento_____

Que hace que el dolor se sienta PEOR?   Trabajo, Movimiento, Caminar: Otro_____

¿cuál describe mejor su dolor? Agudo/Adolorido/Punzado/otros _____

***¿tiene algún dolor que se irradia por sus brazos o piernas? Sí    No

Si por lo tanto, por favor describa _dolor en ambas piernas y dolor en brazo izquierdo

¿Cuándo experimenta el dolor?    Mañana/Tarde/Noche/Constante

¿Fuiste al hospital?  Sí    No    ¿En una ambulancia? Sí    No  FECHA: _____

¿Ha visto a otros doctores desde el accidente?    Sí    No    FECHA: _____

**HOSPITAL/ DOCTOR** Nombre y Localidad:

Advanced dallas   7502 greenville Avenue dallas tx 75231

*Acerca de su accidente...*

¿Que Dirección fue el golpe?    Frente    Trasero    Lado: I / D

¿fue una citación (boleto, Ticket) dada?    Sí    No

¿a quién? _____

¿Dónde fue tu accidente?

Ciudad: Carrolton cappell Ubicación: bodega Samsung

¿eras el Conductor O Pasajero? (círcule uno)

¿Cuánta gente había en el coche? _1_

¿estabas usando el cinturón?    Sí    No

¿Su cabeza se voltio en el momento del accidente? Sí  No  ¿por dónde? I / D / Frente

Qué es el año y el modelo de su coche? CHEVY Traverse 2016

¿Qué tan grave fue el daño a su coche? (En una escala de 1 a 10) _____ el otro auto?_____

¿sintió que su coche se movía al punto del impacto? Sí no  ¿Qué tan lejos? _____

¿Qué pasó con los coches después del accidente? (golpeó algo más, expulsado, remolcados, etc.)

_____

Nombre: Ana E. Vasquez   Firma: _____   Fecha: 11 /23/ 2021


**PAIN & INJURY**

5504 West Airport Freeway, Ste. 104
IRVING, TX 75062
Phone: 972-252-7248
Fax: 972-252-7247

Nombre de Compania de Seguro de Auto de la Persona Cupable:
Dio informacion falsa de aseguranza

Claim Number: _____ Numero de polica: _____

Nombe de aseguranza de SU auto: _____ Numero de polica: _____

**Historia Medica:**

___ Asma                 ___ Concusion              ___ Hepatitis
___ Epilepsia            ✓ Mareo Vertigos           ___ Dolor de Espalda
___ Diabetes             ___ VIH                    ___ Neurosis
___ Cancer               ___ Tuberculosis           ___ Desordenes Digestivos
___ Alergias             ___ Problemas Cardiacos    ___ Alta Presion

**Historia Familiar:**

|         | Diabetes | Corazon | Cancer | Espalda |
|---------|----------|---------|--------|---------|
| Madre   | ___      | ___     | ___    | ___     |
| Padre   | ___      | ___     | ___    | ___     |
| Hermana | ___      | ___     | ___    | ___     |
| Hermano | ___      | ___     | ___    | ___     |

Operaciones previas: (Si no aplica, escriba N/A) Mano derecha y amarre de hueso Fecha: 09/15/2017
Accidentes o Caidas pevias: (Si no aplica, escriba N/A) ___ Si     SE HA DESMAYADO:  SI    NO
✓ AUTO ___ RECREACIONAL ___ TRABAJO ___ OTRO Fecha: ___/___/___

**Solo Pacientes Femeninos:**

Esta o piensa que esta embarazada:   SI  (NO)      FECHA DE ULTIMA MESTRAUCION 11 / 19/ 2021

Indique cualquier medicina usted a tomado: Tylenol,

Certifico que la informacion anterior es verdadera a mi leal saber y entender.

Nombre: Ann E. Vasquez Flores Firma: _____ Fecha: 11 /25/ 2021

# MOTOR VEHICLE ACCIDENT INTAKE FORM

NAME: _Ana Vasquez_

DOI: _10/ 23 / 21_   FV: _11-22-21_

**ACCIDENT DETAILS:**

COLLISION:   FRONT   REAR   SIDE: DRIVER   PASSENGER   ROAD CONDITIONS: DRY   WET   ICE
OTHER FACTORS: SEATBELT   AIRBAG   HEAD TURNED: LEFT   RIGHT   STRAIGHT

BRIEF DESCRIPTION OF THE ACCIDENT: _I work red box of 20/a chg from (said)_

PRIOR MEDICAL TREATMENT: YES   NO
ER: YES   NO   TRANSPORTED BY AMBULANCE: YES   NO
HOSPITAL: _____
CLINIC/DOCTOR: _____
DIAGNOSTIC TESTS: XRAY   CT   MRI   AREA: _____
MEDICATIONS RX: _____
PHYSICAL THERAPY: _____

**SYMPTOMS/COMPLAINTS:**

STARTED: IMMEDIATELY   HOURS LATER   THAT NIGHT   NEXT DAY   DAYS LATER
FIRST SYMPTOMS NOTICED: _____

PRESENT SYMPTOMS: _____

CHARACTER: SHARP   DULL   ACHY   BURNING   THROBBING   STIFF   SORE   NUMB   TINGLING
TIMING: CONSTANT   INTERMITTENT   WORSE IN AM/PM   BETTER IN AM/PM
PALLIATIVE: REST   ICE   HEAT   MEDICATION   OTHER: _____
PROVOKING: _____

**ACTIVITIES OF DAILY LIVING:**

WORK   SCHOOL   HOME   RECREATION   SLEEP
SITTING/STANDING/WALKING/LYING/BENDING/LIFTING/GRASPING/CARRY/PUSH/PULL/KNEELING
STOOPING/OVERHEAD/COOKING/CLEANING/CHILDCARE/SPORTS/PE
DETAILED DESCRIPTION: _____

Patient's Name: _Ma Vasquez_   DOA: |0·23·2|   Date of Exam: |1 ⟨3 2|

## EXTENDED EXAM-DOCTOR'S USE ONLY

### CERVICAL ORTHOPEDIC

* George's test for vertebrobasilar insufficiency
* Maximum Compression for nerve root compression
* Neck Compression for ipsilateral nerve root

* Soto-Hall for vertebral trauma
* Distraction for nerve root compression
* Valsalva for disc occlusion
* Active O'Donoghue's for muscle strain injury
* Passive O'Donoghue's for muscle strain injury
* Shoulder depression for muscle strain injury

### LUMBAR ORTHOPEDIC

* Adam's Sign for anterovertebral disc syndrome
* Bechterew's for sciatic disc compression
* Double Leg Raise for lumbosacral lesion
* Ely's Sign for upper lumbar lesion
* Nachlas for upper lumbar lesion
* Kemp's Test for anterovertebral disc rupture
* Lasegue's Test for muscle/disc/nerve irritation
* Trendons for injury to facet joint capsule

### SACROILIAC ORTHOPEDIC

* Gaenslen's Test for sacroiliac lesion
* Hibb's Test for sacroiliac lesion
* Iliac Compression for sacroiliac lesion
* Patrick Fabere for hip muscle spasm/low back strain
* Thomas for tight hip flexors
* Ober's Test for tensor fascia latae weakness

compression

**DNP Shoulder Orthopedic R L**
* Abduction/Arm for rotator cuff lesion/tear
* Coracoid Press for Coracoid pressure syndrome
* Supraspinatous Press for rotator cuff lesion/tear
* Yergason for biceps and tendon lesion
* Apley's Scratch Superior for decreased shoulder ROM
* Apley's Scratch Inferior for decreased shoulder ROM
* Dugas for shoulder dislocation/separation

**DNP Knee Orthopedic R L**
* Abduction stress for medial collateral ligament injury
* Adduction stress for lateral collateral ligament injury
* Anterior drawer for cruciate ligament injury
* Apley for cartilage displacement
* Apley for collateral ligament injury
* Ballottement for knee effusion
* Patellar Tap for knee effusion
* Patella Grinding for chondromalacia patella

### Neurological, DNP

| | | | | | | |
|---|---|---|---|---|---|---|
| Patellar Reflex | 1 | 2 | 3 | 4 | 5 | = R L |
| Achilles Reflex | 1 | 2 | 3 | 4 | 5 | = R L |
| Biceps Reflex | 1 | 2 | 3 | 4 | 5 | = R L |
| Triceps Reflex | 1 | 2 | 3 | 4 | 5 | = R L |
| Brach/Rad Ref. | 1 | 2 | 3 | 4 | 5 | = R L |

Dermatomes: C4 C5 C6 C7 C8 Hypo Hyper
L1 L4 L5 S1 NAD DNP

Myotomes: C4 C5 C6 C7 C8 Hypo Hyper
L1 L4 L5 S1 NAD DNP

Heel Walk: NAD Def. R Def. L
Toe Walk: NAD Def. R Def. L
other finding:

Diagnostic Imaging:
Cervical  3-view [XC3S]  5-view [XC5S]  7-view [XC7]
Thoracic  2-view [XT2]   2-view w/PA chest [XT2]
Lumbar  2-view [XL2]    4-view [XL4]
Other:

**ICD-10 Diagnosis Coding Form**     NAME: Ana Vasquez     DATE: 11/23/21

## Dorsopathies

Disc displacement w/o myelopathy
[C] [T] [L]
M50.20  M51.24  M51.26

Degeneration of intervertebral disc
[C] [T] [L]
M50.30  M51.34  M51.36

IV disc disorder with myelopathy
[C] [T] [L]
M50.00  M51.04  M51.06

Post-laminectomy syndrome
[C] [T] [L]
N96.1A  M96.1B  M96.1C

Spinal stenosis
[C] [T] [L]
M48.02  M48.04  M48.06

Cervicalgia                        M54.2
Cervicocranial syndrome            M53.0
Cervicobrachial syndrome           M53.1
Radiculitis ventritis
Sciatica [T] [L]                   M54.12  M54.14  M54.16
Lumbago                            M54.50
Thoracic spine pain                M54.6
Vertebrogenic pain synd            M54.89
Sacral instability                 M43.27
Coccygodynia                       M53.3A
Segmental dysfunction
[C] [T] [L]
M99.01  M99.02  M99.03
Facet syndrome                     M48.00
Spondylosis Lumbosacral            Q76.2
Spondylolisthesis                  Q76.2A

## Muscle/Tendon/Ligament

Deep & superficial MM spasm M62.838  S06.0
Myalgia/myositis/myofasciitis          M75.00
Adhesive capsulitis of shoulder        M75.00
Rotator cuff syndrome
Calcific tendinitis of shoulder        M75.10
Bicipital tenosynovitis                M75.20
Medial epicondylitis                   M77.00
Lateral epicondylitis                  M77.10
Olecranon bursitis                     M70.20
Sprain/strain
[shoulder]      [wrist]       [hip]
S43.40XA        S63.509A      S73.109A
[elbow]         [hand]        [ankle]
                S63.90XA      S93.409A
[wrist]         [foot]
M77.20          S93.609A
[foot]          [ankle]       [elbow]
M65.879         M65.879       M70.20
                [hand]
                M70.10
Ganglion of tendon sheath              M67.40
Sprain
Sternoclav sprain/strain  S43.5XXA  S13.8XXA
Sacroiliac sprain/strain            S33.6XXA
Jaw/TMJ sprain/strain               S03.4XXA
Rib sprain/strain                   S23.41XA
Sternoclavicular sprain/strain      S23.420A
Chest/sternal sprain/strain         S23.421A
Abdominal wall strain               S03.9XXA
Inguinal hernia                     K40.90

## Neurologic

Closed head injury                 S06.0X0A
Concussion, Brief LOC              S06.0X1A
Concussion, Unspecified            S06.0X0A
Headache                           (R51)
Brachial plexus lesion             G54.0
Thoracic root lesions              G54.3
Carpal tunnel syndrome             G56.00
Median nerve lesion                G56.10
Ulnar nerve lesion                 G56.20
Radial nerve lesion                G56.30
Causalgia of upper limb            G56.40
Sciatic nerve lesion               G57.00
Tarsal tunnel syndrome             G57.50
Causalgia of lower limb            G57.70

Injury to spinal nerve root
[C] [T] [L]
S14.2XXA  S24.2XXA  S34.21XA  S34.23XA
Injury to brachial nerve root  S34.3XXA

## Trauma (continued p.509-510)

Contusions:
Forehead        S00.93XA
Orbital         S00.10XXA
Chest (wall)    S29.219A
Abdominal wall  S30.1XXA
Low Back        S30.0XXA
Buttock         S30.0XXA
Shoulder        S40.019A
Upper arm       S40.02A
Forearm         S40.10XA
Hand            S60.229A
Hip             S70.00XA
Thigh           S70.10XA
Knee            S80.00XA
Lower leg       S80.10XA

## Fractures/Dislocations *

Vertebral fracture w/o cord involvement
[C]       [T]        [L]
S12.9XXA  S22.009A   S32.009A
Rib fracture                       S22.39XA
Sternum fracture                   S22.20XA
Clavicle fracture – closed         S42.009A
                  – Open           S42.009B
Scapula fracture – closed          S42.109A
                 – open            S42.109B
Shoulder dislocation – closed      S43.006A
Acromioclavicular dislocation S43.109A
Hip dislocation – closed           S73.006A

* For specific fractures/dislocations and
sites, see pp. 387–401 in ICD-10-CM
1998 edition.

## Diagnosis

1.

2.

3.

4.

5.

Patient Name: Ana Vasquez    Date of injury: 10-23-21    Date of Visit: 1-23-21

## PATIENT COMPLAINS OF PAIN IN:

Neck/ Mid/ Upper Back  Low Back
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/L
Wrist/Hand R/L  Headaches
Other:

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Home  Rec  Sleep
Sitting/Standing/Walking/Lying
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

**Notes:**
- her neck ? the pink & her Ova.

- my C&TM pink & Ne be both.



Sharp- ///  Dull/Achy- OOO  Burning- XXX
Throbbing- T  Stiff/Sore- S
Numbness- = = =  Tingling/ Needles- +++

### ASSESSMENT
☐ IMPROVING  ☐ UNCHANGED
☐ WORSENING  ☐ RESOLVED

Final exm

### MANIPULATION/ADJUSTMENT
CMT: 98940  98941  98942  98943
C - 1234567
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5
SACRUM/SI ____ OCCIPUT ____
EXTREMETIES ____

**MOVEMENT:**
CERV:  THOR:  LUMB:  EXTREMITY:
GOOD  GOOD  GOOD  GOOD
PAIN  PAIN  PAIN  PAIN
RESIST  RESIST  RESIST  RESIST

MANUAL THERAPY/MFR/TP/ART:
CERV  THOR  LUMB  EXTREMITY

SUBOCCIPITAL          TRAPEZIUS
LEVATOR SCAPULAE     RHOMBOIDS
LATISSIMUS DORSI     PECTORALS
QUAD LUMBORUM        PSOAS
GLUTE MEDIUS         PIRIFORMIS
UPPER EXT LINES:   ANT  POST
LOWER EXT LINES:   ANT  POST
OTHER:

### OBJECTIVE

CERV  THOR  LUMB  EXT
CX    CX    CX    FX
SP/HT  SP/HT  SP/HT  SP/HT

TENDER  TENDER  TENDER  TENDER

C-ROM ↑ ⊙   WNL  P
T-ROM ↑ ⊙   WNL  PAIN
L-ROM ↑ ⊙   WNL  PAIN
E-ROM ↑ ↓   WNL  PAIN

**ORTHO/NEURO EXAM:**



## EXAM and TREATMENT

INTERVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

### MODALITIES:

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97014 | EMS UNATTENDED | |
| 97012 | MECH TRACTION | |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| 98960 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
☐ Whiplash Protocol    ROM  Strength
☐ Therapy Ball EX      ROM  Strength
☐ Spinal Stabilization ROM  Strength
☐ Upper Ext Protocol   ROM  Strength
☐ Lower Ext Protocol   ROM  Strength
☐ Treadmill/Bike
☐ Functional Activities

### REVIEW OF RECORDS:

### PLAN
**TREATMENT PHASE:**
ACUTE  SUB-ACUTE  REHAB  PRN
EXACERBATION  CONTINUE Tx
DISCHARGE
**SCHEDULE:**
___ TIMES PER WEEK FOR ___ WEEKS
RE-EVALUATION DATE: ___
**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

**REMARKS AND COMMUNICATIONS**

**REFERRALS:** MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

**OBJECTIVE KEY:** FX=Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL=Within normal limits

☐ Patient responded well to treatment without incident.

PROVIDER SIGNATURE: ____
CA: ____

Name: Vasquez Ana
Date: 1-23    Time: ____
Office Only: 9078

Patient Name: ___Ana Vasquez___   Date of Injury: __10.23.21__   Date of Visit: __11-30-21__

## PATIENT COMPLAINS OF PAIN IN:

Neck/ Mid/ Upper Back/ Low Back/
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/L
Wrist/Hand R/L  Headache
Other: ___

Timing:
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Home  Rec  Sleep
Sitting/Standing  Walking  Lying
Bending/lifting/Grasping/Grip
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes: ___

---

(L)

Sharp- //  Dull/Achy- OOO  Burning- XXX
Throbbing- T   Stiff /Sore- S
Numbness- = = =  Tingling/ Needles- +++

### ASSESSMENT
☐ IMPROVING        ☒ UNCHANGED
☐ WORSENING       ☐ RESOLVED

☐ MILD  ☐ MODERATE ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT: 98940  98941  98942  98943
C - 1 2 3 5 6
T - 1 2 3 4 5 6 7 8 9 10 11 12  Nance
L - 1 2 3 4 5
SACRUM/SI ___ OCCIPUT ___
EXTREMETIES ___

MOVEMENT:
CERV-  THOR:  LUMB:  EXTREMITY-
GOOD  GOOD  GOOD  GOOD
PAIN  PAIN  PAIN  PAIN
RESIST  RESIST  RESIST  RESIST

MANUAL THERAPY/MFR/TP/ART:
CERV  THOR  LUMB  EXTREMITY

SUBOCCIPITAL          TRAPEZIUS
LEVATOR SCAPULAE      RHOMBOIDS
LATISSIMUS DORSI      PECTORALS
QUAD LUMBORUIM        PSOAS
GLUTE MEDIUS          PIRIFORMIS
UPPER EXT LINES;    ANT  POST
LOWER EXT LINES:    ANT  POST
OTHER:

---

### OBJECTIVE

CERV    THOR    LUMB    EXT
HT      HT      HT      HT

TENDER  TENDER  TENDER  TENDER

C-ROM      WNL  PAIN

T-ROM      WNL  PAIN

L-ROM      WNL  PAIN

E-ROM      WNL  PAIN

ORTHO/NEURO EXAM:
___

---

### EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97010 | EMS UNATTENDED | 96 1 |
| G0282 | MECH TRACTION | |
| 97010 | HEAT/COLD APPLY | 96 1 |
| 97250 | MANUAL THERAPY | |
| 97035 | ULTRASOUND | 2 L - Knee |
| 97110 | THER EXERCISES | |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
☐ Whiplash Protocol   ROM  Strength
☐ Therapy Ball EX     ROM  Strength
☐ Spinal Stabilization ROM  Strength
☐ Upper Ext Protocol  ROM  Strength
☐ Lower Ext Protocol  ROM  Strength
☐ Treadmill/Bike
☐ Functional Activities

**REVIEW OF RECORDS:**
___

### PLAN
**TREATMENT PHASE:**
ACUTE   SUB-ACUTE   REHAB   PRN
EXACERBATION   CONTINUE Tx
DISCHARGE
**SCHEDULE:**
5 TIMES PER WEEK FOR 2 WEEKS
RE-EVALUATION DATE: ___
**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

**REMARKS AND COMMUNICATIONS**
___
___
Patient responded well to treatment without
incident.

---

**REFERRALS:** MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER
___

OBJECTIVE KEY: FX=Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL=Within normal limits

Name: Ana E. Vasquez

PROVIDER SIGNATURE: ___   PATIENT SIGNATURE: ___   Date: 11/30/21  Time: 5.38
Office Only: ___

Patient Name: Ana Vasquez          Date of Injury: 10 28 21   Date of Visit: 12.01.2021

## PATIENT COMPLAINS OF PAIN IN:

Neck Mid/Upper Back Low Back
Hip R/L Knee R/L Ankle/Foot R/L
Chest/Ribs Shoulder R/L Elbow R/L
Wrist/Hand R/L Headache
Other: _____

**Timing:**
Constant Intermittent

**Activities of Daily Living Affected:**
Work School Home Rec Sleep
Sitting/Standing Walking/Lying
Bending/Lifting/Gardening Carry
Push/Pull/Reach Reaching Overhead
Cook/Clean/Childcare/Sports/PE

Notes: _____
_____
_____



Sharp- /// Dull/Achy- OOO Burning- XXX
Throbbing- T   Stiff-/Sore- S
Numbness- - - - Tingling/ Needles- +++

### ASSESSMENT
☐ IMPROVING      ☒ UNCHANGED
☐ WORSENING      ☐ RESOLVED
☐ MILD ☐ MODERATE ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT: 98940  98941  98942  98943
C - 1 2 3 4 5 6 7
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5
SACRUM/SI ___ OCCIPUT ___
EXTREMETIES ___

**MOVEMENT:**
CERV    THOR   LUMB   EXTREMITY
GOOD   GOOD   GOOD   GOOD
PAIN    PAIN    PAIN    PAIN
RESIST RESIST RESIST RESIST

**MANUAL THERAPY/MFR/TP/ART:**
CERV  THOR  LUMB  EXTREMITY

SUBOCCIPITAL      TRAPEZIUS
LEVATOR SCAPULAE  RHOMBOIDS
LATISSIMUS DORSI  PECTORALS
QUAD LUMBORUM     PSOAS
GLUTE MEDIUS      PIRIFORMIS
UPPER EXT LINES:  ANT POST bicep
LOWER EXT LINES:  ANT   POST
OTHER:

### OBJECTIVE

CERV    THOR    LUMB    EXT
SP/HT   SP/HT   SP/HT   SP/HT

TENDER TENDER TENDER TENDER

C-ROM   ↓   WNL  CAIN
T-ROM   ↓   WNL  PAIN
L-ROM   ↓   WNL  PAIN
E-ROM   ↓   WNL  PAIN

ORTHO/NEURO EXAM: B/L(arm)
_____
_____

### EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97014 | EMS UNATTENDED | x1 |
| 97012 | MECH TRACTION | x1 |
| 97010 | HOT/COLD APPLY | x1 |
| 97140 | MANUAL THERAPY | x1 |
| 97035 | ULTRASOUND | x1  L arb |
| 97110 | THER EXERCISES | |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
☐ Whiplash Protocol   ROM  Strength
☐ Therapy Ball EX     ROM  Strength
☐ Spinal Stabilization ROM  Strength
☐ Upper Ext Protocol  ROM  Strength
☐ Lower Ext Protocol  ROM  Strength
☐ Treadmill/Bike
☐ Functional Activities
_____
_____

**REVIEW OF RECORDS:**
_____
_____

### PLAN
**TREATMENT PHASE:**
ACUTE  SUB-ACUTE  REHAB  PRN
EXACERBATION   CONTINUE Tx
DISCHARGE
**SCHEDULE:**
5 TIMES PER WEEK FOR 2 WEEKS
RE-EVALUATION DATE ___
**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

**REMARKS AND COMMUNICATIONS**
_____
_____
_____

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER
_____

OBJECTIVE KEY: FX=Joint restriction. SP=Spasm. HT=Hypertonic muscle. WNL.=Within normal limits

☐ Patient responded well to treatment without incident.

PROVIDER SIGNATURE: _Udesor_        PATIENT SIGNATURE: _____

Name: Ana E. Vasquez
Date: 12/01/21  Time: 5 38 pm
Office Only:

Patient Name: _____   Date of Injury: 10-23-21   Date of Visit: 12-2-21

## PATIENT COMPLAINS OF PAIN IN:

Neck  Mid/ Upper Back  Low Back
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/L
Wrist/Hand R/L  Headache
Other: _____

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Home  Rec  Sleep
Sitting/Standing/Walking/Lifting
Bending/Pulling/Grasping/Carry
Pushing/Pulling/Reaching/Overhead
Cook/Clean/Childcare/Sports/PE

Notes: _____
_____
_____
_____
_____

### OBJECTIVE

| CERV | THOR | LUMB | EXT |
|------|------|------|-----|
| ☒ | ☒ | ☒ | ☒ |
| ☒/TT | ☒/TT | ☒/TT | ☒/TT |
| TENDER | TENDER | TENDER | TENDER |

C-ROM  ☺  WNL  PAIN
T-ROM  ☺  WNL  PAIN
L-ROM  ☺  WNL  PAIN
E-ROM  ☺  WNL  PAIN
ORTHO/NEURO EXAM: Elbow
Bi Knee

Sharp- ///  Dull/Achy- OOO  Burning- XXX
Throbbing- T  Stiff /Sore- S
Numbness- ====  Tingling/ Needles- +++

### ASSESSMENT
☐ IMPROVING  ☒ UNCHANGED
☐ WORSENING  ☐ RESOLVED
☐ MILD  ☐ MODERATE  ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT:  98940  98941  98942  98943
C - 1 2 3 4 5 6 7
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5  Manual
SACRUM/SI ____ OCCIPUT ____
EXTREMITIES ____

**MOVEMENT:**
| CERV | THOR | LUMB | EXTREMITY |
|------|------|------|-----------|
| GOOD | GOOD | GOOD | GOOD |
| PAIN | PAIN | PAIN | PAIN |
| RESIST | RESIST | RESIST | RESIST |

**MANUAL THERAPY/MFR/TP/ART:**
CERV  THOR  LUMB  EXTREMITY

SUBOCCIPITAL       TRAPEZIUS
LEVATOR SCAPULAE   RHOMBOIDS
LATISSIMUS DORSI   PECTORALS
QUAD LUMBORUM      PSOAS
GLUTE MEDIUS       PIRIFORMIS
UPPER EXT LINES:   ANT  POST |+ ell
LOWER EXT LINES:   ANT  POST
OTHER

### EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|-----|---------|------------|
| 97018 | EMS UNATTENDED | K \ |
| 97012 | MECH TRACTION | ☒ \ |
| 97010 | HOT/COLD APPLY | ☒ \ |
|  | MANUAL THERAPY | — |
| 97035 | ULTRASOUND | Lt - Elbw |
| 97110 | THER EXERCISES |  |
| 97530 | THER ACTIVITIES |  |
| 97112 | VIBRATION / NM-RE |  |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
☐ Whiplash Protocol  ROM  Strength
☐ Therapy Ball EX  ROM  Strength
☐ Spinal Stabilization  ROM  Strength
☐ Upper Ext Protocol  ROM  Strength
☐ Lower Ext Protocol  ROM  Strength
☐ Treadmill/Bike
☐ Functional Activities

**REVIEW OF RECORDS:**
_____
_____

### PLAN

**TREATMENT PHASE:**
ACUTE  SUB-ACUTE  REHAB  PRN
EXACERBATION  CONTINUE Tx
DISCHARGE

**SCHEDULE:**
3 TIMES PER WEEK FOR 2 WEEKS
RE-EVALUATION DATE _____

**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

**REMARKS AND COMMUNICATIONS**
_____
_____

---

**REFERRALS:** MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

**OBJECTIVE KEY:** TX- Joint restriction, SP= Spasm, HT= Hypertonic muscle, Wbd. = Within normal limits

☑ Patient responded well to treatment without incident.

Name: Ana Vasquez



PROVIDER SIGNATURE: _____   PATIENT SIGNATURE: _____

Date: 12/02/21  Time: 5:39 p.m.
Office Only:

Patient Name: Ana Vasquez    Date of Injury: 1-27-21    Date of Visit: 12-3-21

## PATIENT COMPLAINS OF PAIN IN:

Neck/ Mid/ Upper B/R  Low B/R
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/L
Wrist/Hand R/L  Headaches
Other:

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Home  Rec  Sleep
Sitting/Standing/Walking/Lying
Reading/Writing/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes:

Sharp- /// Dull/Achy- OOO  Burning- XXX
Throbbing- T  Stiff /Sore- S
Numbness- - - -  Tingling/ Needles- + + +

## ASSESSMENT

☐ IMPROVING    ☒ UNCHANGED
☐ WORSENING    ☐ RESOLVED

☐ MILD  ☐ MODERATE ☐ SEVERE

## MANIPULATION/ADJUSTMENT

CMT:  98940  98941  98942  98943
C - 1234567
T - 123456789 10 11 12
L - 12345
SACRUM/SI    OCCIPUT
EXTREMITIES

**MOVEMENT:**
CERV.  THOR.  LUMB.  EXTREMITY:
GOOD  GOOD  GOOD  GOOD
PAIN  PAIN  PAIN  PAIN
RESIST  RESIST  RESIST  RESIST

## OBJECTIVE

CERV    THOR    LUMB    EXT

SP/HT    SP/HT    SP/HT    SP/HT

TENDER  TENDER  TENDER  TENDER

C-ROM   ☑   WNL  PAIN

T-ROM   ☑   WNL  PAIN

L-ROM   ☑   WNL  PAIN

E-ROM   ☑   WNL  PAIN

ORTHO/NEURO EXAM: Knee

MANUAL THERAPY/MFR/TP/ART:
CERV  CHEST  LUMB  EXTREMITY

SUBOCCIPITAL    TRAPEZIUS
LEVATOR SCAPULAE    RHOMBOIDS
LATISSIMUS DORSI    PECTORALS
QUAD LUMBORUM    PSOAS
GLUTE MIDDIPS    PIRIFORMIS
UPPER EXT LINES:  ANT  POST
LOWER EXT LINES:  ANT  POST
OTHER:

## EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202   99201
99215  99214  99213  99212   99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97014 | EMS UNATTENDED | |
| 97012 | MECH TRACTION | |
| 97010 | HEAT/COLD APPLY | |
| 97140 | MANUAL THERAPY | |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
☐ Whiplash Protocol  ROM  Strength
☐ Therapy Ball EX  ROM  Strength
☐ Spinal Stabilization ROM  Strength
☐ Upper Ext Protocol  ROM  Strength
☐ Lower Ext Protocol  ROM  Strength
☐ Treadmill/Bike
☐ Functional Activities

## REVIEW OF RECORDS:

## PLAN

**TREATMENT PHASE:**
ACUTE  SUB-ACUTE  REHAB  PRN
EXACERBATION  CONTINUE Tx
DISCHARGE

**SCHEDULE:**
5 TIMES PER WEEK FOR  2 WEEKS
RE-EVALUATION DATE:

**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

## REMARKS AND COMMUNICATIONS

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

OBJECTIVE KEY: FX=Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL = Within normal limits

☒ Patient responded well to treatment without incident.

PROVIDER SIGNATURE:    PATIENT SIGNATURE:

Name: Ana Vasquez

Date: 12/03/21  Time: 9:46 pm
Office Only:

Clinic: Ideal Chiropractic Pain + Injury Care - Gap in Treatment

**Patient's Name:** Ana E. Vasquez **Date of Injury:** 10/25/21 **Today's Date:** 12/21/21

## Documenting Your Gap in Treatment at this Office

It is important to document why there was either a gap in seeking our care or why there was a gap in your care at our office. This information is to ensure that the care of your injury is properly documented and medically necessary. Please fill this out completely as it may affect your insurance benefits if later there are discrepancies that are found. Many injury patients have gaps either in seeking care or in there care, and in order to receive insurance benefits these gaps need to be explained by the patient. In this instance there was a Gap in seeking care _____ or a gap in care __X__. Please check one.

**Self-Treatment:**
- [ ] Heat
- [ ] Cold
- [x] Rest
- [ ] Brace/support/wrap
- [ ] Over-the-counter medications (specify): _____
- [ ] Prescription medication (specify): _____
- [ ] Herbs (specify): _____
- [ ] Homeopathy (specify): _____
- [x] Stretching/yoga
- [ ] Exercise
- [ ] Slept in different position
- [ ] Slept on a different surface
- [ ] Modified work duties (specify): _____
- [ ] Change of employment (specify): _____
- [ ] Modified activities of daily living (specify): _____
- [ ] Minimized tilting head upwards
- [ ] Minimized prolonged forward bending of the neck/torso
- [ ] Minimized rotation of the neck
- [ ] Other (specify): _____

**Treatment by Others:**
- [ ] Emergency room (specify): _____
- [ ] Urgent care (specify): _____
- [ ] Medical doctor/osteopath (specify): _____
- [ ] Medical specialist (specify): _____
- [ ] Chiropractor (specify): _____
- [ ] Physical therapist (specify): _____
- [ ] Acupuncturist (specify): _____
- [ ] Psychologist/psychiatrist (specify): _____
- [ ] Massage (specify): _____
- [ ] Other (specify): _____

**Miscellaneous Factors:**
- [ ] Fear of doctors/drugs/surgery
- [ ] Did not know who to see for treatment
- [ ] Fear of how the treatment bills would be paid
- [x] Insufficient time to obtain treatment
- [x] Other (specify): _____

**Signature** _____ **Date:** 12/21/21

Copyright © 2017, www.smartinjuryforms.com

Patient Name: _Ana C. Vasquez_   D.O.I.: 10/23/21   Date: 12/21/21

## SUBJECTIVE FINDINGS:



### Character:
Sharp >///   (Stiff) Sore- S
Dull/ Achy OOO   Numbness- ===
Burning- XXX   Throbbing- T
Tingling/ Needles- +++

### Activities of Daily Living:
Work   Nothing   Sleep
Sit/ine/ Standing/ Walking/ Lying
Bending/ Lifting/ Grasping/ Carry/
Push/ Pull/ Kneel/ Stoop/ Cook/
Overhead/ Clean/ Childcare/ PF

### OBJECTIVE FINDINGS:
CERV   THOR   LUMB   EXT
©S   ©K   ©K   FX
SP APH   SP /#H   SP /#T   SP /#T
TENDER   TENDER   TENDER   TENDER

C-ROM INC DEC WNL PAIN ___
T-ROM INC DEC WNL PAIN ___
L-ROM INC DEC WNL PAIN ___
E-ROM INC DEC WNL PAIN ___

D.T.R. 1=hypo 2=normal 3=hyper ___
Up/Low Sensory WNL Inc. Dec ___
Up/Low Motor WNL Inc. Dec ___
Other: ___

Appearance: _ poor _ fair _ good
Orientation: _ poor _ fair _ good

Blood Pressure: 121/ 73 mmHg
Height: 4' __ W.T.: 155 lbs

### CERVICAL ORTHOPEDIC TESTS
Cervical Compression   + - R/L
Jackson's Max. Com.   + - R/L
Distraction   + - R/L
Vasalva Test   + - R/L
Shoulder Depression   + - R/L
Soto Hall   + - R/L
O'Donoghues   + - R/L

### LUMBAR ORTHOPEDIC TESTS
Becklerew's   + - R/L
Kemp's   + - R/L
Double Leg Raise   + - R/L
Well Leg   + - R/L
Fabere's   5/10   + - R/L
Nachlas   + - R/L
Ely's Meet to Buttock   + - R/L
Yeoman's   + - R/L
O'Donoghues   + - R/L

### SHOULDER ORTHOPEDIC TESTS
Supraspinatus Press   + - R/L
Apprehension   + - R/L
Apley's   + - R/L
Yeargason   + - R/L
Drop Arm   + - R/L
Dugas   + - R/L
Abd/Arch   + - R/L

### ELBOW ORTHOPEDIC TESTS
Med. Lig. Stability   + - R/L
Lat. Lig. Stability   + - R/L
Tinel's   - R/L
Cozen's   + - R/L
Mill's   + - R/L

### WRIST/HAND ORTHOPEDIC TESTS
Allen's   + - R/L
Phalen's   + - R/L
Finkelstein's   + - R/L

### HIP ORTHOPEDIC TESTS
Patrick Fabere   G+ B/L
Hibbs   O/ R
Thomas   + - R/L
Ober   + - R/L

### KNEE ORTHOPEDIC TESTS
Patellar Tap   +G B/L
Anterior Drawer   + - R/L
Posterior Drawer   5/10   + - R/L
Varus Stress   G B/L
Patellar Grinding   G B/L
Apley's Compression   +G B/L
Ballottment   + - R/L
Anterior Drawer Sign   + - R/L

### ANKLE/FOOT ORTHOPEDIC TESTS
Talo-Tib Stability   - R/L
Ankle Dorsiflexion   + - R/L
Homan   + - R/L

### MANIPULATION/MANUAL THERAPY
CMT: 98940 98941 98942 98943
C-1 2 3 4 5
T-1 2 3 4 5 6 7 8 9 10 11 12
L-1 2 3 4 5   Manuel

RE-EXAM CODES
99215/ 99214/ 99213/ 99212/ 99211

### ASSESSMENT
Improvement   Unchanged
Worsening   Exacerbation

### PLAN & TREATMENT
Decompression Therapy C / T / L
99090 (to restore form and function, relieve joint stress, pain, and inflammation)
97014 E.M.S. (to help decrease muscle spasms, promote tissue healing, and its analgesic effects)
97012 Intersegmental Traction (to promote joint mobility, improve synovial fluid exchange, and reduce the risk of adhesion formation)
97010 Heat/ Ice (to increase cellular metabolism)
97140 Myofascial/T.P.T (to decrease pain and inflammation and improve tissue function)
97035 Ultrasound (to aid the cleaning of fibrous adhesions and softening of collagenous scar tissue)
97110 Stretching/Exercise (to increase & maintain soft tissue length and joint range of motion and helps prevent injury recurrence)
97112 Vibration Therapy/NM-RE (to help increase ROM, lean muscle mass and firm muscles to create overall effect of a more toned, firm, and healthy body)

___ Continue   ___ Modify PLAN OF CARE
___ Discharge   ___ PRN
IX 2X/3X/4X 5X Daily for –
TWK 2WK 3WK 4WK

### Referral for Evaluation
___ Medical Doctor Consultation
___ Orthopedic Consultation
___ Neurologist Consultation
___ Pain Management Consultation
___ X-Ray
___ MRI/CT-Scan   Chp   Thr
___ PSYC EVAL

### Home Instructions:
Stretch (Exercise)   Rest   Ice/Heat
No physical activity

### Established Goal:
___ Increase overall body ROM/flexibility
___ Increase overall body strength
___ Improve gait/balance
___ Increase strengthening of core muscles
___ Decrease overall pain/increase comfort

### Comments:
_____
_____
_____
_____

Re-Exam 1 2 3 4 5 6 7 8 9 10 ⊘ knee

Anna Vasquez   Time: 3:01 pm
Date 12/21/21   Office Only:
Name: _____

Doctor's Signature: _____
Release

Patient Name: Ana Vasquez

Date of Injury: 10/23/21   Date of Visit: 12/22/21

## PATIENT COMPLAINS OF PAIN IN:

Neck Mid/ Upper Back Low back
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/L
Wrist/Hand R/L  Headaches
Other:

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  House  Rec  Sleep
Sitting  Standing/Walking/Lying
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

**Notes:**



Sharp- ///  Dull/Achy- OOO  Burning- XXX
Throbbing- T  Stiff /Sore- S
Numbness- ~~~  Tingling/ Noodles- +++

### ASSESSMENT
☐ IMPROVING       ☒ UNCHANGED
☐ WORSENING      ☐ RESOLVED
☐ MILD ☐ MODERATE ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT:  98940  98941  98942  98943
C – 1 2 3 4 5 6 7
T – 1 2 3 4 5 6 7 8 9 10 11 12
L – 1 2 3 4 5
SACRUM/SI _____ OCCIPUT _____
EXTREMETIES _____

**MOVEMENT:**

| | CERV. | THOR | LUMB. | EXTREMITY |
|---|---|---|---|---|
| | GOOD | GOOD | GOOD | GOOD |
| | PAIN | PAIN | PAIN | PAIN |
| | RESIST | RESIST | RESIST | RESIST |

### OBJECTIVE

CERV    THOR    LUMB    EXT
SP/    SP/    SP/    SP/

TENDER  TENDER  TENDER  TENDER

C-ROM ↑ ↓   WNL  PAIN
T-ROM ↑ ↓   WNL  PAIN
L-ROM ↑ ↓   WNL  PAIN
E-ROM ↑ ↓   PAIN

ORTHO/NEURO EXAM:

**MANUAL THERAPY/MFR/TP/ART:**
CERV  THOR  LUMB  EXTREMITY
OCCIPITAL          TRAPEZIUS
LEVATOR SCAPULAE   RHOMBOIDS
LATISSIMUS DORSI   PECTORALS
QUAD LUMBORUM      PSOAS
GLUTE MIDDLES      PIRIFORMIS
UPPER EXT LINES:  ANT  POST
LOWER EXT LINES:  ANT  POST
OTHER

### EXAM and TREATMENT

| INIT EVAL. CMT THERAPY RE-EXAM | | | | |
|---|---|---|---|---|
| 99205 | 99204 | 99203 | 99202 | 99201 |
| 99215 | 99214 | 99213 | 99212 | 99211 |

### MODALITIES:

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97014 | EMS UNATTENDED | |
| 97012 | MECH TRACTION | |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NMRel | |
| S9090 | DECOMPRESSION | C / T / L |

### EXERCISE/REHAB PROTOCOL NOTES:
Whiplash Protocol  ROM  Strength
Therapy Ball EX  ROM  Strength
Spinal Stabilization  ROM  Strength
Upper Ext Protocol  ROM  Strength
Lower Ext Protocol  ROM  Strength
Treadmill/Bike
Functional Activities

### REVIEW OF RECORDS:

### PLAN

**TREATMENT PHASE:**
ACUTE   SUB-ACUTE   REHAB   PRN
EXACERBATION   CONTINUE  Tx
DISCHARGE

**SCHEDULE:**
3 TIMES PER WEEK FOR 8 WEEKS
RE-EVALUATION DATE:

**WORK SATUS:**
OFF WORK   LIGHT DUTY   FULL DUTY

### REMARKS AND COMMUNICATIONS

**REFERRALS:** MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

**OBJECTIVE KEY:** FX=Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL=Within normal limits

Patient responded well to treatment without incident

Name: Ana Vasquez

PROVIDER SIGNAUTE: _____   PATIENT SIGNATURE   Date: 12/22/21  Time: 4:39 pm
Office Only:

Patient Name: _____ Date of Injury: 10/23/21 Date of Visit: 12/23/21

## PATIENT COMPLAINS OF PAIN IN:

Neck  Mid/ Upper Back  Low Back
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/L
Wrist/Hand R/L  Headache
Other: _____

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Use  Rec
Sitting  Standing  Walking/Lying
Reading/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes: _____

## OBJECTIVE

CERV   THOR   LUMB   EXT
SP   SP   SP   SP

TENDER  TENDER  TENDER  TIS/DBR

C-ROM   WNL   PAIN

T-ROM   WNL   PAIN

L-ROM   WNL   PAIN

E-ROM   WNL   PAIN
Care
**ORTHO/NEURO EXAM:**
_____
_____
_____



Sharp- ///  Dull/Achy- OOO  Burning- XXX
Throbbing- I  Stiff /Sore- S
Numbness- - - -  Tingling/ Needles- +++

### ASSESSMENT

☐ IMPROVING   ☒ UNCHANGED
☐ WORSENING   ☐ RESOLVED
☐ MILD  ☐ MODERATE ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT: 98940  98941  98942  98943
C-1234567
T-123456789 10 11 12
L-12345
SACRUM/SI   OCCIPUT
EXTREMITIES _____

**MOVEMENT:**
CERV   THOR   LUMB   EXTREMITY
GOOD  GOOD  GOOD  GOOD
PAIN   PAIN   PAIN   PAIN
RESIST RESIST RESIST RESIST

**MANUAL THERAPY/MFR/TP/ART:**
CERV  THOR  LUMB  EXTREMITY

SUBOCCIPITAL          TRAPEZIUS
LEVATOR SCAPULAE     RHOMBOIDS
LATISSIMUS DORSI      PECTORALS
QUAD LUMBORUIM       PSOAS
GLUTE MEDIUS          PIRIFORMIS
UPPER EXT LINES:   ANT   POST
LOWER EXT LINES:   ANT   POST
OTHER:

### EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97014 | EMS UNATTENDED | ✓ 1 |
| 97012 | MECH TRACTION | ✓ 1 |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | ✓ 1 |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | ✓ 1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
☐ Whiplash Protocol   ROM  Strength
☐ Therapy Ball EX     ROM  Strength
☒ Spinal Stabilization  ROM  Strength
☐ Upper Ext Protocol  ROM  Strength
☒ Lower Ext Protocol  ROM  Strength
☐ Treadmill/Bike
☐ Functional Activities
_____
_____
_____

**REVIEW OF RECORDS:**
_____
_____

### PLAN

**TREATMENT PHASE:**
ACUTE   SUB-ACUTE   REHAB   PRN
EXACERBATION   CONTINUE Tx
DISCHARGE

**SCHEDULE:**
3 TIMES PER WEEK FOR 3 WEEKS
RE-EVALUATION DATE: _____

**WORK SATUS:**
OFF WORK   LIGHT DUTY   FULL DUTY

**REMARKS AND COMMUNICATIONS**
_____
_____
_____
_____

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER
_____

OBJECTIVE KEY: FX= foot restriction, SP=Spasm, HT=Hypertone muscle, WNL = Within normal limits

☒ Patient responded well to treatment without incident.

Name: Ana Vasquez



PROVIDER SIGNAUTE: _____   PATIENT SIGNATURE: _____

Date: 12/23/21  Time: 6:18 pm
Office Only: _____

Patient Name: Ana Vasquez    Date of Injury: 12/27/21    Date of Visit: 12/27/21

## PATIENT COMPLAINS OF PAIN IN:

Neck Mid/Upper Back Low Back
Hip R/L Knee R/L Ankle/Foot R/L
Chest/Ribs Shoulder R/L Elbow R/L
Wrist/Hand R/L Headaches
Other:

**Timing:**
Constant Intermittent

**Activities of Daily Living Affected:**
Work School Home Rec Sleep
Sitting Standing/Walking/1ying
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

**Notes:**



Sharp- /// Dull/Achy- OOO Burning- XXX
Throbbing- T Stiff /Sore- S
Numbness- = = - Tingling/ Needles- + + +

### ASSESSMENT
☐ IMPROVING   ☒ UNCHANGED
☐ WORSENING   ☐ RESOLVED
☐ MILD ☐ MODERATE ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT: 98940 98941 98942 98943
C - 1 2 3 4 5 6 7
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5
SACRUM/SI      OCCIPUT
EXTREMETIES

**MOVEMENT:**
CERV. THOR. LUMB. EXTREMITY
GOOD GOOD GOOD GOOD
PAIN PAIN PAIN PAIN
RESIST RESIST RESIST RESIST

**MANUAL THERAPY/MFR/TP/ART:**
CERV THOR LUMB EXTREMITY

SUBOCCIPITAL        TRAPEZIUS
LEVATOR SCAPULAE    RHOMBOIDS
LATISSIMUS DORSI    PECTORALS
QUAD LUMBORUM       PSOAS
GLUTE MEDIUS        PIRIFORMIS
UPPER EXT LINES:   ANT  POST
LOWER EXT LINES:   ANT  POST
OTHER:

### OBJECTIVE

CERV    THOR    LUMB    EXT
SP/HO   SP      SP      FX
                        SPHT

TENDER TENDER TENDER TENDER

C-ROM        WNL PAIN
T-ROM        WNL PAIN
L-ROM        WNL PAIN
E-ROM        WNL PAIN
ORTHO/NEURO EXAM:

### EXAM and TREATMENT

INIT EVAL CMT/THERAPY RE-EXAM
99205 99204 99203 99202 99201
99215 99214 99213 99212 99211

### MODALITIES:

| CPT | SERVICE | AREA/UNITS |
|-----|---------|-----------|
| G0283 | EMS UNATTENDED | ☒ |
| 97140 | MECH TRACTION | ☒ |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | ☒ |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| S9090 | DECOMPRESSION | C / T / L |

### EXERCISE/REHAB PROTOCOL NOTES:
Whiplash Protocol    ROM Strength
Therapy Ball EX      ROM Strength
Spinal Stabilization ROM Strength
Upper Ext Protocol   ROM Strength
Lower Ext Protocol   ROM Strength
Treadmill/Bike
Functional Activities

### REVIEW OF RECORDS:

### PLAN
**TREATMENT PHASE:**
ACUTE  SUB-ACUTE  REHAB  PRN
EXACERBATION  CONTINUE Tx
DISCHARGE
**SCHEDULE:**
5 TIMES PER WEEK FOR 3 WEEKS
RE-EVALUATION DATE:
**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

### REMARKS AND COMMUNICATIONS

REFERRALS: MD/CT/MRI/NV/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

OBJECTIVE KEY: FX=Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL=Within normal limits

☒ Patient responded well to treatment without incident.

Name: Ana Vasquez

PROVIDER SIGNATURE:          PATIENT SIGNATURE:

Date: 12/27/21  Time: 5:06 pm
Office Only:

Patient Name: __Ana Vasquez__   Date of Injury: __10-23-21__   Date of Visit: __12/28/21__

## PATIENT COMPLAINS OF PAIN IN:

Neck  Mid/Upper  R/L  Low Back
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/L
Wrist/Hand R/L  Headaches
Other:

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Home  Rec  Sleep
Sitting/Standing/Walking/Lying
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes:
_____
_____
_____
_____



Sharp- ///  Dull/Achy- OOO  Burning- XXX
Throbbing- T  Stiff /Sore- S
Numbness- = = =  Tingling/ Needles- +++

### ASSESSMENT
☐ IMPROVING      ☐ UNCHANGED
☐ WORSENING      ☐ RESOLVED
☐ MILD ☐ MODERATE ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT:  98940  98941  98942  98943
C - 1 2 3 4 5 6 7
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5
SACRUM/SI      OCCIPUT
EXTREMETIES

**MOVEMENT:**
CERV      THOR      LUMB      EXTREMITY
GOOD    GOOD    GOOD    GOOD
PAIN      PAIN      PAIN      PAIN
RESIST   RESIST   RESIST   RESIST

MANUAL THERAPY/MFR/TP/ART:
CERV  THOR  LUMB  EXTREMITY

SUBOCCIPITAL        TRAPEZIUS
LEVATOR SCAPULAE  RHOMBOIDS
LATISSIMUS DORSI   PECTORALS
QUADRI LUMBORUM  PSOAS
GLUTE MEDIUS        PIRIFORMIS
UPPER EXT LINES:   ANT   POST
LOWER EXT LINES:  ANT   POST
OTHER:

### OBJECTIVE
CERV    THOR    LUMB    EXT
                                        FX
SP/DT    SP/DT    SP/DT    SP/HT

TENDER  TENDER  TENDER  TENDER

C-ROM              WNL  PAIN____

T-ROM              WNL  PAIN____

L-ROM              WNL  PAIN____

E-ROM              WNL  PAIN____
Knee
ORTHO/NEURO EXAM:
_____
_____
_____



## EXAM and TREATMENT

INIT EVAL CMT  THERAPY  RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

### MODALITIES:
| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 95810 | EMS UNATTENDED | x 1 |
| 97012 | MECH TRACTION | x |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | x 1 |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | x 1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| S9090 | DECOMPRESSION | C + T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
Whiplash Protocol   ROM   Strength
Therapy Ball EX       ROM   Strength
Spinal Stabilization  ROM   Strength
Upper Ext Protocol   ROM   Strength
Lower Ext Protocol   ROM   Strength
Treadmill/Bike
Functional Activities
_____
_____

**REVIEW OF RECORDS:**
_____
_____

### PLAN
**TREATMENT PHASE:**
ACUTE   SUB-ACUTE   REHAB   PRN
EXACERBATION   CONTINUE Tx
DISCHARGE
**SCHEDULE:**
__3__ TIMES PER WEEK FOR __3__ WEEKS
REEVALUATION DATE:
**WORK SATUS:**
OFF WORK   LIGHT DUTY   FULL DUTY

**REMARKS AND COMMUNICATIONS**
_____
_____
_____
_____

**REFERRALS:** MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER
_____

OBJECTIVE KEY: FX=Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL=Within normal limits



+ Patient responded well to treatment without incident.

Name: __Ana Vasquez__

PROVIDER SIGNAUTE _____    PATIENT SIGNATURE: _____

Date: __12/28/21__  Time: __5 17__
Office Only:

Patient Name: Ana Vasquez    Date of Injury: 10·29·21  Date of Visit: 12/29/21

## PATIENT COMPLAINS OF PAIN IN:

Neck  Mid/ Upper Back  Low Back
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/L
Wrist/Hand R/L  Headaches
Other:

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Home  Rec  Sleep
Sitting/Standing/Walking/Turning
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes:



Sharp- ///  Dull/Achy- OOO  Burning- XXX
Throbbing- T  Stiff /Sore- S
Numbness- - - -  Tingling/ Needles- + + +

### ASSESSMENT

☐ IMPROVING   ☒ UNCHANGED
☐ WORSENING   ☐ RESOLVED

### MANIPULATION/ADJUSTMENT

CMT:  98940  98941  98942  98943
C  1234567
T- 123456789 10 11 12
L- 12345
SACRUM/SI_____ OCCIPUT_____
EXTREMETIES

MOVEMENT:
CERV:  THOR:  LUMB:  EXTREMITY:
GOOD  GOOD  GOOD  GOOD
PAIN  PAIN  PAIN  PAIN
RESIST RESIST RESIST RESIST

MANUAL THERAPY MFR/TP/ART:
CERV  THOR  LUMB  EXTREMITY

SUBOCCIPITAL   TRAPEZIUS
LEVATOR SCAPULAE   RHOMBOIDS
LATISSIMUS DORSI   PECTORALS
QUAD LUMBORUM   PSOAS
GLUTE MEDIUS   PIRIFORMIS
UPPER EXT LINES:   ANT   POST
LOWER EXT LINES:   ANT   POST
OTHER:

## OBJECTIVE

| CERV | THOR | LUMB | EXT |
|------|------|------|-----|
| IO  | CO | CO | CO |
| SP/O | SP/O | SP/O | SP/O |

TENDER  TENDER  TENDER  TENDER

C-ROM  ⬆⬇  WNL  PAIN
T-ROM  ⬆⬇  WNL  PAIN
L-ROM  ⬆⬇  WNL  PAIN
E-ROM  ⬆⬇  WNL  PAIN

ORTHO/NEURO EXAM:

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

OBJECTIVE KEY: FX=Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL=Within normal limits

PROVIDER SIGNATURE    PATIENT'S SIGNATUR

### EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|-----|---------|------------|
| | EMS UNATTENDED | X 1 |
| 97012 | MECH TRACTION | X 1 |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | X 1 |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | √ 1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| 98960 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
Whiplash Protocol  ROM  Strength
Therapy Ball EX  ROM  Strength
Spinal Stabilization  ROM  Strength
Upper Ext Protocol  ROM  Strength
Lower Ext Protocol  ROM  Strength
Treadmill/Bike
Functional Activities

**REVIEW OF RECORDS:**

### PLAN

**TREATMENT PHASE:**
ACUTE   SUB-ACUTE   REHAB   PRN
EXACERBATION   CONTINUE Tx
DISCHARGE

**SCHEDULE:**
3 TIMES PER WEEK FOR 3 WEEKS
RE-EVALUATION DATE:

**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

**REMARKS AND COMMUNICATIONS**

Patient responded well to treatment without

Name: Ana Vasquez

Date: 3·25   Time: 12/29/21
Office Only:

Patient Name: __Tina C. Vasquez__   Date of Injury: __10-23-21__   Date of Visit: __12-30-21__

## PATIENT COMPLAINS OF PAIN IN:

Neck  Mid  Upper Back  Low Back
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/L
Wrist/Hand R/L  Headaches
Other: _____

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Home  Rec  Sleep
Sitting  Standing  Walking  Lying
Bending  Lifting  Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

**Notes:** _____



Sharp- ///   Dull/Achy- OOO   Burning- XXX
Throbbing- T   Stiff /Sore- S
Numbness- - - -   Tingling/ Needles- +++

### ASSESSMENT
☐ IMPROVING     ☒ UNCHANGED
☐ WORSENING     ☐ RESOLVED
_____

### MANIPULATION/ADJUSTMENT

CMT:  98940  98941  98942  98943
C – 1 2 3 4 5 6 7
T – 1 2 3 4 5 6 7 8 9 10 11 12
L – 1 2 3 4 5
SACRUM/SI _____ OCCIPUT _____
EXTREMETIES

**MOVEMENT:**
CERV;  THOR;  LUMB;  EXTREMITY;
GOOD  GOOD  GOOD  GOOD
PAIN  PAIN  PAIN  PAIN
RESIST  RESIST  RESIST  RESIST

MANUAL THERAPY/MFR/TP/ART:
CERV  THOR  LUMB  EXTREMITY
SUBOCCIPITAL  TRAPEZIUS
LEVATOR SCAPULAE  RHOMBOIDS
LATISSIMUS DORSI  PECTORALS
QUAD LUMBORUM  PSOAS
GLUTE MEDIUS  PIRIFORMIS
UPPER EXT LINES:  ANT  POST
LOWER EXT LINES:  ANT  POST
OTHER

### OBJECTIVE

CERV   THOR   LUMB   EXT
SP  SP  SP  SP

TENDER TENDER TENDER TENDER

C-ROM ↑ ↓   WNL  ON
T-ROM ↑ ↓   WNL  PAIN
L-ROM ↑ ↓   WNL  PAIN
E-ROM ↑ ↓   WNL  PAIN   knee
ORTHO/NEURO EXAM: _____
_____

**REFERRALS:** MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

**OBJECTIVE KEY:** FX–Joint restriction, SP–Spasm, HT–Hypertonic muscle, WNL–Within normal limits

PROVIDER SIGNATURE: _____     PATIENT'S SIGNATURE

### EXAM and TREATMENT

INIT EVAL  CMT  THERAPY  RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97014 | EMS UNATTENDED | ✓ |
| 97012 | MECH TRACTION | × |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | × |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | × |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
Whiplash Protocol  ROM  Strength
Therapy Ball EX  ROM  Strength
Spinal Stabilization  ROM  Strength
Upper Ext Protocol  ROM  Strength
Lower Ext Protocol  ROM  Strength
Treadmill/Bike
Functional Activities
_____

**REVIEW OF RECORDS:**
_____

### PLAN
**TREATMENT PHASE:**
ACUTE  SUBACUTE  REHAB  PRN
EXACERBATION  CONTINUE Tx
DISCHARGE

**SCHEDULE:**
__3__ TIMES PER WEEK FOR __3__ WEEKS
RE-EVALUATION DATE _____

**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

**REMARKS AND COMMUNICATIONS**
_____
_____
_____

X Patient responded well to treatment without incident.

Name: Ana Vasquez
Date: 12/30/21  Time: 5:09 pm
Office Only: _____

Patient Name: **Ana E. Vasquez**   Date of Injury: **10-23-21**   Date of Visit: **01/03/22**

## PATIENT COMPLAINS OF PAIN IN:

Neck  Mid/Upper Back  Low Back
Hip R/L.  Knee R/L.  Ankle/Foot R/L.
Chest/Ribs  Shoulder R/L.  Elbow R/L.
Wrist/Hand R/L.  Headaches
Other: _____

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Sleep  Rec  Sleep
Sitting  Standing  Walking  Lifting
Bending  Lifting/Grasping  Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes: _____

### OBJECTIVE

CERV    THOR    LUMB    EXT

SP      SP      SP      SP

TENDER  TENDER  TENDER  TENDER

C-ROM   ↑ ↓   WNL  PAIN

T-ROM   ↑ ↓   WNL  PAIN

L-ROM   ↑ ↓   WNL  PAIN

E-ROM   ↑ ↓   WNL  PAIN
Knee

**ORTHO/NEURO EXAM:**
_____
_____
_____

Sharp- ///  Dull/Achy- OOO  Burning- XXX
Throbbing- T  Stiff/Sore- S
Numbness- - - -  Tingling/ Needles- +++

### ASSESSMENT

☐ IMPROVING   ☒ UNCHANGED
☐ WORSENING   ☐ RESOLVED
_____
_____

### MANIPULATION/ADJUSTMENT

CMT:  98940  98941  98942  98943
C - 1 2 3 4 5 6 7
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5
SACRUM/SI _____ OCCIPUT _____
EXTREMITIES _____

**MOVEMENT:**
CERV:  THOR:  LUMB:  EXTREMITY:
GOOD  GOOD  GOOD  GOOD
PAIN  PAIN  PAIN  PAIN
RESIST  RESIST  RESIST  RESIST

MANUAL THERAPY/MFR/TP/ART:
CERV  THOR  LUMB  EXTREMITY

SUBOCCIPITAL   TRAPEZIUS
LEVATOR SCAPULAE  RHOMBOIDS
LATISSIMUS DORSI  PECTORALS
QUAD LUMBORUM  PSOAS
GLUTE MEDIUS  PIRIFORMIS
UPPER EXT LINES:  ANT  POST
LOWER EXT LINES:  ANT  POST
OTHER:

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER
_____

OBJECTIVE KEY: EX: Joint restriction, SP: Spasm, HY: Hypertonic muscle, WNL: w/in normal limits

### EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97014 | EMS UNATTENDED | ×1 |
| 97012 | MECH TRACTION | ×1 |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | ×1 |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | ×1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| S8990 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
Whiplash Protocol  ROM  Strength
Therapy Ball EX  ROM  Strength
Spinal Stabilization  ROM  Strength
Upper Ext Protocol  ROM  Strength
Lower Ext Protocol  ROM  Strength
Treadmill/Bike
Functional Activities
_____
_____

**REVIEW OF RECORDS:**
_____

### PLAN

**TREATMENT PHASE:**
ACUTE  SUB-ACUTE  REHAB  PRN
EXACERBATION  CONTINUE Tx
DISCHARGE

**SCHEDULE:**
3 TIMES PER WEEK FOR 3 WEEKS
RE-EVALUATION DATE: _____

**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

**REMARKS AND COMMUNICATIONS**
_____
_____
_____
_____

☒ Patient responded well to treatment without incident

PROVIDER SIGNATURE: _____  PATIENT'S

Name: Ana Vasquez
Date: 01/03/22  Time: 5:53 pm
Office Only: _____

Patient Name: _Ana E Vasquez_  Date of Injury: _10.23.21_  Date of Visit: _1/4/2022_

## PATIENT COMPLAINS OF PAIN IN:

Neck  Mid/ Upper Back  Low Back
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/L
Wrist/Hand R/L  Headaches
Other:

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Rec  Sleep
Sitting/Standing/Walking/Laying
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes: Head and neck
Pan. Increased
Leedache



Sharp- ///  Dull/Achy- OOO  Burning- XXX
Throbbing- T  Stiff /Sore- S
Numbness- ---  Tingling/ Needles- +++

### ASSESSMENT
☐ IMPROVING  ☒UNCHANGED
☒WORSENING  ☐ RESOLVED
☐ MILD ☐ MODERATE ☐ SEVERE

### MANIPULATION/ADJUSTMENT
CMT:  98940  98941  98942  98943
C - 1  2  3  4  5  Manual
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5
SACRUM/SI _____  OCCIPUT _____
EXTREMETIES _____

**MOVEMENT:**

| | CERV. | THOR. | LUMB. | EXTREMITY |
|---|---|---|---|---|
| | GOOD | GOOD | GOOD | GOOD |
| | PAIN | PAIN | PAIN | PAIN |
| | RESIST | RESIST | RESIST | RESIST |

**MANUAL THERAPY/MFR/TP/ART:**
CERV  THOR  LUMB  EXTREMITY

| SUBOCCIPITAL | TRAPIZIUS |
|---|---|
| LEVATOR SCAPULAE | RHOMBOIDS |
| LATISSIMUS DORSI | PECTORALS |
| QUAD LUMBORUM | PSOAS |
| GLUTE MEDIUS | PIRIFORMIS |

UPPER EXT LINES:  ANT  POST
LOWER EXT LINES:  ANT  POST
OTHER.

## OBJECTIVE

| CERV | THOR | LUMB | EXT |
|---|---|---|---|
| P/O | Q | ⬭ | ⬭ |
| SP/HT | SP/RS | SP/T | SP/D |

TENDER  TENDER  TENDER  TENDER

C-ROM ⬆ ⬇  WNL  PAIN  NT FULL

T-ROM ⬆ ⬇  RSD PAIN

L-ROM ⬆ ⬇  WNL  PAIN

I-ROM ⬆ ⬇  WNL  PAIN

**ORTHO/NEURO  EXAM:**

## EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

### MODALITIES:

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97010 | EMS UNATTENDED | ≥1 |
| 97012 | MECH TRACTION | x1 |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | <1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| 97090 | DECOMPRESSION | C / T / L |

### EXERCISE/REHAB PROTOCOL NOTES:
Whiplash Protocol  ROM Strength
Therapy Ball EX  ROM Strength
Spinal Stabilization  ROM  Strength
Upper Ext Protocol  ROM  Strength
Lower Ext Protocol  ROM  Strength
Treadmill/Bike
Functional Activities

### REVIEW OF RECORDS:

## PLAN

**TREATMENT PHASE:**
ACUTE  SUB-ACUTE  REHAB  PRN
EXACERBATION  CONTINUE Tx
DISCHARGE

**SCHEDULE:**
2 TIMES PER WEEK FOR  2  WEEKS
RE-EVALUATION DATE

**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

### REMARKS AND COMMUNICATIONS

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

OBJECTIVE KEY: FX=Joint restriction. SP=Spasm. HT=Hypertonic muscle. WNL =Within normal limits

☒ Patient responded well to treatment without incident.

Name: Ana Vasquez

PROVIDER SIGNAUTE _Rebecca Ebl_  PATIENT SIGNATURE  Date: 01/04/22  Time: 5 55pm
Office Only:

Patient Name: _Ana C. Vasquez_   Date of Injury: _10-23-21_   Date of Visit: _1/5/22_

## PATIENT COMPLAINS OF PAIN IN:

Neck _Mid/ Upper Back_ Low Back
Hip R/L, Knee R/L, Ankle/Foot R/L,
Chest/Ribs Shoulder R/L Elbow R/L,
Wrist/Hand R/L, Head/Jaw
Other:

**Timing:**
Constant (Intermittent)

**Activities of Daily Living Affected:**
Work School Home Rec Sleep
Sitting/Standing/Walking/Lying
Reaching/Gripping/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes:




Sharp- /// Dull/Achy- OOO Burning- XXX
Throbbing- T Stiff /Sore- S
Numbness- = = = Tingling/ Needles- +++

**ASSESSMENT**
☐ IMPROVING    ☑ UNCHANGED
☐ WORSENING    ☐ RESOLVED
☐ MILD ☐ MODERATE ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT: 98940 98941 98942 98943
C - 1234567
T - 1234567891011 12
L - 12345
SACRUM/SI _____ OCCIPUT _____
EXTREMETIES

**MOVEMENT:**

| CERV | THOR | LUMB | EXTREMITY |
|---|---|---|---|
| GOOD | GOOD | GOOD | GOOD |
| PAIN | PAIN | PAIN | PAIN |
| RESIST | RESIST | RESIST | RESIST |

**MANUAL THERAPY/MFR/TP/ART:**
CERV THOR LUMB EXTREMITY

SUBOCCIPITAL        TRAPEZIUS
LEVATOR SCAPULAE    RHOMBOIDS
LATISSIMUS DORSI    PECTORALS
QUADRATUS LUMBORUM  PSOAS
GLUTE MEDIUS        QUADRICEPS/MMS
UPPER EXT LINES:   ANT  POST
LOWER EXT LINES:   ANT  POST
OTHER:

### OBJECTIVE

| CERV | THOR | LUMB | EXT |
|---|---|---|---|
| SP/ED | SP/EN | SP/ES | SP/ED |

TIGHTER TENDER TENDER TENDER
C-ROM ↗↓ WNL PAIN
T-ROM ↗↓ WNL PAIN
L-ROM ↗↓ WNL PAIN
E-ROM ↗↓ WNL PAIN

**ORTHO/NEURO EXAM:**

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

OBJECTIVE KEY: FX--Joint restriction, SP--Spasm, HT--Hypertonic muscle, WNL --Within normal limits

---

### EXAM and TREATMENT

INIT EVAL CMT (THERAPY) RE-EXAM
99205 99204 99203 99202 99201
99215 99214 99213 99212 99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97014 | EMS UNATTENDED | ×1 |
| 97012 | MECH TRACTION | ×1 |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | ×1 |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | ×1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAD PROTOCOL NOTES:**
☐ Whiplash Protocol   ROM Strength
☐ Therapy Ball EX      ROM Strength
☑ Spinal Stabilization ROM Strength
☐ Upper Ext Protocol  ROM Strength
☑ Lower Ext Protocol  ROM Strength
☐ Treadmill/Bike
☐ Functional Activities

**REVIEW OF RECORDS:**

### PLAN

**TREATMENT PHASE:**
ACUTE  SUBACUTE  REHAB  PRN
EXACERBATION  CONTINUE Tx
DISCHARGE

**SCHEDULE:**
_3_ TIMES PER WEEK FOR _3_ WEEKS
RE-EVALUATION DATE:
**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

**REMARKS AND COMMUNICATIONS**

☐ Patient responded well to treatment without incident.

Name: _Ana Vasquez_

PROVIDER SIGNATURE _Lee Jenne Obl_   PATIENT SIGNATURE

Date: _01/05/22_ Time: _5:18 pm_
Office Only: _____

Patient Name: Ana E. Vasquez    D.O.I.: 10-28-21    Date: 1/11/22

## SUBJECTIVE FINDINGS:



### Character:

Sharp- ///    Stiff/Sore- S

Dull Achy- OOO    Numbness- ~~~

Burning- XXX    Throbbing- T

Tingling/ Needles- +++

### Activities of Daily Living:

Work   Home   Sleep

Sitting/ Standing/ Walking/ Lying

Bending/Lifting/ Grasping/ Carry/

Push/ Pull/ Kneel/ Stoop/ Cook/

Overhead/ Clean/ Childcare/ PE

### OBJECTIVE FINDINGS:

CERV   THOR   LUMB   LXT

CTB   TB   CTB   B

SP /B   SP / HT   SP /B   SP /B

TENDER TENDER TENDER TENDER

C-ROM INC DEC WNL PAIN

T-ROM INC DEC WNL PAIN

L-ROM INC DEC WNL PAIN

E-ROM INC DEC WNL PAIN

D.T.R. 1=hypo 2=normal 3=hyper

Up/Low Sensory WNL Inc. Dec

Up/Low Motor WNL Inc. Dec

Other: _____

Appearance: _ poor _ fair 😊

Orientation: _ poor _ fair 😊

### Blood Pressure:

Height: 4 ' 8   W.T.: 155 lb

### CERVICAL ORTHOPEDIC TESTS

| | |
|---|---|
| Cervical Compression | + - R/L |
| Jackson's Max. Com. | Ø - R/L |
| Distraction | + - R/L |
| Vasalva Test | ± - R/L |
| Shoulder Depression | Ø - R/L |
| Soto Hall | = - R/L |
| O'Donoghues | + - R/L |

Doctor's Signature: McKenna Olal

Release

---

### LUMBAR ORTHOPEDIC TESTS

| | |
|---|---|
| Beckterew's | + - R/L |
| Kemp's | + - R/L |
| Double Leg Raise | + Ø R/L |
| Well Leg | + - R/L |
| Fabere's | + - R/L |
| Nachlas | Ø R/L |
| Ely's Heel to Buttock | + - R/L |
| Yeoman's | + Ø R/L |
| O'Donoghues | + - R/L |

### SHOULDER ORTHOPEDIC TESTS

| | |
|---|---|
| Supraspinatus Press | + - R/L |
| Apprehension | + - R/L |
| Apley's | + - R/L |
| Yeargason | + - R/L |
| Drop Arm | + - R/L |
| Dugas | + - R/L |
| Abd/Arch | + - R/L |

### ELBOW ORTHOPEDIC TESTS

| | |
|---|---|
| Med. Lig. Stability | + - R/L |
| Lat. Lig. Stability | + - R/L |
| Tinel's | + - R/L |
| Cozen's | + - R/L |
| Mill's | + - R/L |

### WRIST/HAND ORTHOPEDIC TESTS

| | |
|---|---|
| Allen's | + - R/L |
| Phalen's | + - R/L |
| Finklestein's | + - R/L |

### HIP ORTHOPEDIC TESTS

| | |
|---|---|
| Patrick Fabere | + Ø R/L |
| Hibbs | + Ø R/L |
| Thomas | + - R/L |
| Ober | + - R/L |

### KNEE ORTHOPEDIC TESTS

| | |
|---|---|
| Patellar Tap | + - R/L |
| Anterior Drawer | + - R/L |
| Posterior Drawer | + R/L |
| Varus Stress | Ø - Ø R |
| Patellar Grinding | + - R/L |
| Apley's Compresion | + - R/L |
| Ballottment | + - R/L |
| Anterior Drawer Sign | + - R/L |

### ANKLE/FOOT ORTHOPEDIC TESTS

| | |
|---|---|
| Talo-Tib Stability | + R/L |
| Ankle Dorsiflexion | + - R/L |
| Homan | + - R/L |

### MANIPULATION/MANUAL THERAPY

CMT: 98940 98941 98942 98943

C-1 2 3 4 5 6 7

T-1 2 3 4 5 6 7 8 9 10 11 12

L-1 2 3 4 5   manual

---

### RE-EXAM CODES

99215/ 99216/ 99213/ 99212/ 99211

### ASSESMENT

Improvement   Unchanged

Worsening   Exacerbation

### PLAN & TREATMENT

**Decompression Therapy** C / T / L

98090 (to restore form and function, relieve joint stress, pain, and inflammation)

97014 E.M.S. (to help decrease muscle spasms, promote tissue healing, and its analgesic effect)

97012 Intersegmental Traction (to promote joint mobility, improve synovial fluid exchange, and reduce the risk of adhesion formation)

97010 Heat/ Ice (to increase celular metabolism)

97140 Myofascial/T.P.T (to decrease pain and inflammation and improve tissue function)

9703S Ultrasound (to aid the clearing of fibrous adhesions and softening of collagenous scar tissue)

97110 Stretching/Exercise (to increase & maintain soft tissue length and joint range of motion and helps prevent injury recurrence)

97120 Vibration Therapy/NM-RE (to help increase ROM, lean muscle mass and form muscles to create overall effect of a more toned, firm, and healthy body)

___ Continue ___ Modify PLAN OF CARE

___ Discharge ___ PRN

1X 2X 3X 4X 5X Daily for —

1WK 2WK 3WK 4WK

### Referral for Evaluation

___ Medical Doctor Consultation

___ Orthopedic Consultation

___ Neurologist Consultation

___ Pain Management Consultation

___ X-Ray

___ MRI/CT-Scan _____

___ PSYC EVAL _____

### Home Instruction:

Stretch   Exercise   Rest   Ice/Heat

No physical activity

### Established Goal:

Increase overall body ROM/flexibility

increase overall body strength

improve gait/balance

increase strengthening of core mus

decrease overall pain/increase con

Comments:

_____

Re-Exam 1 2 3 4 5 6 7 8 9 10

Date: 01/11/2022 Time 5:26 pm   Office Only:   Name: Ana Vasquez

Patient Name: _____ Vasquez

Date of Injury: 1 . 2 3 . 2 ² Date of Visit: 1 / 13 / 2 2

## PATIENT COMPLAINS OF PAIN IN:

Neck Mid/ Upper Neck Low Back
Hip R/L Knee R/L Ankle/Foot R/L
Chest/Ribs Shoulder R/L Elbow R/L
Wrist/Hand R/L Headaches
Other: _____

Timing:
Constant Intermittent

Activities of Daily Living Affected:
Work School Home Rec Sleep
Sitting/Standing/Walking/Lying
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes: _____



Sharp- /// Dull/Achy- OOO Burning- XXX
Throbbing- T Stiff /Sore- S
Numbness- = = = Tingling/ Needles- +++

### ASSESSMENT
☐ IMPROVING      ☐ UNCHANGED
☐ WORSENING      ☐ RESOLVED

☐ MILD  ☐ MODERATE  ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT: 98940 98941 98942 98943
C- 1 2 3 4 5 6 7
T- 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5
SACRUM/SI ____ OCCIPUT ____
EXTREMETIES ____

MOVEMENT:
CERV: THOR LUMB EXTREMITY.
GOOD GOOD GOOD GOOD
PAIN PAIN PAIN PAIN
RESIST RESIST RESIST RESIST

MANUAL THERAPY/MFR/TP/ART:
CERV THOR LUMB EXTREMITY

SUBOCCIPITAL      SCAPEZIUS
ELVATOR SCAPULAE  RHOMBOIDS
LATISSIMUS DORSI  PECTORALS
QUAD LUMBORUIM    PSOAS
GLUTE MEDIUS      PIRIFORMIS
UPPER EXT LINES:  ANT  POST
LOWER EXT LINES: ✓ANT / POST
OTHER

## OBJECTIVE

CERV    THOR   LUMB   EXT
SP/CD   SP/CD  SP/CD  SP/CD

TENDER TENDER TENDER TENDER

C-ROM   WNL   PAIN

T-ROM   WNL   PAIN

L-ROM   WNL   PAIN

E-ROM   WNL   PAIN

ORTHO/NEURO EXAM:
_____

### EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205 99204 99203 99202 99201
99215 99214 99213 99212 99211

### MODALITIES:

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97014 | EMS UNATTENDED | X / |
| 97032 | MECH TRACTION | X L |
| 97010 | HOT/COLD APPLY | |
| 97146 | MANUAL THERAPY | X1 |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | X 1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | X L |
| 99090 | DECOMPRESSION | C / T / L |

### EXERCISE/REHAB PROTOCOL NOTES:
☐ Whiplash Protocol    ROM  Strength
☐ Therapy Ball EX      ROM  Strength
☑ Spinal Stabilization ROM  Strength
☐ Upper Ext Protocol   ROM  Strength
☐ Lower Ext Protocol   ROM  Strength
☐ Treadmill/Bike
☐ Functional Activities
_____

### REVIEW OF RECORDS:
_____

### PLAN
**TREATMENT PHASE:**
ACUTE   SUB-ACUTE   REHAB   PRN
EXACERBATION   CONTINUE Tx
DISCHARGE
**SCHEDULE:**
2-3 TIMES PER WEEK FOR  3  WEEKS
RE-EVALUATION DATE: ____
**WORK SATUS:**
OFF WORK   LIGHT DUTY   FULL DUTY

### REMARKS AND COMMUNICATIONS
_____

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

OBJECTIVE KEY: FX- Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL=Within normal limits

✓ Patient responded well to treatment without incident.

Name: Ana Vasquez

PROVIDER SIGNATURE: _____ PATIENT SIGNATURE: ____

Date: 01/13/23  Time: 5:35 pm
Office Only:

Patient Name: Ana C Vasquez  Date of Injury: 10/23/2  Date of Visit: 1/19/22

## PATIENT COMPLAINS OF PAIN IN:

Neck  Mid/Upper Back  Low Back
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  Elbow R/O
Wrist/Hand R/L  Headaches
Other:

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
Work  School  Care  Rec  Sleep
Sitting/Standing/Walking/Lying
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes:

Sharp- ///  Dull/Achy- OOO  Burning- XXX
Throbbing- T  Stiff/Sore- S
Numbness- - - -  Tingling/ Needles- +++

### ASSESSMENT
☒IMPROVING  ☐ UNCHANGED
☐ WORSENING  ☐RESOLVED
☒MILD  ☐ MODERATE ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT: 98940  98941  98942  98943
C - 1 2 3 4 5 6 7
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5

SACRUM/SI_____ OCCIPUT_____
EXTREMETIES

### OBJECTIVE

| CERV | THOR | LUMB | EXT |
|------|------|------|-----|
| SP | SP/HT | SP | SP |
| TENDER | TENDER | TENDER | TENDER |

C-ROM  ↓  WNL  PAIN_____
T-ROM ↑  ↓  WNL  PAIN_____
L-ROM ↑  ↓  WNL  PAIN_____
E-ROM  ↓  WNL  PAIN
Free
**ORTHO/NEURO EXAM:**

**MOVEMENT:**
CERV  THOR  LUMB  EXTREMITY
GOOD  GOOD  GOOD  GOOD
PAIN  PAIN  PAIN  PAIN
RESIST  RESIST  RESIST  RESIST

**MANUAL THERAPY/MFR/TP/ART:**
CERV  THOR  LUMB  EXTREMITY

SUBOCCIPITAL  TRAPEZIUS
LEVATOR SCAPULAE  RHOMBOIDS
LATISSIMUS DORSI  PECTORALS
QUAD LUMBORUM  PSOAS
GLUTE MEDIUS  PIRIFORMIS
UPPER EXT LINES: ANT  POST
LOWER EXT LINES: ANT  POST
OTHER:

### EXAM and TREATMENT

INIT EVAL CMT  THERAPY  RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

#### MODALITIES:

| CPT | SERVICE | AREA/UNITS |
|-----|---------|------------|
| 97014 | EMS UNATTENDED | ☒ 1 |
| 97012 | MECH TRACTION | 1 |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | 1 |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | ☒ 1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION /NM-RE | 1 |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
☐ Whiplash Protocol  ROM  Strength
☐ Therapy Ball EX  ROM  Strength
☒Spinal Stabilization ROM  Strength
☐ Upper Ext Protocol  ROM  Strength
☒Lower Ext Protocol  ROM  Strength
☐ Treadmill/Bike
☐ Functional Activities

### REVIEW OF RECORDS:

### PLAN
**TREATMENT PHASE:**
ACUTE  SUB-ACUTE  CHRONIC  PRN
EXACERBATION  CONTINUE Tx
DISCHARGE
**SCHEDULE:**
____TIMES PER WEEK FOR  3  WEEKS
RE-EVALUATION DATE____
**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

**REMARKS AND COMMUNICATIONS:**

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/I-CE/PM/OTHER

OBJECTIVE KEY: FX=Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL=Within normal limits

☒ Patient responded well to treatment without
accident.

Name: Ana Vasquez

PROVIDER SIGNAUTE _Peter Obl_  PATIENT SIGNATURE:____

Date: 01/19/22  Time: 5:45 pm
Office Only:

Patient Name: Ana Vasquez    Date of Injury: 16/23/21   Date of Visit: 1/20/22

## PATIENT COMPLAINS OF PAIN IN:

Neck Mid/Upper Back Low Back
Hip R/L Knee R/L Ankle/Foot R/L
Chest/Ribs Shoulder R/L Elbow R/L
Wrist/Hand R/L Headaches
Other:

**Timing:**
Constant Intermittent

**Activities of Daily Living Affected:**
Work School Home Rec Sleep
Sitting Standing/Walking Lying
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes:



Sharp- /// Dull/Achy- OOO Burning- XXX
Throbbing- T Stiff /Sore- S
Numbness- ~~~ Tingling/ Needles- +++

### ASSESSMENT
☐ IMPROVING   ☒ UNCHANGED
☐ WORSENING   ☐ RESOLVED
☐ MILD ☐ MODERATE ☐ SEVERE

### MANIPULATION/ADJUSTMENT

CMT: 98940 98941 98942 98943
C- 1234567
T- 1234567891011 12
L- 12345
SACRUM/SI ___ OCCIPUT
EXTREMETIES

**MOVEMENT:**
CERV. THOR. LUMB: EXTREMITY:
GOOD GOOD GOOD GOOD
PAIN PAIN PAIN PAIN
RESIST RESIST RESIST RESIST

MANUAL THERAPY/MFR/TP/ART:
CERV THOR LUMB EXTREMITY

### OBJECTIVE

CERV THOR LUMB EXT
SP SP SP SP
SP SP SP SP

TENDER TENDER TENDER TENDER

C-ROM WNL PAIN
T-ROM WNL PAIN
L-ROM WNL PAIN
E-ROM Knee WNL PAIN

ORTHO/NEURO EXAM:

SUBSCAPULAR  SCAPULAR
LEVATOR SCAPULAE RHOMBOIDS
LATISSIMUS DORSI PECTORALS
QUAD LUMBORUIM PSOAS
GLUTE MEDIUS PIRIFORMIS
UPPER EXT LINES: ANT POST
LOWER EXT LINES: ANT POST
OTHER Knee



### EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205 99204 99203 99202 99201
99215 99214 99213 99212 99211

**MODALITIES:**
| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97014 | EMS UNATTENDED | X1 |
| 97012 | MECH TRACTION | |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | X1 |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | X1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION/NM-RE | |
| S9090 | DECOMPRESSION | C/T/L |

**EXERCISE/REHAB PROTOCOL NOTES:**
Whiplash Protocol ROM Strength
Therapy Ball EX ROM Strength
Spinal Stabilization ROM Strength
Upper Ext Protocol ROM Strength
Lower Ext Protocol ROM Strength
Treadmill/Bike
Functional Activities

**REVIEW OF RECORDS:**

### PLAN
**TREATMENT PHASE:**
ACUTE SUB-ACUTE CHRONIC PRN
EXACERBATION CONTINUE 7x
DISCHARGE
**SCHEDULE:**
2 TIMES PER WEEK FOR 3 WEEKS
RE-EVALUATION DATE:
**WORK SATUS:**
OFF WORK LIGHT DUTY FULL DUTY

**REMARKS AND COMMUNICATIONS**

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

OBJECTIVE KEY: FX- Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL=Within normal limits

Patient responded well to treatment without

Name: Ana Vasquez

PROVIDER SIGNAUTE ___   PATIENT SIGNATURE: ___   Date: 01/20/22 Time: 5:24 pm  Office Only:

Patient Name: ___AMA e. Vasquez___ Date of Injury: _10/23/21_ Date of Visit: _1/26/22_

## PATIENT COMPLAINS OF PAIN IN:

Neck Mid/ Upper Back Low Back
Hip R/L Knee R/L Ankle/Foot R/L
Chest/Ribs Shoulder R/L Elbow R/L
Wrist/Hand R/L Headaches
Other:

**Timing:**
Constant Intermittent

**Activities of Daily Living Affected:**
Work School Home Rec Sleep
Sitting/Standing/Walking/Lying
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes: _____

Sharp- /// Dull/Achy- OOO Burning- XXX
Throbbing- T Stiff /Sore- S
Numbness- - - - Tingling/ Needles- + + +

## ASSESSMENT
☐ IMPROVING    ☒ UNCHANGED Cervical
☐ WORSENING    ☐ RESOLVED

## MANIPULATION/ADJUSTMENT

CMT: 98940 98941 98942 98943
C - 1 2 3 4 5 6 7
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5
SACRUM/SI    OCCIPUT
EXTREMITIES

**MOVEMENT:**
CERV: THOR LUMB EXTREMITY
GOOD GOOD GOOD GOOD
PAIN PAIN PAIN PAIN
RESIST RESIST RESIST RESIST

## MANUAL THERAPY/MFR/TP/ART:
CERV THOR LUMB EXTREMITY

SUBOCCIPITAL    TRAPEZIUS
LEVATOR SCAPULAE    RHOMBOIDS
LATISSIMUS DORSI    PECTORALS
QUAD LUMBORUIM    PSOAS
GLUTE MEDIUS    PIRIFORMIS
UPPER EXT LINES:    ANT POST
LOWER EXT LINES:    ANT POST
OTHER:

## OBJECTIVE

CERV    THOR    LUMB    EXT
CS      PS      FX      CS
SP/CO   SP/IT   SP/FL   SP/FL

TENDER TENDER TENDER TENDER

C-ROM ↑↓    WNL PAIN

T-ROM ↑↓    WNL PAIN

L-ROM ↑↓    WNL PAIN

E-ROM ↑↓    WNL PAIN
Knee
**ORTHO/NEURO EXAM:**
_____

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCI/PM/OTHER

OBJECTIVE KEY: FX=Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL= Within normal limits

PROVIDER SIGNATURE: _____
CA: _____

## EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205 99204 99203 99202 99201
99215 99214 99213 99212 99211

## MODALITIES:

| CPT | SERVICE | AREA/UNITS |
|-----|---------|------------|
| 97010 | EMS UNATTENDED | __ |
| 97112 | MECH TRACTION | __ |
| 97010 | HOT/COLD APPLY | __ |
| 97140 | MANUAL THERAPY | __ |
| 97035 | ULTRASOUND | |
| 97140 | THER EXERCISES | __ |
| 97110 | THER ACTIVITIES | |
| 97112 | VIBRATION / NMI-RE/ | __ |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
☐ Whiplash Protocol    ROM Strength
☐ Therapy Ball EX    ROM Strength
☒ Spinal Stabilization ROM Strength
☐ Upper Ext Protocol ROM Strength
☒ Lower Ext Protocol ROM Strength
☐ Treadmill/Bike
☐ Functional Activities

## REVIEW OF RECORDS:

## PLAN
**TREATMENT PHASE:**
ACUTE    SUB-ACUTE    REHAB    PRN
EXACERBATION    CONTINUE Tx
DISCHARGE
**SCHEDULE:**
_2_ TIMES PER WEEK FOR _3_ WEEKS
RE-EVALUATION DATE:
**WORK SATUS:**
OFF WORK    LIGHT DUTY    FULL DUTY

**REMARKS AND COMMUNICATIONS**

☒ Patient responded well to treatment without incident.

Name: _Ana Vasquez_

Date: _01/26/22_ Time: _4:59 pm_
Office Only: _____

Patient Name: Ana E. Vasquez   Date of Injury: 10/25/21   Date of Visit: 1/27/22

## PATIENT COMPLAINS OF PAIN IN:

Neck Mid/Upper Back Low Back
Hip R/L Knee R/L Ankle/Foot R/L
Chest/Ribs Shoulder R/L Elbow R/L
Wrist/Hand R/L Headaches
Other: _____

**Timing:**
Constant Intermittent

**Activities of Daily Living Affected:**
Work School Home Rec Sleep
Sitting Standing Walking/Lying
Bending Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

**Notes:** _____
_____
_____
_____
_____

---

### OBJECTIVE

CERV   THOR   LUMB   EXT
SP/TH   SP/TH   SP/TH   SP/TH

TENDER TENDER TENDER TENDER

C-ROM ↑↓   WNL PAIN ___

I-ROM ↑↓   WNL PAIN ___

L-ROM ↑↓   WNL PAIN ___

E-ROM ↑↓   WNL PAIN ___
Knee

**ORTHO/NEURO EXAM:**
_____
_____
_____

---

Sharp- /// Dull/Achy- OOO Burning- XXX
Throbbing- T Stiff /Sore- S
Numbness- - - - Tingling/ Needles- + + +

### ASSESSMENT
Mild
X IMPROVING   ☐ UNCHANGED
☐ WORSENING   ☐ RESOLVED

---

### MANIPULATION/ADJUSTMENT

CMT: 98940 98941 98942 98943
C -1 2 3 4 5 6 7
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5
SACRUM/SI _____ OCCIPUT _____
EXTREMITIES _____

**MOVEMENT:**
CERV:   THOR:   LUMB:   EXTREMITY
GOOD   GOOD   GOOD   GOOD
PAIN   PAIN   PAIN   PAIN
RESIST RESIST RESIST RESIST

**MANUAL THERAPY/MFR/TP/ART:**
CERV   THOR   LUMB   EXTREMITY

SUBOCCIPITAL   TRAPEZIUS
LEVATOR SCAPULAE   RHOMBOIDS
LATISSIMUS DORSI   PECTORALS
QUAD LUMBORUIM   PSOAS
GLUTE MEDIUS   PIRIFORMIS
UPPER EXT LINES:   ANT POST
LOWER EXT LINES:   ANT POST
OTHER   _____
                              ICAID

---

### EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|---|---|---|
| 97010 | EMS UNATTENDED | X 1 |
| 99212 | MECH TRACTION | X 1 |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | X 1 |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | X 1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | X 1 |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAD PROTOCOL NOTES:**
☐ Whiplash Protocol   ROM Strength
☐ Therapy Ball EX   ROM Strength
X Spinal Stabilization ROM Strength
☐ Upper Ext Protocol   ROM Strength
X Lower Ext Protocol   ROM Strength
☐ Treadmill/Bike
☐ Functional Activities
_____
_____

### REVIEW OF RECORDS:
_____
_____

### PLAN

**TREATMENT PHASE:**
ACUTE   SUB-ACUTE   REHAB   PRN
EXACERBATION   CONTINUE To
DISCHARGE
**SCHEDULE:**
2 TIMES PER WEEK FOR 3 WEEKS
RE-EVALUATION DATE: _____
**WORK SATUS:**
OFF WORK   LIGHT DUTY   FULL DUTY

### REMARKS AND COMMUNICATIONS
_____
_____
_____
_____

X Patient responded well to treatment without
incident.

Name: Ana Vasquez

Date: 01/27/21   Time: 4 42 pm
Office Only: _____

---

**REFERRALS:** MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/PM/OTHER

**OBJECTIVE KEY:** FX=lion restriction, SP=Spasm, HT=Hypertonic muscle, WNL-Within normal limits

PROVIDER SIGNATURE: Alehenna Ebruker
CA: MH



Patient Name: Ana L. Vasquez    Date of Injury: 10:23:21    Date of Visit: 02/11/22

## PATIENT COMPLAINS OF PAIN IN:

(Neck) Mid (Upper Back) (Low Back)
Hip R/L  Knee R/L  Ankle/Foot R/L
Chest/Ribs  Shoulder R/L  (Elbow R/L)
Wrist/Hand R/L  Headaches
Other: _____

**Timing:**
Constant  Intermittent

**Activities of Daily Living Affected:**
(Work)  School  (Home)  Rec  Sleep
Sitting/Standing  Walking/Laying
Bending/Lifting/Grasping/Carry
Push/Pull/Kneel/Stoop/Overhead
Cook/Clean/Childcare/Sports/PE

Notes: _____

_____

_____

_____

### OBJECTIVE

| CERV | THOR | LUMB | EXT |
|------|------|------|-----|

SP/ED  NP/ES  SP/ES  SP/ES

(TENDER) TENDER TENDER (TENDER)

C-ROM ↑↓  WNL PAIN ___

T-ROM ↑↓  (WNL) PAIN ___

L-ROM ↑↓  (WNL) PAIN ___

E-ROM ↑↓  WNL PAIN ___
Knee

**ORTHO/NEURO EXAM:**

_____

_____

_____

---

Sharp- ///   Dull/Achy- OOO   Burning- XXX
Throbbing- T   Stiff /Sore- S
Numbness- - - -   Tingling/ Needles- +++

### ASSESSMENT  MILD
X IMPROVING    ☐ UNCHANGED
☐ WORSENING    ☐ RESOLVED

_____

_____

### MANIPULATION/ADJUSTMENT

CMT:  98940  98941  98942  98943
C - 1 2 3 4 5 6 7
T - 1 2 3 4 5 6 7 8 9 10 11 12
L - 1 2 3 4 5
SACRUM/SI ___ OCCIPUT ___
EXTREMETIES ___

**MOVEMENT:**
CERV: THOR: LUMB: EXTREMITY:
GOOD  GOOD  GOOD  GOOD
PAIN  PAIN  PAIN  PAIN
RESIST RESIST  RESIST  RESIST

**MANUAL THERAPY/MFR/TP/ART:**
(CERV) THOR  LUMB  EXTREMITY

| SUBOCCIPITAL | TRAPEZIUS |
|---|---|
| LEVATOR SCAPULAE | RHOMBOIDS |
| LATISSIMUS DORSI | PECTORALS |
| QUAD LUMBORUIM | PSOAS |
| GLUTE MEDIUS | PIRIFORMIS |

UPPER EXT LINES:   ANT  POST
LOWER EXT LINES:  (ANT) POST  Knee
OTHER

---

### EXAM and TREATMENT

INIT EVAL CMT THERAPY RE-EXAM
99205  99204  99203  99202  99201
99215  99214  99213  99212  99211

**MODALITIES:**

| CPT | SERVICE | AREA/UNITS |
|-----|---------|-----------|
| 97018 | EMS UNATTENDED | X1 |
| 97012 | MECH TRACTION | ≥1 |
| 97010 | HOT/COLD APPLY | |
| 97140 | MANUAL THERAPY | X1 |
| 97035 | ULTRASOUND | |
| 97110 | THER EXERCISES | X1 |
| 97530 | THER ACTIVITIES | |
| 97112 | VIBRATION / NM-RE | X1 |
| S9090 | DECOMPRESSION | C / T / L |

**EXERCISE/REHAB PROTOCOL NOTES:**
☐ Whiplash Protocol   ROM  Strength
☐ Therapy Ball EX   ROM  Strength
X Spinal Stabilization  ROM  Strength
☐ Upper Ext Protocol  ROM  Strength
X Lower Ext Protocol  ROM  Strength
☐ Treadmill/Bike
☐ Functional Activities

_____

_____

### REVIEW OF RECORDS:

_____

### PLAN

**TREATMENT PHASE:**
ACUTE  SUB-ACUTE  REHAB  PRN
EXACERBATION  (CONTINUE) x
DISCHARGE

**SCHEDULE:**
2 TIMES PER WEEK FOR 3 WEEKS
RE-EVALUATION DATE: ___

**WORK SATUS:**
OFF WORK  LIGHT DUTY  FULL DUTY

**REMARKS AND COMMUNICATIONS**

_____

_____

---

REFERRALS: MD/CT/MRI/NVC/NEURO/ORTHO/INJECTIONS/PPE/FCE/FM/OTHER

_____

OBJECTIVE KEY: FX=Joint restriction, SP=Spasm, HT=Hypertonic muscle, WNL=Within normal limits

X Patient responded well to treatment without incident.

PROVIDER SIGNATURE: Elchenna Obuch
CA: _____

Name: Ana Vasquez
Date: 02/11/22  Time: 4:50 pm
Office Only: _____

Patient Name: Anna L Vasquez   D.O.I.: 10·23·21   Date: 2/18/22

## SUBJECTIVE FINDINGS:



### Character:
Sharp- ///    Stiff/ Sore- S
Dull/ Achy- OOO    Numbness- ===
Burning- XXX    Throbbing- T
Tingling/ Needles- +++

### Activities of Daily Living:
Work   Home   Sleep
Sitting/ Standing/ Walking/ Lying/
Bending/ Lifting/ Grasping/ Carry/
Push/ Pull/ Kneel/ Stoop/ Cook/
Overhead/ Clean/ Childcare/ PE

### OBJECTIVE FINDINGS:

| CERV | THOR | LUMB | EXT |
|---|---|---|---|
| SP /GT | SP / HT | SP / FfT | SP / KO |
| TENDER | TENDER | TENDER | TENDER |

C-ROM INC DEC WNL R____
T-ROM INC DEC L/R PAIN ____
L-ROM INC DEC L/R PAIN ____
E-ROM INC DEC WNL R/L ____
       Knee

D.T.R. 1=hypo 2=normal 3=hyper____
Up/Low Sensory WNL Inc Dec
Up/Low Motor WNL Inc. Dec
Other: ____

Appearance: _ poor _ fair _ good
Orientation: _ poor _ fair _ good

Blood Pressure: ____/____
Height: 4 · 8   W.T.: 155.168

### CERVICAL ORTHOPEDIC TESTS
| | |
|---|---|
| Cervical Compression | + - R/L |
| Jackson's Max. Com. | + - R/L |
| Distraction | + - R/L |
| Vasalva Test | + - R/L |
| Shoulder Depression | + - R/L |
| Soto Hall | + - R/L |
| O'Donoghues | + - R/L |

### LUMBAR ORTHOPEDIC TESTS
| | |
|---|---|
| Beckterew's | + - R/L |
| Kemp's | + - R/L |
| Double Leg Raise | + - R/L |
| Well Leg | + - R/L |
| Fabere's | + - R/L |
| Nachlas | + - R/L |
| Ely's Heel to Buttock | + - R/L |
| Yeoman's | + - R/L |
| O'Donoghues | + - R/L |

### SHOULDER ORTHOPEDIC TESTS
| | |
|---|---|
| Supraspinatus Press | + - R/L |
| Apprehension | + - R/L |
| Apley's | + - R/L |
| Yeargason | + - R/L |
| Drop Arm | + - R/L |
| Dugas | + - R/L |
| Abd/Arch | + - R/L |

### ELBOW ORTHOPEDIC TESTS
| | |
|---|---|
| Med. Lig. Stability | + - R/L |
| Lat. Lig. Stability | + - R/L |
| Tinel's | + - R/L |
| Cozen's | + - R/L |
| Mill's | + - R/L |

### WRIST/HAND ORTHOPEDIC TESTS
| | |
|---|---|
| Allen's | + - R/L |
| Phalen's | + - R/L |
| Finkalstein's | + - R/L |

### HIP ORTHOPEDIC TESTS
| | |
|---|---|
| Patrick Fabere | + - R/L |
| Hibbs | + - R/L |
| Thomas | + - R/L |
| Ober | + - R/L |

### KNEE ORTHOPEDIC TESTS
| | |
|---|---|
| Patellar Tap | + - R/L |
| Anterior Drawer | + - R/L |
| Posterior Drawer | + - R/L |
| Varus Stress | + - R/L |
| Patellar Grinding | + - R/L |
| Apley's Compression | + - R/L |
| Ballottment | + - R/L |
| Anterior Drawer Sign | + - R/L |

### ANKLE/FOOT ORTHOPEDIC TESTS
| | |
|---|---|
| Talo-Fib Stability | + - R/L |
| Ankle Dorsiflexion | + - R/L |
| Homan | + - R/L |

### MANIPULATION/MANUAL THERAPY
CMT: 98940 98941 98942 98943
C-1 2 3 4 5
T-1 2 3 4 5 6 7 8 9 10 11 12
L-1 2 3 4 5   Manual

### RE-EXAM CODES
99215/ 99214/99211/99212/ 99211

### ASSESSMENT:
Improvement   Unchanged
Worsening     Exacerbation

### PLAN & TREATMENT
Decompression Therapy C /T / L
59090 (to restore form and function, relieve joint stress, pain, and inflammation)

97014 E.M.S. (to help decrease muscle spasms, promote tissue healing, and its analgesic effect)

97012 Intersegmental Traction (to promote joint mobility, improve synovial fluid exchange, and reduce the risk of adhesion formation)

97010 Heat/ Ice (to increase cellular metabolism)

97139 Myofascial/T.P.T (to decrease pain and inflammation and improve tissue function)

97035 Ultrasound (to aid the cleaning of fibrous adhesions and softening of collagenous scar tissue)

97110 Stretching/Exercise (to increase & maintain soft tissue length and joint range of motion and helps prevent injury recurrence)

97112 Vibration Therapy/NM-RE (to help increase ROM, lean muscle mass and firm muscles to create overall effect of a more toned, firm, and healthy body)

____ Continue ____ Modify PLAN OF CARE
(Discharge)   PRN
1X 2X 3X 4X 5X Daily for --
1WK 2WK 3WK 4WK

### Referral for Evaluation
____ Medical Doctor Consultation
____ Orthopedic Consultation
____ Neurologist Consultation
____ Pain Management Consultation
X-Ray ____
MRI/CT-Scan ____
PSYC EVAL ____

### Home Instruction:
Stretch (Exercise)   Rest   Ice/Heat
No physical activity

Established Goal:
Increase overall body ROM/flexibility
Increase overall body strength
Improve gait/balance
Increase strengthening of core muscles
Decrease overall pain/increase comfort

Comments:
This patient is release
from Care as per plan

Name: Anna Vasquez
Date: 2/18/22   Time: 5:11 pm
Office Only:

Doctor's Signature: MChenna Obrub

Re-Exam 1 2 3 4 5 6 7 8 9 10 Release

# IDEAL PAIN & INJURY

13101 Preston Rd, Ste. 480 Dallas, TX 75240
Phone: 972-252-7246  Fax: 972-252-7242

## PATIENT FINAL RELEASE FORM

I, Ana Vasquez , am being released from Ideal Chiropractic Pain and Injury and the treating doctor(s) due to the completion of my treatment on (date) 02/18/22 . I fully understand that upon signing this form I agree with the following:

1) I am aware and agree with all the documented visits and treatment that were done to me while I was a patient at Ideal Chiropractic Pain and Injury. These treatments include, but are not limited to:
   * Adjustments, ultrasound, electrical muscle stimulation, traction, ice/heat therapy, exercises, stretches, rehab, diagnostics (x-rays, MRI, CT, EMG, etc.), medical referrals and or any other treatment necessary to help with my condition.
2) I agree with dates of my visits.
3) I agree that all the signatures in my file and daily notes were signed by me and no one else.
4) I authorized Ideal Chiropractic Pain and Injury to send this form along with any initial/final report, daily notes, and chiropractic/medical bill to any Attorney, Insurance adjuster, Investigator, or Third-party provider for their records. If any additional information is needed from Ideal Chiropractic Pain and Injury by an Attorney, Insurance adjuster, Investigator, or Third-party provider I will need to be notified before any document or personal information can be released.

❖ I also agree that as of today my condition has significantly improved and I have no or mild pain/soreness for the time being, but may worsen depending on the severity of my condition and may require future chiropractic/medical care. These conditions include, and are not limited to: DJD, Fractures, Dislocations, Disc Herniation/Protrusion, Sprain/Strain, Arthritis, Muscle/Tendon/Ligament tear/Rupture, etc...

Patient Name: Ana E. Vasquez Flores   Date: 02/18/22
Patient Signature: _____

## MEDICAL RECORDS - CONFIDENTIAL

**FROM:**

ADHC ED
7502 Greenville Avenue
DALLAS
TX
75231-3802
Phone: (469) 221-6000
Fax: (713) 383-4445

**TO:**

**ATTENTION:**

Name: **ANA VASQUEZ**

DOB: **08/01/1983**

Date of Range: **10/23/2021 to 10/24/2021**

VASQUEZ, ANA
SEX: FEMALE  AGE: 38  VISIT ID: 234617
MRN: 266686  DOB: 08/01/1983
DR. BURKETT  OOS: 10/24/2021

## Patient Information

### Patient Registration

CURRENT PATIENT INFORMATION

Last Name: VASQUEZ
First Name: ANA
Middle Name:

Address: 5845 RANCHO DR QUINLAN

City: QUINLAN State: TX
Zip: 75474
Home Phone: (469) 671-1659
Work Phone:
Mobile Phone: (469) 671-1659
Sex: F
Date of Birth: 08/01/1983
Social Security No. XXX-XX-9999
Patient email:

Guarantor Information (to whom statements are sent)

Name: ANA VASQUEZ
Address: 5845 RANCHO DR QUINLAN
QUINLAN, TX 75474
Relationship to patient:

Date of Birth: [[GUARANTORDOB]]
Social Security No.: 999999999
Phone: (          )          -

Emergency Contact Information

Name: DANIEL FLORES
Relationship: SPOUSE
Phone: (214) 573-3637
Mobile Phone: (          )          -
Patient athena ID: 266686

### Primary Insurance Information

Insurance Plan Name:

Policy Holder (if other than patient)

Last Name:
Middle Name:
Address:
Date of Birth:

Policy Information

First Name:
Policy/Group No.:
State:
Sex:

ID/Certification
No.:

Zip:

### Secondary Insurance Information

Insurance Plan Name:

Policy Holder (if other than patient)

Last Name:
Middle Name:
Address:
Date of Birth:

Policy Information

First Name:
Policy/Group No.:
State:
Sex:

ID/Certification
No.:

Zip:

### Hospital Stay Information

Visit ID: 234617
Patient Age: 38 YR
Visit Primary Insurance:
Visit Secondary Insurance:
Check In Date: 10/23/2021 19:55
Discharge Date: 10/23/2021 23:25
Admission Type: Emergency

Discharge Status: Discharged to home or self care (routine discharge)
Visit Room:
Visit Bed:
Admitting Provider: BURKETT, JOSEPH
Attending Provider: PATEL_RAVI_MD
Admitting Provider: BURKETT, JOSEPH
Operating Provider:
Other Operating Provider:

**Discharge Summary**
Date: 2021-10-23 (open)

# Discharge Summary

AD Hospital East, LLC
7502 Greenville Avenue, DALLAS, TX 75231-3802
Phone: (469) 221-6000 | Fax: (713) 383-4446

| | | | |
|---|---|---|---|
| Name<br>Ana Vasquez | Sex<br>F | Age<br>38 years old | DOB<br>08-01-1983 |
| ID<br>266686 | Race<br>Other Race | Ethnicity<br>Hispanic or Latino/Spanish | Language<br>Spanish |
| Address<br>5845 Rancho Dr Quinlan, Quinlan, TX 75474 | | Home Phone<br>(469) 671-1659 | Work Phone<br>None recorded |

Below is a summary of the hospital visit for Ana Vasquez. This patient was
seen and treated at AD Hospital East, LLC. If you have any questions please
contact us at (469) 221-6000.

## Visit Details

**Admitted On:** None recorded

**Admit Attending:**
Joseph Burkett, _MD

**Admitting Diagnoses:** None recorded

**Admit Service:** None recorded

**PCP:** None recorded

**Pharmacy:** None recorded

**Discharge Signed By:**
JOSEPH_BURKETT_MD

**Discharged On:** 23:25, 10-23-2021

**Discharge Attending:**
Joseph Burkett, _MD

**Discharge Diagnoses:**
headache; vehicle accident; strain of
neck muscle; strain of back muscle

**Condition:** Stable

**Disposition:** home or self care

**Facility:** None recorded

**Discharge Signed On:**
22:59, 10-23-2021

## Visit Summary

## Discharge Diagnoses

- Headache
- Vehicle Accident
- Strain Of Neck Muscle
- Strain Of Back Muscle

## Hospital Course

Discussed with pt, no obvious serious injuries seen by radiology on cts and xrays. Also discussed limitations on sensitivity of these imaging techniques and that some serious injuries may be missed. She may need an MRI as an outpt, and to f/u with spine, ortho, and trauma team without fail. Pt acknowledged all of these things and agreed with plan.

## Consults

None recorded

## Labs and Imaging

## Completed Labs and Imaging

- CT Head/Brain Wo/Dye(70450)
- CT Cervical Spine Wo/Dye(72125)
- CT Chest W/Dye(71260)
- CT Abdomen & Pelvis W Dye(74177)
- CBC
- BMP
- CMP
- Urinalysis W Micro Auto
- HCG Qualitative, Urine

## Pending Labs and Imaging

None recorded

## Discontinued Labs and Imaging

- Xr Hip 2+ Vws Right(73502)
- Xr Hip 2+ Vws Left(73502)

## Discharge Vitals

| Vital | Most Recent | Time | 4 Hour Range |
|---|---|---|---|
| Oxygen saturation | 99 % room air | 10-23-2021 23:18 | 99 % - 99 % |
| Height | 4 ft 11 in (149.86 cm) | 10-23-2021 20:57 | 4 ft 11 in (149.86 cm) - 4 ft 11 in (149.86 cm) |
| BMI | 31.331 | 10-23-2021 20:57 | 31.331 - 31.331 |
| Weight | 155 lbs 2 oz (70.36 kg) | 10-23-2021 20:57 | 155 lbs 2 oz (70.36 kg) - 155 lbs 2 oz (70.36 kg) |
| Respiratory rate | 20 | 10-23-2021 23:18 | 18 - 20 |
| Blood pressure | 113 / 72 (86) sitting upper arm - left adult - large | 10-23-2021 23:18 | 110/87 - 113/72 |
| Heart rate | 82 bpm regular cardiac monitor | 10-23-2021 23:18 | 82 bpm - 93 bpm |
| Temperature | 98.2 °F oral (36.78 C) | 10-23-2021 23:18 | 98.2 °F (36.78 C) - 98.6 °F (37 C) |
| Pain level | 6 numeric | 10-23-2021 23:18 | 6 - 7 |

### Intake & Output 24 Hour Total

| | |
|---|---|
| Intake | 0.0mL |
| Output | 0.0mL |
| Net Balance | 0mL |

# Discharge Instructions
# Nursing Summary of Care

None recorded

## Patient Goals

None recorded

## Patient Instructions

Please follow up with the trauma team and spine physicians without fail. Please return to the ER immediately if you have increased pain or any other new or concerning symptoms.

VASQUEZ, ANA (id #266686, dob: 08/01/1983)
Case 1:22-cv-00159-H Document 1-3 Filed 10/24/22 Page 118 of 144 PageID 128
Page 8/29

# Allergies

The following allergies have been listed for the patient:

- NKDA

# Medications

*Medication reconciliation has not been completed.

Medications listed under Home Medications are recorded upon start of the visit.

### Home Medications

No medications were recorded.

Medications listed under Start are new medications the patient is being

## Discharge Planning Notes
Date: 10/23/2021 19:55 to 10/23/2021 23:25
- 23:20, 10-23-2021          **Start These Medications**

Discharge discussed with patient and husband with interpreter on this connection, Richard (Interpreter ID: 1091783).Printed discharge paperwork and provided patient with a copy, reading over important points to patient with interpreter. LVN obtained patient signature on discharge paperwork. All of patients questions answered at this time. Pt ambulating to ER waiting room exit with husband. No s/s of distress.

Entered by Sonia Burnett | 23:27, 10-23-2021

## Patient Discharge Instructions
Date: 10/23/2021 19:55 to 10/23/2021 23:25

## Patient Discharge Instructions

AD Hospital East, LLC
7502 Greenville Avenue, DALLAS, TX 75231-3802
Phone: (469) 221-6000 | Fax: (713) 383-4446

| Name | DOB | Home Phone | ID |
|---|---|---|---|
| Ana Vasquez | 08-01-1983 | (469) 671-1659 | 266686 |

Dear Ana Vasquez,

Below is a summary of your hospital visit. If you have any questions about the care you received, please call AD Hospital East, LLC at (469) 221-6000.

# Your Visit Details

VASQUEZ, ANA (id #266586, dob: 08/01/1987)
Case 1:22-cv-00159-H Document 1-3 Filed 10/24/22 Page 119 of 144 PageID 129
Page 9/29

**Admitted On:** None recorded

**Admit Attending:** Joseph Burkett, _MD

**Admitted For:** None recorded

**Discharged On:** 23:25, 10-23-2021

**Discharge Attending:**
Joseph Burkett, _MD

**Discharged With:**
headache; vehicle accident; strain of
neck muscle; strain of back muscle

# Discharge Instructions

## Patient Instructions

Please follow up with the trauma team and spine physicians without fail. Please
return to the ER immediately if you have increased pain or any other new or
concerning symptoms.

Interest by JOSEPH_BURKETT_MD    23:00  10-23-2021

# Medications

*Medication reconciliation did not occur, please consult your PCP for further
information.

Medications listed under start are new medications you are being given.

### Start These Medications

No medications need to be started at this time.

# Education

Refer to the following educational materials for more information about your
diagnoses, medications, and other important information:

- back strain: care instructions
- headache: care instructions
- neck strain: care instructions

**Patient's Signature**

**Date**

**Nurse's Signature**

**Date**

Flowsheet Measurements

Flowsheet Screening

## Flowsheet ADL

## Flowsheet ADLs

## Flowsheet Airways

## Flowsheet Assessments

## Flowsheet Drains

## Flowsheet Head to Toe

## Flowsheet Intake & Output

## Flowsheet Lines

## Flowsheet Restraints

## Flowsheet Tubes

## Flowsheet Vitals

20:57, 10-23-2021 CDT Main Vitals

| | |
|---|---|
| Temperature | 98.6 F, oral |
| Heart rate | 93 bpm, regular, pulse oximeter, normal sinus |
| Blood pressure | 110 mmHg, 87 mmHg, 95 mmHg, adult, automatic, upper arm – left, sitting |
| Respiratory rate | 18 breaths per minute |
| Oxygen saturation | 99 %, room air |
| Pain level | 7, numeric |
| Pain location | back of the neck, back of head, lower back pain, and bilateral thighs |
| Height | 4 ft 11 in, measured |
| Weight | 155 lbs 2 oz, standing scale |
| BMI | 31.331 |
| BSA | 1.711 |

23:18, 10-23-2021 CDT Main Vitals

| | |
|---|---|
| Temperature | 98.2 F, oral |
| Heart rate | 82 bpm, regular, cardiac monitor |
| Blood pressure | 113 mmHg, 72 mmHg, 86 mmHg, adult – large, automatic, upper arm – left, sitting |
| Respiratory rate | 20 breaths per minute |
| Oxygen saturation | 99 %, 21 %, room air |
| Pain level | 6, numeric |
| Pain location | low back , neck, headache |

## Flowsheet Wounds

## Imaging Results

| Result date | 10/23/2021 21:52 |
| --- | --- |
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Abdomen & Pelvis W Dye[74177] |

**Observation** Interpretation

CT of the Abdomen and pelvis with contrast.||||||Findings:||Helically acquired CT images were obtained through the abdomen and pelvis with contrast. Reformats were obtained in 3 planes. Total DLP is 1785.34.  85 cc of Omnipaque 300 was injected intravenously.||CT was performed observing ALARA principles.||Comparison: None.||Clinical indication: N/V, pain.||Visualized lung bases are clear.  The liver, gallbladder, pancreas, spleen, adrenal glands and kidneys bilaterally appear unremarkable.  Caliber of the aorta is normal.  Urinary bladder is seen normally.  Uterus grossly appears normal.  Right ovary measures 4.0 cm x 2.8 cm and appears unremarkable.  left ovary measures 5.6 cm x 3.1 cm and shows a cyst measuring 3.7 cm x 2.5 cm.  No free fluid or free air is seen.  No bowel obstruction/constipation is seen.  Appendix appears normal.  Small umbilical hernia containing fat is seen.  No fracture is noted.||||Impression: Abdominal viscera are intact.  left ovarian cyst.  No fracture is noted.
ELECTRONICALLY SIGNED BY MATHUR CHAND on 10/23/2021 22:27:19

VASQUEZ ANA (id #266686, dob: 08/04/1983)
CT Chest w/Dye(71260)

| Result date | 10/23/2021 21:52 |
|---|---|
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Chest w/Dye(71260) |

## Observation Interpretation

CT of the chest with contrast. Findings: Thin contrast helical images were obtained through the chest. Reformats were obtained in 2 planes. Total DLP is 1265.16. 95 cc of Omnipaque 300 was injected intravenously. The study was performed utilizing ALARA principles. Comparison: None. Clinical indication: Pain, MVC. Thyroid gland appears normal. Caliber of the aorta is normal. Heart size is normal. No pericardial or pleural effusions are noted. No gross adenopathy is seen. Trachea and airways are patent. No lung infiltrates or pneumothorax is seen. No evidence of hypersensitivity pneumonitis is evident. No mass lesion is evident. The visualized upper abdomen is grossly unremarkable. No suspicious bone lesion is evident. No fracture is noted. Impression: No lung infiltrates or evidence of acute lung lesion is noted. ELECTRONICALLY SIGNED BY MATTHEW CHANG on 10/23/2021 23:17:16

CT Cervical Spine Wo/Dye(72125)

| Result date | 10/23/2021 21:35 |
| --- | --- |
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Cervical Spine Wo/Dye(72125) |

| Observation | Interpretation |
| --- | --- |
| | CT of the cervical spine without contrast.//////Findings:||Axial images obtained through the cervical spine without contrast. Reformats were obtained. Total DLP is 423.33. CT was performed observing ALARA principles.||Clinical indications: MVC, pain.||Slight reversal of the lordotic curve of the spine is seen. Height of vertebrae and disc spaces are maintained. No definite fracture is seen.||Neural canal is intact. No arthritic changes are seen. ||Soft tissue grossly appear normal.||||Impression: No fracture or arthritic changes are seen. If patient's pain persist MRI should be obtained for greater sensitivity. ELECTRONICALLY SIGNED BY MATHUR CHAND on 10/23/2021 21:37:43 |

| Result date | 10/23/2021 21:33 |
|---|---|
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Head/Brain Wo/Dye(70450) |

| Observation | Interpretation |
|---|---|
| | CT of the head without contrast.||Technique||Multiple axial sections were obtained from the skull base to the vertex. Reformats in 2 planes were obtained. CT was performed observing ALARA principles.||The local DLP is 917.9%.||Comparison: None.||Clinical indications: Headache, MVA.||Findings||There is no mass effect, intracranial hemorrhage or extra-axial fluid collection. The ventricles and sulci appear normal. There is no evidence of acute infarction or focal lesion. No fracture is seen. Sinuses and mastoid air cells are clear.||||||Impression||||No intracranial lesion is seen.<br><br>ELECTRONICALLY SIGNED BY MATHUR CHANU on 10/23/2021 21:36:03 |

## Medication Administration Record for 10-23-2021
Exported at 10-26-2021 19:15 by mgreene73

There are no active medications for this patient for the selected time range.
**Nursing Tasks**

# Nursing Tasks - 10/23/2021

**Respiratory Tasks**

# Respiratory Tasks - 10/23/2021

**Therapy Tasks**

# Therapy Tasks - 10/23/2021

**Shift Notes**

Date: 10/23/2021 21:59

Nursing Assessment

2110–Updated patient on plan of care , to include initiating IV access and drawing labs. Patient verbalized understanding of plan. LVN explained procedure for inserting IV. All of patients questions answered prior to IV insertion. All supplied gathered at bedside. Confirmed that patient has no limb restrictions. Identified vein for IV insertion. Applied tourniquet. Inserted 20 g IV into right AC. Blood return verified, labs drawn for CBC, BMP, CMP, 10 ml saline flush per protocol. IV flushed w/o resistance. Secured IV w/ plastic tape and IV dressing. Patient tolerated procedure well w/o adverse reaction.

**ED Provider Assessment**

Date: 10/23/2021 20:57

First Contact with Patient

20:52, 10-23-2021

Chief Complaint

MVA

Precautions

None recorded.

HPI

Pt is a 38 yo female sp mvc today. Pt was a restrained driver in an MVC this morning, was driving in a parking lot when a car backed into the side of her car. She reports having immediate diffuse pain. Pain worse in the head, posterior aspect of the neck, upper back, lower back, bilateral lower quadrants. No numbness or weakness but the back pain radiates around to the bilateral hips, no nausea or vomiting, no other associated symptoms.

Problems

No known problems

None Recorded
Allergies

NKDA

## Surgical History

right wrist surgery

## Social History

**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
Which of your hands is dominant?: Right
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
Do you reside in or have you traveled to an area where Ebola virus transmission is active?: No
Have you processed blood or body fluids from an Ebola virus disease patient without appropriate PPE?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Marriage and Sexuality**
What is your relationship status?: Married
Are you sexually active?: Yes
Do you use protection during sex?: No
**Home and Environment**
Have there been any changes to your family or social situation?: No
What type of child care do you use?: None
Do you have any pets?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: No
Are there any guns present in your home?: No
What is the fluoride status of your home?: Non-fluoridated
Do you use insect repellent routinely?: No
Do you use sunscreen routinely?: No
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: Not at all
Do you wear a helmet when biking?: No
Do you use your seat belt or car seat routinely?. No
**COVID 19 Vaccine**
Has the patient completed the COVID-19 vaccine series? If yes, please note date series was completed.- No
Has the patient received the COVID-19 Vaccine?: No
Does the patient wish to receive the COVID-19 vaccine prior to discharge?: No
**Inpatient - Always Shown**
VTE SCREENING COMPLETE: No
**Gender Identity and LGBTQ Identity**
First name used: ANA

## Family History

| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## ROS

ROS as noted in the HPI

## Physical Exam

Patient is a 38-year-old female.

Head: Head: normocephalic and atraumatic.

Eyes: Lids and Conjunctivae: conjunctiva clear left and right, no pallor left eye or right eye, no ptosis left eye or right eye, and non-injected left eye and non-inject right eye. Extraocular Movement: intact left eye and right eye. Lens: clear left eye. Sclerae: non-icteric: . Vision: peripheral vision grossly intact.

ENMT: Ears: no lesions on external left ear or external right ear, left external auditory canal clear and tympanic membrane clear, and right external auditory canal clear and tympanic membrane clear. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

Respiratory: Respiratory effort: unlabored respirations and no use of accessory muscles. Percussion: no dullness, flatness, or hyperresonance. RUL Auscultation: breath sounds normal and good air movement. RLL Auscultation: breath sounds normal and good air movement. LUL Auscultation: breath sounds normal and good air movement. LLL Auscultation: breath sounds normal and good air movement.

Gastrointestinal: Inspection and Palpation: LUQ soft, non-distended, and no tenderness; LLQ soft and non-distended; RUQ soft, non-distended, and no tenderness; RLQ soft and non-distended; and LLQ tenderness and RLQ tenderness.

Musculoskeletal:: Gait and Station: normal gait. Joints, Bones, and Muscles: normal movement of all extremities and no contractures; moderate ttp over the lower cervical paraspinal muscles bilaterally, moderate ttp over the mid thoracic paraspinal muscles, and moderate ttp over diffusely over the lumbar spine. Mild ttp over the lateral aspect of the bilateral hips. No other ttp over the extremities, intact sensation and strength and pulses in all 4 ext.

Neurologic: Orientation: oriented to person, place, time and situation. Cranial Nerves: 2-12 grossly intact. Motor Strength and Tone: normal tone. Sensation: grossly intact; intact sensation to light touch and position sense in all 4 ext.

Vitals

| | | | |
|---|---|---|---|
| Oxygen saturation | 99 % room air | 10-23-2021 20:57 | 99 % - 99 % |
| Height | 4 ft 11 in (149.86 cm) | 10-23-2021 20:57 | 4 ft 11 in (149.86 cm) - 4 ft 11 in (149.86 cm) |
| BMI | 31.331 | 10-23-2021 20:57 | 31.331 - 31.331 |
| Weight | 155 lbs 2 oz (70.36 kg) | 10-23-2021 20:57 | 155 lbs 2 oz (70.36 kg) - 155 lbs 2 oz (70.36 kg) |
| Respiratory rate | 18 | 10-23-2021 20:57 | 18 - 18 |
| Blood pressure | 110 / 87 (95) sitting upper arm - left adult | 10-23-2021 20:57 | 110/87 - 110/87 |
| Heart rate | 93 bpm regular pulse oximeter | 10-23-2021 20:57 | 93 bpm - 93 bpm |
| Temperature | 98.6 °F oral (37 C) | 10-23-2021 20:57 | 98.6 °F (37 C) - 98.6 °F (37 C) |
| Pain level | 7 numeric | 10-23-2021 20:57 | 7 - 7 |

| | |
|---|---|
| Intake | 0.0mL |
| Output | 0.0mL |
| Net Balance | 0mL |

More recent vital readings have been recorded

Results

VASQUEZ, ANA (id #266686, dob: 08/01/1983)
CT Case 1:22-cv-00159-H   Document 1-3   Filed 10/24/22   Page 128 of 144   PageID 138
Page 19/29

| Result date | 10/23/2021 21:52 |
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Chest w/Dye(71260) |

| Observation | Interpretation |
| --- | --- |
| | CT of the chest with contrast.||||||Findings||mass contrast helical images were obtained through the chest. Reformats were obtained in 3 planes. Total mAs is 1795.54.  97 cc of Omnipaque 350 was injected intravenously.||The artery was performed utilizing ASARA principles.||Comparisons None.||Clinical indication: Pain, MVC.||Thyroid gland appears normal.||Outlines of the aorta is normal. Heart size is normal. No pericardial or pleural effusions are noted. No gross adenopathy is seen. Trachea and airways are patent. No long infiltrates or pneumothorax is seen. No evidence of hypersensitivity pneumonitis is evident. No mass lesion is evident.||The visualized upper abdomen is grossly unremarkable. No adenopathy. No large lesion is seen. No fracture is noted.||||||Impression: No lung infiltrates or evidence of what... ELECTRONICALLY SIGNED BY NATHAN CRAIG on 10/23/2021 22:17:14. |

| Result date | 10/23/2021 21:52 |
| --- | --- |
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Abdomen & Pelvis W Dye(74177) |

| Observation | Interpretation |
| --- | --- |
| | CT of the abdomen and pelvis with contrast.[][][][]Findings:[]Emslinelly acquired CT images were obtained through the abdomen and pelvis with contrast. Deformats were obtained in 2 planes. Total mAs is 1565.24, of 00 of Dosingage 500 was injected intraomongely.[][C] was performed observing scans prior:gles.[]Compassions: Bone.[][Clinical Indications BMV, pain.[]Visualized lung bases are clear. The liver, gallbladder, pancreas, spleen, adrenal glands and kidneys bilaterally appear unremarkable. Gallbos of the aorta is normal. Urinary bladder is seen normally. Uterus grossly appears normal. Right ovary measures 4.0 cm x 2.8 cm and appears unremarkable. Left ovary measures 5.4 cm x 3.1 cm and shows a cyst measuring 1.7 cm x 2.5 cm. No free fluid or free air is seen. No bowel obstruction/obstipation is seen. Appendix appears normal. Small umbilical hernia containing fat is seen. No fracture is noted.[][]Impression: Abdominal viscera are intact. Left ovarian cyst. No fracture is noted.[]ELECTRONICALLY SIGNED BY MATHEW CHAND on 10/23/2021 22:22:19 |

VASQUEZ, ANA (id #265686, dob 08/01/1983)
CT Cervical Spine Wo/Dye(72125)
Case 1:22-cv-00159-H   Document 1-33   Filed 10/24/22   Page 130 of 144   PageID 140   Page 23/29

| Result date | 10/23/2021 21:35 |
|---|---|
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Cervical Spine Wo/Dye(72125) |

| Observation | Interpretation |
|---|---|
| | CT of the cervical spine without contrast.[][][][]Findings:[]Axial images obtained through the cervical spine without contrast. Reformats were obtained. Total DLP is 425.75. CT was performed according to ALARA principles.[]Clinical indication: MVC, pain.[]Right reversal of the lordotic curve of the spine is noted. Height of vertebrae and disc spaces are maintained. No definite fracture is seen.[]Heart canal is intact. No arthritic changes are seen. []Soft tissue grossly appear normal.[][][]Impression: No fracture or arthritic changes are seen. If patient's pain persists MRI should be obtained for greater sensitivity.[]ELECTRONICALLY SIGNED BY SOTEROS CHRIS on 10/23/2021 21:17:41 |

VASQUEZ, ANA (id #266686, dob: 08/01/1983)
CT Head/Brain Wo/Dye(70450)
Case 1:22-cv-00159-H   Document 1-3   Filed 10/24/22   Page 131 of 144   PageID 141
Page 25/29

| Result date | 10/23/2021 21:33 |
| --- | --- |
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | CT Head/Brain Wo/Dye(70450) |

| Observation | Interpretation |
| --- | --- |
| | CT of the head without contrast.||Technique||Multiple axial sections were obtained from the skull base to the vertex. Reformats in 2 planes were obtained.  CT was performed observing ALARA principles. |
| | None effort.  Intracranial hemorrhage or extraaxial fluid collection.  The ventricles and soft appear normal. There is no evidence of acute infarction or focal lesion. No fracture is seen. Tissues and mastoid air cells are clear.||Impression||1. No intracranial lesion is seen. |
| | ELECTRONICALLY SIGNED BY MATHEW CHEN on 10/23/2021 21:16:43 |

## ED Course

Discussed with pt, no obvious serious injuries seen by radiology on cts and xrays. Also discussed limitations on sensitivity of these imaging techniques and that some serious injuries may be missed. She may need an MRI as an outpt, and to f/u with spine, ortho, and trauma team without fail. Pt acknowledged all of these things and agreed with plan.

## Medical Decision Making

None recorded

## Diagnoses

- strain of back muscle - Onset: 10/23/2021
- strain of neck muscle - Onset: 10/23/2021
- vehicle accident - Onset: 10/23/2021
- headache - Onset: 10/23/2021

## ED Triage Notes

VASQUEZ, ANA (id #366686, dob: 09/01/1983)
Date: 10/23/2021 20:53
Chief Complaint
Case 1:22-cv-00159-HP   Document 1-3   Filed 10/24/22   Page 133 of 144   PageID 143   Page 27/29

MVA

Acuity

4 (Semi-Urgent)

Home Medications

None Recorded

Allergies

NKDA

Nursing Assessment

spanish interpreter used for RN nursing assessments. patient complained of MVA on 10/23/21 around 12 noon. Patient rates pain 7/10. Patient complained pain at back of the head, back of the neck. lower back pain. Bilateral thigh pain that radiates to the knees. Patient denies feeling unconscious during the accident. Patient is alert and oriented X4, on room air. VSS, IV catheter in place and patient tolerated. Labs drawn and Xrays obtained. Patient states having hysterectomy about 4 year ago Safety maintained. No apparent distress. Spouse at bedside. Continue to monitor.

# ED Nursing Initial Assessment Notes

Date: 10/23/2021 21:05

Nursing Assessment

ED Initial Nursing Assessment
Have you been physically hurt or threatened by someone close?  no
Suicidal/Homicidal Thoughts no homicidal thoughts; no suicidal thoughts
Safety: remind to call for help to get up; call light within reach; bed locked and in low position; side rails up x 2;
non skid slippers on; ID band in place; ID band verified; head of bed elevated.; blanket provided
Mode of arrival: ambulated
Accompanied by: spouse
Treatment prior to arrival: none
Patient's condition condition:stable
Patient Denies: fever; feeling ill; fatigue; chills
Vaccine status: tetanus (enter date if known); within 5 yrs
Behavioral History tobacco use denies; alcohol use denies; illicit drug us denies
Code Status Code Status Full Code; Living Will No
Grips: equal bilaterally
Facial symmetry: appears normal; tongue midline
Babinski: negative
Pupils: Left Eye Dilated: left pupil size mm; left pupil round and reactive to light; Undilated: left pupil size mm
Pupils: Right Eye Dilated: right pupil size mm; right pupil round and reactive to light; Undilated: right pupil size
mm
Patient denies: weakness; blurred vision; dizziness; difficulty swallowing; paresthesias; numbness; headache;
photophobia; diplopia
ENT Assessment no deficits noted
Vision Assessment (normal) distance acuity: left, uncorrected: 20/: less than 20/200; (normal) distance acuity:
right, uncorrected: 20/: less than 20/200
Patient Denies: blurred vision; decreased hearing; difficulty swallowing; nasal congestion; nasal discharge; pain;
photophobia; ringing
eyes clear; no discharge; no itching
ears clear; hearing intact
nose nares patent
mouth/throat no throat redness, swelling
Trachea midline
Crepitus absent
Flail chest absent
Shortness of breath none
Cough none
Air hunger none
Labored breathing none
Pain with respiration none
Pain with movement none
Patient denies cough; shortness of breath; labored breathing; pain with respiration; pain with cough; pain with

VASQUEZ, ANA (Id #266686, Dob: 09/04/1983
movement; air hunger
Case 1:22-cv-00159-H   Document 1-3   Filed 10/24/22   Page 134 of 144   PageID 144
Page 28/29

respiratory RUL: clear; RLL: clear; LUL: clear; LLL: clear
cardiovascular capillary refill less than or equal to 3 seconds; pulse regular rate; pulse regular rhythm; peripheral
pulses palpable (PPP); skin warm and dry
Cardiac Rhythm normal sinus rhythm
JVD absent
Bruits absent
Cardiac rub absent
Murmur absent
edema absent
Chest Pain – Severity none
Gastrointestinal Assessment no deficits noted
Bruits absent
Soft soft; x 4 quads
Non-Tender non-tender; x 4 quads
Patient Reports normal bowel habits; tolerance of foods; tolerance of fluids
Patient Denies anorexia; bloating; constipation; cramping; diarrhea; epigastric pain; flatulence; gaseousness;
hemorrhoids; incontinence; indigestion; intolerance of fluids; intolerance of food; nausea; pain; vomiting
gastrointestinal bowel sounds normoactive x 4 quads
No deficits noted; no deficits noted
Genitalia normal appearance
Last void date:; time:; UA obtained in ED for HCG and Micro
Core assessment: WNL– no abnormal bleeding, no pain; normal bloody show
Patient Reports: Weakness: none
Patient Reports: Numbness in: left: ; right: ; bilateral: thighs
Patient Reports: Pain in: Pain scale: 7; duration: 1200; pain back of the neck, back of head, and lower back and
bilateral thighs
integumentary no bruising; skin appropriate color for race; skin intact; skin warm and dry
Pain radiating: notes: ; thighs to the knees
Onset: other: 11 to 12 noon
Duration: intermittent
Observed behaviors: other: relaxed
Associated symptoms: none
Current Management: Xrays ordere, lab drawn, urinalysis
Unable to use pain scale: other: N/A

## Problems

No known problems

## Surgical History

right wrist surgery

## Home Medications

None Recorded

## Allergies

NKDA

## Vaccines

tetanus <5 years

## Family History

Father          – No current problems or disability
Mother          – No current problems or disability

## Social History

**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
Which of your hands is dominant?: Right
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that
case was ill?: No
Do you reside in or have you traveled to an area where Ebola virus transmission is active?: No

VASQUEZ, ANA (id #209686, dob: 08/01/1983

Have you processed blood or body fluids from an Ebola virus disease patient without appropriate PPE?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What is your level of alcohol consumption?: None
Do you use any illicit or recreational drugs?: No
What is your level of caffeine consumption?: None
**Marriage and Sexuality**
What is your relationship status?: Married
Are you sexually active?: Yes
Do you use protection during sex?: No
**Home and Environment**
Have there been any changes to your family or social situation?: No
What type of child care do you use?: None
Do you have any pets?: No
Do you have smoke and carbon monoxide detectors in your home?: No
Are you passively exposed to smoke?: No
Are there any guns present in your home?: No
What is the fluoride status of your home?: Non-fluoridated
Do you use insect repellent routinely?: No
Do you use sunscreen routinely?: No
**Lifestyle**
Do you feel stressed [tense, restless, nervous, or anxious, or unable to sleep at night]?: Not at all
Do you wear a helmet when biking?: No
Do you use your seat belt or car seat routinely?: No
**COVID 19 Vaccine**
Has the patient completed the COVID-19 vaccine series? If yes, please note date series was completed.: No
Has the patient received the COVID-19 Vaccine?: No
Does the patient wish to receive the COVID-19 vaccine prior to discharge?: No
**Inpatient - Always Shown**
VTE SCREENING COMPLETE: No
**Gender Identity and LGBTQ Identity**

Created by Angela Kerr    12:05, 10-23-2021

Last mod by Angela Kerr    21:24, 10-23-2021

## MEDICAL RECORDS AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF ___DALLAS___

RECORDS PERTAINING TO:     Ana E. Vasquez

Date of Birth:   8 / 01 / 1983

Dates of Service: 11 / 23 / 2021

1. I am the custodian of the records, or I am an employee or owner of **2020 X Ray & Imaging** and am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

2. Attached are **3** pages of records. These are the original records or exact duplicates of the original records.

3. The records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth.

4. The records were made by, or from information transmitted by, persons with knowledge of the matters set forth.

5. The records were kept in the course of regularly conducted business activity.

AFFIANT Signature: _____

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on the 4th

day of **March**, 2022.

Dayana Alvarez
My Commission Expires
12/22/2024
ID No. 132636332

Notary Public in and for the State of Texas

My commission Expires:____12/22/2024_____

## AFFIDAVIT CONCERNING COST AND NECESSITY OF MEDICAL SERVICES

### PER §18.001 of the CIVIL PRACTICE AND REMEDIES CODE

THE STATE OF TEXAS

COUNTY OF ___DALLAS___

RECORDS PERTAINING TO:      Ana E. Vasquez

Date of Birth:   8 / 01 / 1983

Dates of Service: 11 / 23 / 2021

BEFORE ME, the undersigned authority personally appeared **Mohammad Heidari** who, being by me duly sworn, and deposed as follows:

My name is **Mohammad Heidari**. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the person who provided the service or the custodian of records for **2020 X Ray & Imaging**. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **2020 X Ray & Imaging** provided to the patient on the dates of service referenced above. The attached records are a part of this affidavit.

The attached records are kept by **2020 X Ray & Imaging** in the regular course of business, and it was the regular course of business of **2020 X Ray & Imaging** y for an employee or representative of **2020 X Ray & Imaging**, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the service was provided.

The total amount paid for the services was $ _0.00_ and the amount currently unpaid but which **2020 X Ray & Imaging** has a right to be paid after any adjustments or credits is $ **870.00.**

AFFIANT Signature: _____

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on the 4th

day of **March,** 2022.

Dayana Alvarez
My Commission Expires
12/22/2024
ID No. 132836332

Notary Public in and for the State of Texas

My commission Expires:__12/22/2024____

**IDEAL CHIROPRACTIC**
**PAIN & INJURY**

3201 West Airport Freeway, Ste. 104
IRVING, TX 75062
Phone: 972-252-7246
Fax: 972-252-7242

# 2020 X-Ray & Imaging

3201 West Airport Freeway, Ste 104 Irving, TX 75062
P: (972) 252-7246  F: (972) 252-7242

## ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF Dallas

The foregoing **Partial Claims Assignment/Joint Check Agreement,** attached hereto and incorporated by reference was acknowledged before on this 23 day of November , 2021 by

Ana E. Vasquez Flores     _____     Patient/ Parent/ Guardian

Printed Name        Signature        Relationship

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned Notary Public, on this 23 day of November , 20 21

Dayana Alvarez
My Commission Expires
12/22/2024
ID No. 132836332

(SEAL)

Notary Public in and for the STATE OF TEXAS

My Commission Expires: 12/22/2024

## 2020 X-Ray & Imaging

3201 West Airport Freway Ste 104
Irving, TX 75062
Phone: 972-252-7246 Fax: 972-252-7242

# Superbill

| **Superbill Date:** 03/04/2022 | **Service** 11/23/2021 thru 11/23/2021 |
|---|---|

| **Patient Information** | **Payor Information** |
|---|---|

Ana Vasquez
5845 Rancho Dr
Quinland, TX 75474

| **Account:** | 4590 | **Insurance Phone:** |
|---|---|---|
| **Date of birth:** | 8/1/1983 | **Insured ID:** |
| **Employer:** | Prestonwood Landscape | **Insurance Policy Group:** |
| | | **Insurance Plan Name:** |

**Dx:** (M54.12) Radiculopathy, cervical reg, (M54.16) Radiculopathy, lumbar reg, (M62.838) Other muscle spasm, (M60.9) Myositis, unspecified, (S43.409A) Unspecified sprain of unspecified shoulder joint, initial encounter, (S83.90XA) Sprain of unspecified site of unspecified knee, initial encounter, (S13.4XXA) Sprain of cervical ligts, initl., (S23.3XXA) Sprain of ligts of thoracic spine, (S33.5XXA) Sprain of lumbar ligts, initial, (S33.8XXA) Sprain of other parts of lumbar/pelvis, (R51) Headache

| Date | Type | Code | Mod | Units | Description | Date of injury | POS | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/2021 | CSV | 72050 | | 1 | Cervical Spine - 5 Views 72050 | 10/23/2021 | 11 | 0.00 | 360.00 |
| 11/23/2021 | CSV | 72070 | | 1 | Thoracic - AP/Lat. 72070 | 10/23/2021 | 11 | 0.00 | 250.00 |
| 11/23/2021 | CSV | 72100 | | 1 | Lumbosacral - AP/Lat. 72100 | 10/23/2021 | 11 | 0.00 | 260.00 |

| **Provider Information** | | |
|---|---|---|
| **Name:** | Uchenna Obiuku, D.C. | **Total Charges** $870.00 |
| **License:** | 13456 | **Total Taxes** $0.00 |
| **Tax ID:** | 84-5062488 | **Total** $870.00 |
| **NPI:** | 1275067472 | |

# RADIOLOGY CONSULTANTS – NORTH TEXAS

5424 Rufe Snow Drive, Suite 502
North Richland Hills, Texas 76180
Voice – 817. 572-2560   Fax – 817. 572-2870

**PATIENT:** Vasquez, Ana

**DOCTOR:** Dr. Mo Heidari

**DATE OF FILMS:** 11/23/21

**DATE:** 12/02/21

**DOB/AGE:** 08/01/83

**COMPLAINT:** Neck and back pain

## Radiographic Report

**Cervical spine (5 views):**
No evidence of acute fracture, dislocation or vertebral body compression. The overall bony mineralization is adequate. The intervertebral disc spaces are maintained and the facet joints are unremarkable. The prevertebral soft tissue spaces and atlantodental interval (ADI) are within normal limits.

**Thoracic spine (2 views):**
No evidence of acute bony injury or vertebral body compression. The intervertebral disc spaces are maintained. The pedicles are intact without osteolytic destruction or congenital absence. The paraspinal soft tissues are unremarkable.

**Lumbosacral spine (2 views):**
No evidence of acute fracture, vertebral body compression or spondylolisthesis. The pedicles are intact without osteolytic destruction or congenital absence. The overall bony mineralization is adequate. The intervertebral disc spaces are maintained and the facet joints are unremarkable. The sacroiliac joints are maintained without arthropathy. There is excessive bowel gas within the colon without evidence of bowel obstruction.

## IMPRESSION:

1. No evidence of acute fracture or osseous pathology involving the cervical, thoracic or lumbar spine.
2. MRI should be considered if clinical symptoms persist after conservative therapy.

## Postural/biomechanical alterations:

1. Pelvic unleveling, low on the right.
2. Shallow right thoracolumbar convexity suggestive of paravertebral muscle spasm.
3. Reduction in the overall thoracic kyphosis.
4. Shallow right thoracic convexity apexing at T2-T3.
5. Left lateral list of the cervical spine suggestive of paravertebral muscle spasm.
6. Abnormal straightening of the cervical spine with an early tendency towards reversal.
7. Moderate-severe restriction during cervical flexion with a moderate decrease in extension.

Darrell R. Hobson DC, DACBR
****electronically signed****
drh

# AFFIDAVIT OF MEDICAL RECORDS

**RE: ANA VASQUEZ**

BEFORE ME, the undersigned authority, personally appeared Alexia Espana, who, being by me duly sworn, deposed as follows:

"My name is Alexia Espana, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records for **RADIOLOGY CONSULTANTS- NORTH TEXAS** Attached hereto are ___1___ pages of records from **RADIOLOGY CONSULTANTS- NORTH TEXAS** These ___1___ pages of records are kept by **RADIOLOGY CONSULTANTS- NORTH TEXAS** in the regular course of business, and it was the regular course of business of **RADIOLOGY CONSULTANTS- NORTH TEXAS** for an employee or representative of **RADIOLOGY CONSULTANTS- NORTH TEXAS** with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

Affiant

SWORN TO AND SUBSCRIBED before me on this the 9th day of _____, 2022.

JUANITA TORRES
Notary ID #132545414
My Commission Expires
June 30, 2024

Notary Public, State of Texas

Juanita Torres
Notary's Printed Name

My Commission Expires: 6/30/2024

## AFFIDAVIT ESTABLISHING NECESSITY AND REASONABLENESS OF SERVICES AND CHARGES

Before me, the undersigned authority, personally appeared Alexia Esparza who, being by me duly sworn, deposed as follows:

"My name is Alexia Esparza _____. I am of sound mind and capable of making this affidavit.

I am the person in charge of the records of **RADIOLOGY CONSULTANTS- NORTH TEXAS Attached** to this affidavit are records that provide an itemized statement of **ANA VASQUEZ** on or after ___12 02 2021___. The attached records are a part of this Affidavit.

The attached records are kept by me regular course of business. The information contained in the records was transmitted to me in the regular course of business by the person who provided the service or an employee or representative of **RADIOLOGY CONSULTANTS- NORTH TEXAS** who had personal knowledge of the information. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the original or an exact duplicate of the original.

The services provided were necessary and the amount charged for the service was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ ___0___, and the amount currently unpaid but which **RADIOLOGY CONSULTANTS- NORTH TEXAS** has a right to be paid after any adjustments or credits is $ ___546.50___ ,

Affiant

SWORN TO AND SUBSCRIBED before me on this the 9th day of May, 2022.

**SEAL**

JUANITA TORRES
Notary ID #132545414
My Commission Expires
June 20, 2024

Notary Public, State of Texas

Juanita Torres
Notary's Printed Name
My Commission Expires: 6/30/2024

**Radiology Consultants-North Texas, PLLC**
5424 Rufe Snow #502
North Richland Hills, TX
76180
+1 8175722560

# INVOICE

**INVOICE #** R15905
**DATE** 12/06/2021

**BILL TO**
KINDER LAW
3701 W NORTHWEST HWY
SUITE 304
DALLAS, TEXAS 75220

**SHIP TO**
KINDER LAW
3701 W NORTHWEST
HWY
SUITE 304
DALLAS, TEXAS 75220

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

**RE:**
VASQUEZ, ANA

**DOB:**
08/01/1983

**DOI:**
10/23/2021

| DATE | ACTIVITY | QTY | AMOUNT |
|------|----------|-----|--------|
| 12/02/2021 | **72050-26**<br>SPINE, CERVICAL; 4-5 VIEWS (C4, C5) | 1 | 216.70 |
| 12/02/2021 | **72070-26**<br>SPINE, THORACIC, 2 VIEWS (T2) | 1 | 162.40 |
| 12/02/2021 | **72100-26**<br>SPINE, LUMBOSACRAL; 2 OR 3 VIEWS (L2) | 1 | 167.40 |

REF DR:MO HEIDARI

| | |
|---|---|
| SUBTOTAL | 546.50 |
| TAX | 0.00 |
| TOTAL | 546.50 |
| **BALANCE DUE** | **$546.50** |

PROVIDER: DARRELL R. HOBSON DC, DACBR
FEDERAL TAX ID#: 81-2975347
NPI#: 1609311463

## RADIOLOGY CONSULTANTS – NORTH TEXAS

5424 Rufe Snow Drive, Suite 502
North Richland Hills, Texas 76180
Voice – 817. 572-2560  Fax – 817. 572-2870

PATIENT: Vasquez, Ana                    DATE: 12/02/21

DOCTOR: Dr. Mo Heiduri                   DOB/AGE: 08/01/83

DATE OF FILMS: 11/23/21                  COMPLAINT: Neck and back pain

### Radiographic Report

**Cervical spine (5 views):**
No evidence of acute fracture, dislocation or vertebral body compression. The overall bony mineralization is adequate. The intervertebral disc spaces are maintained and the facet joints are unremarkable. The prevertebral soft tissue spaces and atlantodental interval (ADI) are within normal limits.

**Thoracic spine (2 views):**
No evidence of acute bony injury or vertebral body compression. The intervertebral disc spaces are maintained. The pedicles are intact without osteolytic destruction or congenital absence. The paraspinal soft tissues are unremarkable.

**Lumbosacral spine (2 views):**
No evidence of acute fracture, vertebral body compression or spondylolisthesis. The pedicles are intact without osteolytic destruction or congenital absence. The overall bony mineralization is adequate. The intervertebral disc spaces are maintained and the facet joints are unremarkable. The sacroiliac joints are maintained without arthropathy. There is excessive bowel gas within the colon without evidence of bowel obstruction.

## IMPRESSION:

1. No evidence of acute fracture or osseous pathology involving the cervical, thoracic or lumbar spine.
2. MRI should be considered if clinical symptoms persist after conservative therapy.

**Postural/biomechanical alterations:**

1. Pelvic unleveling, low on the right.
2. Shallow right thoracolumbar convexity suggestive of paravertebral muscle spasm.
3. Reduction in the overall thoracic kyphosis.
4. Shallow right thoracic convexity apexing at T2-T3.
5. Left lateral list of the cervical spine suggestive of paravertebral muscle spasm.
6. Abnormal straightening of the cervical spine with an early tendency towards reversal.
7. Moderate-severe restriction during cervical flexion with a moderate decrease in extension.

Darrell R. Hobson DC, DACBR
****electronically signed****
drh